Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant LEIDOS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendant. | Case No. 22CV60-LL-BGS<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>***PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT***<br><br>**Hearing Date: April 27, 2023**<br><br>Complaint Filed: November 30, 2021<br>Trial Date:          Not Set<br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal |

APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant LEIDOS, INC. ("LEIDOS") submits this Appendix of Evidence in Support of its Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

| Exhibit No. | Description of Evidence |
|---|---|
| 1. | Excerpts from Steven Baird Deposition, taken November 16, 2022. ("Baird Depo. I") |
| 2. | Excerpts from Steven Baird's continued Deposition, taken February 17, 2023. ("Baird Depo. II") |
| 3. | Excerpts from Robert Athing's Deposition, taken February 23, 2023. |
| 4. | Excerpts from John Sim's Deposition, taken February 15, 2023. |
| 5. | Excerpts from James Wilson's Deposition, taken February 21, 2023. |
| 6. | Excerpts from Aaron Varela's Deposition, taken February 21, 2023. |
| 7. | Offer Letter to Steven Baird dated November 9, 2018. |
| 8. | Policy LP-HR-6: Workplace Environment. |
| 9. | Policy LP-LG-1: Standards of Business Ethics and Conduct. |
| 10. | Procedure PR-HR-6.8: Workplace Violence. |
| 11. | Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants. |
| 12. | Non-Discrimination and Harassment-Free Workplace policies. |
| 13. | Leidos' Various Leave Policies |
| 14. | Vista Machine Shop Certification. |
| 15. | Certificate confirming Baird trained co-worker Kevin Goodwin on General Machine Shop Training on March 7, 2019. |
| 16. | September 8, 2020 calendar appointment between Baird, John Sim and Jeff King to discuss shop safety requirements. |

2                                    Case No. 22CV60-LL-BGS

| 17. | Jon Sim Email Summarizing Safety Meeting regarding Baird leaving Mill machine unattended on September 8, 2020. |
|---|---|
| 18. | September 10, 2020 Calendar Appointment summarizing accommodation to allow Baird to be relieved while Mill machine is running. |
| 19. | Excerpt from Intra-net dashboard showing Baird's leave. |
| 20. | Approval of ADA Accommodation dated March 3, 2021. |
| 21. | March 3, 2021 email approving Baird's accommodation request. |
| 22. | July 21, 2022 email summarizing Baird's accommodations and disability leave. |
| 23. | Reasonable Accommodation Request Form and Acknowledgment. |
| 24. | March 12, 2021 – Email notifying Plaintiff he is placed on Administrative Leave pending the investigation. |
| 25. | Athing Investigation Case Summary |
| 26. | Cooper Garner witness statement and Observed Behavior Assessment received during investigation |
| 27. | Ian Arroyoavila witness statement and Observed Behavior Assessment received during investigation |
| 28. | John Sim witness statement and Observed Behavior Assessment received during investigation |
| 29. | James Wilson witness statement and Observed Behavior Assessment received during investigation |
| 30. | Case Summary of Workplace Relations Investigation conducted by Katie Reis |
| 31. | Adam Johns Incident Report |
| 32. | Notice of Termination on March 26, 2021 |

3                                          Case No. 22CV60-LL-BGS

APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

| 33. | Procedure PR-HR-6.10: Termination and Layoff. |
| 34. | Case Summary for Changes to Case after Close |
| 35. | Plaintiff's Discovery Responses to Defendant's Interrogatories |

DATED: March 21, 2023                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ *Andrew J. Deddeh*
      Andrew J. Deddeh
      Attorneys for Defendant LEIDOS, INC.

APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2023.


By:  */s/ Andrew J. Deddeh*
Andrew J. Deddeh