Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:  858-652-3100
Facsimile:   858-652-3101

Attorneys for Defendant LEIDOS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>LEIDOS, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>        Defendant. | Case No. 22CV60-LL-BGS<br><br>**DECLARATION OF ANDREW DEDDEH IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Complaint Filed: November 30, 2021<br>Trial Date:          Not Set<br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal |

DECLARATION OF ANDREW DEDDEH IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Andrew Deddeh, declare:

1.    I am an attorney licensed in all courts in the State of California and admitted to practice before this Court. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree Deakins"), counsel of record for Defendant Leidos, Inc. ("Leidos") in the above-captioned matter.

2.    I submit this Declaration in support of Leidos' Motion for Summary Judgment or Alternatively, for Summary Adjudication. Unless otherwise stated, I based the facts stated in this Declaration on my personal knowledge. I could and would testify competently and truthfully to the matters stated herein.

3.    On November 16, 2022, I took the deposition of Plaintiff Steven Baird. Attached to the accompanying Appendix of Evidence as **Exhibit 1** is a true and correct copy of the pertinent excerpts from Mr. Baird's November 16, 2022 Certified Deposition Transcript. ("Baird Depo. I")

4.    On February 17, 2023, I took the continued deposition of Plaintiff Steven Baird. Attached to the accompanying Appendix of Evidence as **Exhibit 2** is a true and correct copy of the pertinent excerpts from Mr. Baird's February 17, 2023 Certified Deposition Transcript. ("Baird Depo. II")

5.    On February 23, 2023, I defended Leidos' witness Robert Athing in deposition. Attached to the accompanying Appendix of Evidence as **Exhibit 3** is a true and correct copy of the pertinent excerpts from Mr. Athing's February 23, 2023 Certified Deposition Transcript.

6.    On February 15, 2023, I defended Leidos' witness John Sim in deposition. Attached to the accompanying Appendix of Evidence as **Exhibit 4** is a true and correct copy of the pertinent excerpts from Mr. Athing's February 15, 2023 Certified Deposition Transcript.

7.    On February 21, 2023, I defended Leidos' witness James Wilson in deposition. Attached to the accompanying Appendix of Evidence as **Exhibit 5** is a true and correct copy of the pertinent excerpts from Mr. Wilson's February 21, 2023

DECLARATION OF ANDREW DEDDEH IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

Certified Deposition Transcript.

8.    On February 21, 2023, I defended Leidos' witness Aaron Varela in deposition. Attached to the accompanying Appendix of Evidence as **Exhibit 6** is a true and correct copy of the pertinent excerpts from Mr. Varela's February 21, 2023 Certified Deposition Transcript.

9.    Attached to the accompanying Appendix of Evidence as **Exhibit 35** is a true and correct copy of Plaintiff's Discovery Responses to Defendant's Interrogatories (Set One).

10.    I met and conferred with Plaintiff's counsel, Jessica Flores, regarding Defendant's anticipated Motion for Summary Judgment on January 25, 2023 but the Parties could not reach a resolution.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

I executed this Declaration on March 21, 2023.

_/s/ Andrew J. Deddeh_____
Andrew J. Deddeh

Case No. 22CV60-LL-BGS
DECLARATION OF ANDREW DEDDEH IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2023.


By:  */s/ Andrew J. Deddeh*
　　　　Andrew J. Deddeh

1
CERTIFICATE OF SERVICE

Case No. 22CV60-LL-BGS