Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant LEIDOS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendant. | Case No. 22CV60-LL-BGS<br><br>**DECLARATION OF ROBERT ATHING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Complaint Filed: November 30, 2021<br>Trial Date: Not Set<br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal |

DECLARATION OF ROBERT ATHING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Robert Athing, declare:

1. LEIDOS Inc. ("LEIDOS") employs me as Investigator – Corporate Security. I have held this position with LEIDOS since approximately June 2008. I was originally with Lockheed Martin which merged with Leidos around 2016. I have held the same position throughout. I have personal knowledge of the facts set forth herein which I believe to be true. I am over 18 years old and, if called as a witness, I could and would competently testify to the matters stated herein.

2. In this position, I am charged with investigating workplace issues by conducting witness interviews, obtaining witness statements and providing a summary of my findings. My focus is on workplace violence investigation like the one I conducted as part of the investigation between Plaintiff Steven Baird and Cooper Garner.

3. On March 10, 2021 Plaintiff and temporary employee Cooper Garner were involved in a physical altercation. I was tasked with conducting the full investigation into workplace violence. My colleague Katie Reis, Senior Workplace Relations Manager conducted a simultaneous investigation into workplace relations. I conducted a full investigation into workplace violence and we reported our findings in the Investigation Case Summary. Attached to the Appendix of Evidence as **Exhibit 25** is a true and correct copy of the Investigation Case Summary.

4. As part of the investigation I and Ms. Reis interviewed several witnesses and obtained their written statements. The correspondence and attached witness statements and completed observed behavior assessment forms we received from Cooper Garner, Ian Arroyoavila, John Sim, and James Wilson are attached to the Appendix of Evidence as **Exhibit 26-29 and** are true and correct copies.

5. After I completed my investigation I determined that Plaintiff was a bully and the aggressor in the interaction he had with Cooper Garner. Not only did Plaintiff leave his designated work area to approach Garner but Plaintiff was in a verbal dispute with Ian Arroyoavila only 10 minutes earlier. Interviews did

2

DECLARATION OF ROBERT ATHING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

substantiate physical contact occurred between Plaintiff and Mr. Garner.

6.      As part of the investigation, Plaintiff's print logs were located which identified Plaintiff printed a 6-page document on January 7, 2021 titled, "JUST CAUGHT POSING as Trump Supporters in D.C.– YouTube." I also heard allegations that Plaintiff made numerous threatening and inflammatory comments to his co-workers. The most extreme being that Plaintiff threatened to put a bullet in President Biden's head. This allegation, along with Plaintiff's print logs, made my colleague report Plaintiff's comment to the U.S. Secret Service. I am aware a report was made but I am unaware of any actions taken after it was reported.

7.      Attached to the Appendix of Evidence as **Exhibit 34** is a true and correct copy of the September 13, 2021 case update to the investigation.

I declare under penalty of perjury under the laws of the State of California, State of Virginia and the United States of America that the foregoing is true and correct.

I executed this Declaration on March 22, 2023.



Robert Athing

3                    Case No. 22CV60-LL-BGS
DECLARATION OF ROBERT ATHING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2023.

By: */s/ Andrew J. Deddeh*
Andrew J. Deddeh

Case No. 22CV60-LL-BGS

DECLARATION OF ROBERT ATHING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

54696071.v3-OGLETREE