Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant LEIDOS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendant. | Case No. 22CV60-LL-BGS<br><br>**DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Complaint Filed: November 30, 2021<br>Trial Date: Not Set<br><br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal |

DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Jeff King, declare:

1.    LEIDOS Inc. ("LEIDOS") employs me as the Director, Facilities Workplace Environmental Health Safety in San Diego, California. I have worked at LEIDOS since 2009 and have held my current position since 2016. I have personal knowledge of the facts set forth herein which I believe to be true. I am over 18 years old and, if called as a witness, I could and would competently testify to the matters stated herein.

2.    In my role, I develop comprehensive safety and health programs by drafting the safety policies and procedures for Leidos. One of the policies I have developed and oversee is the Vista Machine Shop Safety Manual. This policy ensures a safe working environment by requiring anyone who was authorized to use a machine in Vista, California understood the safety rules. Attached to the Appendix of Evidence as **Exhibit 14** is a true and correct copy of LEIDOS's Vista Machine Shop Safety Manual policy.

3.    The Machine Shop Safety Manual included two modules: Module 1 "Basic Machine Shop" and Module 2 "Advanced Machine Shop". Module 1 covers the operation of the Band Saws, Grinders, Drill Presses, Belt Sanders, and Powered Hand Tools. Module 2 covers the operation of the mill, lathe, welder and sheet metal equipment in the machine shop. Before any individual is authorized to use any of the machines listed, they must complete the respective module and sign its acknowledgment. Both modules have Acknowledgements (page 17 & page 22) which the employee must sign and submit to the manager to get their name on the Machine Shop User Authorization Matrix (last page). Attached to the Appendix of Evidence as **Exhibit 14** is a true and correct copy of LEIDOS's Vista Machine Shop Safety Manual.

4.    When an individual would submit their Acknowledgment for completing the modules, they would be identified as an authorized user on the machines associated with the respective modules. The last page of the Vista Machine

2

DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

Shop Certification policy includes the "Machine Shop User Authorization Matrix" which identifies every individual in the machine shop and which machines they were authorized to use. It shows that Steven Baird was authorized to use all the machines. This meant that Plaintiff completed both modules identified above and submitted his acknowledgment. Both modules prohibit anyone leaving a running machine unattended. On pages 4-6, Module 1 identifies 34 General Machine Shop Safety Rules and number 29 states: "Never leave a running machine unattended". On page 19, Module 2 reiterates this requirement in bullet point 17 saying "Do not leave running machine unattended." Attached to the Appendix of Evidence as **Exhibit 14** is a true and correct copy of LEIDOS's Vista Machine Shop Certification.

5.      Since Plaintiff was authorized to use every machine in the machine shop, he would on occasion train his coworkers. On March 7, 2019 Plaintiff provided safety training to his co-worker Kevin Goodwin. Attached to the Appendix of Evidence as **Exhibit 15** is a true and correct copy of the Certificate of Training of Kevin Goodwin.

6.      On or around September 3, 2020 I was informed by John Sim that he saw Plaintiff left the running mill machine unattended in violation of the safety requirements in the Machine Shop Safety Manual. Mr. Sim then organized a meeting with Plaintiff, Mr. Sim and myself.  As the corporate safety officer I am responsible for maintaining the "Machine Shop Safety Manual" and any potential revisions. Mr. Sim scheduled the safety meeting for September 8, 2020 to "Review Machine Shop Safety Requirements." Attached to the Appendix of Evidence as **Exhibit 16** is a true and correct copy of the September 8, 2020 calendar invite I received from Mr. Sim.

7.      At the meeting Plaintiff attempted to explain why stepping away from the running mill machine is not a safety hazard. However, I explained that the Vista Machine Shop Safety Manual prohibits anyone from leaving a running machine unattended and doing so is a clear violation of Leidos' safety policies. I notified Plaintiff that he is required to abide by the policy at all times. As an accommodation

3

DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

for Plaintiff, we agreed that a phone tree will be provided so if Plaintiff wishes to step away from a machine then he can be relieved by a co-worker. This allows everyone to abide by the safety policies in the Vista Machine Shop Safety Manual while also providing an opportunity for Plaintiff to step away when needed.

8.    Following the meeting Mr. Sim sent an email to Plaintiff and myself summarizing our discussion at the September 8, 2020 safety meeting. The summary states: "All attendees met at the CNC Mill to discuss operations/safety procedures. Main topic discussed was unattended Mill operation. It was determined that all current safety protocols as outlined in the current Vista Machine Shop Certification document are valid and are expected to be adhered to without exception. The term "attended" was agreed upon to mean: a body physically in the shop to address any issues that may arise." The accommodation we agreed to at the safety meeting in case Plaintiff was required to step away was to "Create and post a list of phone numbers Steve can utilize to get someone there if the mill cannot be paused, and/or, if he needs to leave the shop with the mill running." Attached to the Appendix of Evidence as **Exhibit 17** is a true and correct copy of an Mr. Sim's email summarizing the topics discussed at the September 8, 2020 safety meeting.

9.    On September 10, 2020 Mr. Sim sent another calendar invite to train others on stopping the mill machine in Plaintiff's absence. The calendar invite states that "We've all agreed to have our phone numbers posted in the shop to be part of a phone tree Steve [Baird] can utilize in case he needs to exit the shop quickly due to an unforeseen issue with the Mill running. This will allow the safety guidelines to be followed that state: 'never leave a running machine unattended' Steve will give us a quick training on how to safely stop the Mill if necessary." Attached to the Appendix of Evidence as **Exhibit 18** is a true and correct copy of the calendar invite Mr. Sim sent for the September 10, 2020 meeting.

10.    After these meetings a phone tree was posted for Plaintiff to utilize. I am not aware of any other accommodation Plaintiff requested. Following the meeting

4

DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

I also reviewed the Machine Shop Certification policy and again concluded that all the rules are valid and no change is needed.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

I executed this Declaration on March 17, 2023.

_____

Jeff King

Case No. 22CV60-LL-BGS

DECLARATION OF JEFF KING IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2023.


By:  */s/ Andrew J. Deddeh*
     Andrew J. Deddeh