Andrew J. Deddeh CA Bar No. 272638
andrew.deddeh@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant LEIDOS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendant. | Case No. 22CV60-LL-BGS<br><br>**DECLARATION OF KATIE REIS IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Complaint Filed: November 30, 2021<br>Trial Date:       Not Set<br><br><br>District Judge: Hon. Linda Lopez<br>Magistrate Judge: Hon. Bernard G. Skomal |

DECLARATION OF KATIE REIS IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR
SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION

I, Katie Reis, declare:

1.      I have been employed by LEIDOS Inc. ("LEIDOS") since approximately January 2009. LEIDOS employs me as a Senior Workplace Relations Manager. I have held this position with LEIDOS since approximately November 2019. I have personal knowledge of the facts set forth herein which I believe to be true. I am over 18 years old and, if called as a witness, I could and would competently testify to the matters stated herein.

2.      In this position, one of the responsibilities I am charged with is investigating workplace issues by conducting witness interviews, obtaining witness statements and providing a summary of my findings. My focus is on inappropriate workplace behavior and communications in violation of Leidos' policies.

3.      On March 10, 2021 Plaintiff Steven Baird ("Baird") and temporary employee Cooper Garner ("Garner") were involved in a physical altercation. This was reported on March 11, 2021 by Adam Johns who was employed by Leidos as a Human Resources Business Partner. Adam Johns reported that Leidos employee Plaintiff Steven Baird and subcontractor Cooper Garner allegedly engaged in a heated discussion which lead to "chest bumping". Coworkers separated the two and both were permitted to work the remainder of the day. It was also alleged that Plaintiff had made inappropriate comments in the workplace about politics, the January 6, 2021 Capital riot and "shooting" President Biden. At the close of business on March 11, 2021, both Baird and Garner were directed to remain away from the workplace pending an investigation of the incident. Attached to the Appendix of Evidence as **Exhibit 31** is a true and correct copy of the Incident Report submitted by Adam Johns.

4.      I was tasked with conducting a full investigation into workplace relations issues between Baird and his coworkers. The issues investigated included Plaintiff's inappropriate workplace behavior and communications with his coworkers. In particular it was alleged Plaintiff Steven Baird was bullying others and engaging in non-sexual harassment and creating a hostile work environment. My colleague Robert

2                                    Case No. 22CV60-LL-BGS

DECLARATION OF KATIE REIS IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION

Athing, Investigator – Corporate Security, conducted a simultaneous investigation into workplace violence. We each reported our findings in an Investigation Case Summary. Attached to the Appendix of Evidence as **Exhibit 30** is a true and correct copy of the Investigation Case Summary I submitted.

5.    Through the investigation it was substantiated that Plaintiff was bullying others and engaging in inappropriate workplace behavior and communications. Plaintiff denied ever making such comments however witnesses interviewed stated they knew of Baird's propensity to make inflammatory political remarks. The severity and frequency of such comments escalated in severity once President Biden began his Presidential campaign in the spring of 2020.

6.    For example it was reported that Baird said that he wanted to fly to Washington D.C. to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to prevent him from becoming president.

7.    Witnesses stated that they overheard Baird proclaiming himself to be a 'proud racist.'

8.    Another witness volunteered that Baird told him, 'you should go back to your country', despite the witness being an American citizen.

9.    After I completed my investigation I determined that Baird was a bully and engaged in numerous instances of inappropriate behavior. In particular Baird violated Procedure PR-HR-6.4: Harassment-Free Workplace and Procedure PR-HR-6.8: Workplace Violence.

I declare under penalty of perjury under the laws of the State of California, State of Washington and the United States of America that the foregoing is true and correct.

I executed this Declaration on March 3, 2023.

Katie Reis

Case No. 22CV60-LL-BGS

DECLARATION OF KATIE REIS IN SUPPORT OF DEFENDANT LEIDOS, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2023.


By:  */s/ Andrew J. Deddeh*
     Andrew J. Deddeh

1

CERTIFICATE OF SERVICE

Case No. 22CV60-LL-BGS