# EXHIBIT 7

Personal - Confidential

**leidos**

11/09/2018

Steve Baird

████████████████████

Dear Steve,

On behalf of Leidos, I am pleased to extend you an offer of employment for the position of Machinist/Mechanical Technician located in Vista CA. Your credentials and commitment to quality performance and service are impressive and exude the qualities we seek in our employees.

Your supervisor will be Dave M. Rose and your anticipated start date will be 11/26/2018. The hourly rate for this position will be $31.25, which is paid biweekly and is the annual equivalent of $65,000.00 if working 40 hours. This offer will expire in 3 days.

This offer is contingent upon the following:
- Successful completion of background verifications and checks.
- Successful completion of a drug test to determine the presence of illegal or unprescribed controlled substances. This process must be completed within 72 hours of receipt of your drug test information.
- Completion of Employment Eligibility Certification (I-9) and providing required documents (listed on the I-9 document) for proof of current eligibility to work in the United States at time of hire or within three days of the commencement of your employment.
- Execution of the Arbitration Agreement and Proprietary Information, Inventions and Non Solicitation Agreement.

Also, please find a benefits summary attached based on the fringe package information we currently have for you. This information should be used for reference only – your specific benefit options will be presented to you when you enroll, should you accept the position. If you have any questions that the benefits brochure doesn't address, you will need to contact the EBO Employee Services at 855-853-4367, option 3, and ask to speak with a Sr. Employee Services Specialist. Alternatively, you may email that team at AskHR@leidos.com

In addition to the items listed above please take a moment to complete the Leidos WOTC Questionnaire. You can read more information about this questionnaire below.

For over 40 years, Leidos' commitment to technical innovation, quality service and strong ethical standards have formed a strong foundation for employee leadership and career advancement contributing to our business success. It is Leidos's goal to foster an environment of rewarding professional challenges and opportunities. We look forward to having you as part of our team where you will have the opportunity to play a vital role in our continued success while continuing to nurture your career.

We at Leidos are enthusiastic about welcoming you aboard the team and are looking forward to working with you. Should you have any questions regarding this offer please feel free to contact your recruiter, Amanda S. Botkin.

Sincerely,

Leidos is an equal employment opportunity and affirmative action employer. Follow us on Twitter, Facebook, and LinkedIn.

Leidos
11955 Freedom Dr., Reston, VA 20190  USA

LEIDOS000557

Personal - Confidential

**leidos**

Adele L. Marlin

Leidos Talent Acquisition

Leidos[1] participates in the Federal Work Opportunity Tax Credit (WOTC) program, which is designed to encourage employers to hire individuals from certain target groups who have faced significant barriers to employment. Participation in the program[2] requires only that you answer a few questions. The link provide here will take you to a secure web portal administered by Deloitte Tax LLP, our external tax advisors. Deloitte Tax LLP will privately and securely collect the data submitted in the questionnaire and will file the tax documentation on behalf of Leidos directly to the government agencies. Please let your Recruiter know if you have any questions. Thank you for your participation.

(Note: Completing the WOTC questionnaire does not serve as your offer acceptance. The offer must be electronically signed in order to confirm your offer acceptance.)

[1]"Leidos" refers to Leidos and its affiliates, parents, subsidiaries and predecessors. Participation in the questionnaire is voluntary and not a condition of employment.

---

Leidos is an equal employment opportunity and affirmative action employer. Follow us on Twitter, Facebook, and LinkedIn.

Leidos
11955 Freedom Dr., Reston, VA 20190  USA

LEIDOS000558



| US Standard Offer 2018-11-09 13_27 PST.pdf | Acknowledgment | Steve M. Baird (Terminated) (613234) | 11/09/2018 04:55:20 PM | By checking the box below, I acknowledge that I have received and reviewed my offer letter for my position with Leidos. By checking the box below, I also acknowledge the terms and conditions contained in the offer letter, and hereby accept the offer letter. |

LEIDOS000559