# EXHIBIT 8

*Leidos Proprietary*

## Policy LP-HR-6:  Workplace Environment

| Policy Details | |
|---|---|
| **Policy Number:** LP-HR-6 | **Revision #:** 5.0 |
| **Owner & Approved By:**  Chief Human Resources Officer and Head of Business Partnerships | **Effective Date:**  2019-11-01 |
| **Point of Contact:**  Caitlin Stango | |

**In This Policy:**

- Purpose and Compliance
- Scope and Applicability
- Policy
- References
- Responsibilities
- Definitions
- Exceptions

## 1.      Purpose and Compliance

This policy establishes the principles of people management and serves as the foundation for promoting a positive and safe work environment that requires, encourages, and rewards performance, ethical behavior and compliance with applicable laws and regulations.

This policy is not intended to be an all-encompassing resource for people management. Leidos will operate in accordance with our Procedures that set standards for workplace behavior and conduct.

## 2.      Scope and Applicability

This policy applies to Leidos and all its employees.  Leidos will comply with the laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this policy or a substantially similar practice, unless a specific written agreement is in place and approved by the policy owner.

To the extent any provision in this policy is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this policy.

## 3.      Policy

Leidos shall:
- Comply with all applicable workplace-related laws, regulations and requirements.
- Ensure that all employment related policies, procedures, decisions, and activities are in full compliance with all applicable Equal Employment Opportunity statutes, rules, and regulations. This means that all hiring, compensation, layoffs, terminations, promotions, demotions, and any other decisions regarding terms and conditions of employment are based solely upon job-related criteria and the qualifications of the individual without regard to any basis prohibited by law.
- Provide a collaborative, flexible, safe and productive work environment that is free from drugs, smoke, violence and all forms of harassment, including but not limited to, sexual harassment.

*The information in this document is proprietary to Leidos. It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000001

*Leidos Proprietary*

- Exercise employment at will. Unless otherwise agreed to in writing, the employment relationship between any employee and Leidos is "at will." "At will" means that either party may terminate the employment relationship at any time, with or without cause and with or without notice.
- Maintain a master employment record for each active and former employee with highest level of confidentiality with access granted on a "need-to-know" basis and as required by federal, state or local regulations.
- Meet the standards established by applicable audit and oversight entities.
- Accomplish our workplace activities in accordance with applicable Leidos Workplace Environment Procedures.
- Empower and hold all levels of managers responsible for ensuring that all people management activities are in full compliance with applicable Leidos policy, procedures and applicable international, federal, state and local laws and regulations.
- Impose appropriate discipline for performance that does not meet established employee performance standards and for conduct or behavior that violates laws, regulations, policies, procedures, or the Code of Conduct, in the workplace or in off-premises situations with a relationship to the workplace or that affect the workplace.  Leidos may issue progressive discipline, when appropriate, in response to conduct and performance issues.  In some cases immediate termination from employment may be appropriate.   Individual Leidos groups or programs may have specific discipline or attendance procedures or guidelines.

## 4.      References (list of related Procedures, external references, etc.)

The following procedures are invoked by this policy and are used as the confirmation of compliance.

- PR-HR-6.1: Drug-Free Workplace
- PR-HR-6.3: Equal Employment Opportunity and Non-discrimination
- PR-HR-6.4: Harassment Free Workplace
- PR-HR-6.5: Prohibited and Restricted Items
- PR-HR-6.6: Service Animals and Pets in the Workplace
- PR-HR-6.7: Smoke and Tobacco Free Workplace
- PR-HR-6.8: Workplace Violence
- PR-HR-6.9: Required Conditions Leidos Deployed Personnel
- PR-HR-6.10: Termination and Layoff
- PR-HR-6.11: Teleworking
- PR-HR-6.12:  Providing Reasonable Accommodations to Employees and Applicants
- PR-HR-6.13: Employee Resource Groups and Employee Networks

## 5.      Responsibilities

Responsible parties are identified in each procedure.  Responsible parties in this policy include:  Applicant, Employee, Line Management, Workplace Relations Solution Center, Payroll and the Corporate Human Resource EEO designee.  These responsible parties are identified in parenthesis in the "Requirements" section of each procedure.

## 6.      Definitions

Each procedure contains applicable definitions.

 The current version of this policy can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000002

*Leidos Proprietary*

## 7.    Exceptions

Exception approval process is identified in each procedure.

| Change Record | | | |
|---|---|---|---|
| Revision # | Date | Author | Description of Change |
| 5.0 | 2019-11-01 | Jennifer Buchan | Removed references to legacy IS&GS procedures CRX-557: Business Transactions with Unions and CRX-558: Prohibited Payments and Gifts to Unions and Union Representatives, as both procedures are now retired. Policy LP-LG-1: Standards of Business Ethics and Conduct has been updated to address transactions and prohibited payments to unions. |
| 4.5 | 2019-01-01 | Jennifer Buchan | Updated to reflect correct title of the policy owner. |
| 4.4 | 2018-08-03 | Christy Jean | Removed reference to legacy IS&GS procedure CRX-540: Intermittent Duty Travel, which has been retired. |
| 4.3 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 4.2 | 2018-05-10 | Christy Jean, Laura Eckert | Removed reference to legacy IS&GS procedures CPS-734: Combatting Trafficking in Persons and CPS-734a: Combatting Trafficking in Persons Compliance Plan, which have been retired. |
| 4.1 | 2018-03-01 | Laura Eckert | Removed reference to legacy IS&GS procedure S-HRES-9001, Workplace Recording, which has been retired. |
| 4.0 | 2018-01-01 | Christy Jean | Removed reference to legacy IS&GS procedure CPS-007, Personal Use of Lockheed Martin Assets, which has been retired. |
| 3.0 | 2017-07-20 | Laura Eckert | In Section 3, added language to address discipline for performance, behavior or conduct inadvertently omitted in last publication. |
| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.2 | 2017-03-10 | Caitlin Stango | Removed two IS&GS procedures that are no longer applicable to legacy IS&GS employees. |
| 1.1 | 2016-10-10 | Caitlin Stango | Added an additional IS&GS procedure in Section 4, References. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

The current version of this policy can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000003