# EXHIBIT 10

*Leidos Proprietary*

## Procedure PR-HR-6.8: Workplace Violence

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.8 | **Revision No.:** 1.3 |
| **Owner & Approved By:** Chief Security Officer | **Effective Date:** 2020-04-09 |
| **Point of Contact:** Dennis Keith | |

## 1.    Purpose

The purpose of this document is to establish company practice and procedure for reporting workplace violence.

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Security for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Security POC**
>
> **Related Sites**
> **Attachments**:
> - Leidos Code of Conduct
>
> **References:**
> - Leidos Code of Conduct Disclosure Channels
>
> **Other Supporting Resources:**
> - N/A

## 3.    Definitions

**Workplace** – Any venue where work is conducted by or on behalf of Leidos. This definition is broader than that of a Leidos facility and includes Leidos company-owned and occupied leased facilities, parking lots, vehicles, privately owned vehicles while being used on company business and contractor/customer facilities, parking lots or vehicles.

**Workplace Violence -** Workplace violence includes, but is not limited to, assault, battery, violent acts or threats, including verbal or written threats and/or utterances (e.g., email), which occur in or are related to the workplace which may involve a risk of physical or emotional harm to individuals, or damage to company, contractor, or customer resources or capabilities, etc.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

In accordance with Policy LP-HR-6: Workplace Environment and in order to maintain a safe work environment and reduce the potential for violence in and around the workplace, Leidos prohibits all forms of violence or threats of violence. Employee violence, or threats of violence directed at managers, supervisors, co-workers, non-employees, or Leidos property (including leased, contractor, other employee's, and/or customer property) is unacceptable and will not be tolerated.

### 4.1    Prohibited Conduct

Workplace violence or threats of violence are not permitted in the workplace.  Examples of conduct prohibited as it relates to workplace violence include, but are not limited to, the following:

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

*Leidos Proprietary*

- Interference with an employee's work performance or creating an intimidating, hostile, dangerous, or offensive work environment.
- A threat of violence, or indication of intent to harm a person or property, either verbally or non-verbally, in writing or through physical action.
- An act of physical violence or damage to Leidos property, Leidos leased property, another employee's property, or the customer's property.
- Intimidating, blocking, or impeding behavior.
- Offensive non-verbal behavior, including leering, staring, stalking, making a threat of harm to another person in the workplace or involved in the workplace, or gesturing in a threatening manner.
- Threats of suicide or suicide attempts.
- Hateful or threatening email or voice mail messages.
- Spitting, pushing, kicking, or hitting someone or someone's property.
- Throwing objects at someone or someone's property.
- Destruction of Leidos, contractor, customer, or another employee's property.
- Use or brandishing of weapons.
- All forms of assault and/or battery.
- Mayhem or murder, etc.

**4.2     Reporting Violence Concerns** *(Employee, Manager)*

**4.2.1   Employee Reporting Responsibility**.  Any employee who experiences any violent behavior, receives a threat of violent behavior, or believes that he, she, or another co-worker has been treated in a violent manner must immediately report the incident to his or her supervisor, Security, Human Resources, or any of the Leidos Code of Conduct Disclosure Channels.

All instances of alleged violence or threats of violence, as described above, must be reported including those that occur outside Leidos or customer premises, or during off hours.

Employees have a duty to cooperate in any investigation and to comply with all instructions regarding confidentiality and discretion during the investigation process, as permitted by law.

**4.2.2   Manager Reporting Responsibility**.  Managers have a responsibility to report all incidents of alleged violence or threats of violence to Workforce Solutions, as Human Resources is responsible for ensuring that an investigation is conducted.

**4.3     Disciplinary Action**
If Leidos determines that an employee has exhibited, engaged in, and/or threatened violent behavior, appropriate disciplinary action is taken, up to and including termination.

**4.4     Retaliation**
No action is taken against a person who files a good-faith complaint or inquiry concerning violence/threat of violence or because that person assists in good-faith in an investigation.



*Leidos Proprietary*

If Leidos determines that an employee has acted in a retaliatory manner against an individual who has surfaced a complaint in good faith or who has provided investigative assistance as described above, appropriate disciplinary action is taken, up to and including termination.

## 5. Exception

Exceptions to this procedure require advance written approval of the Chief Security Officer.

--------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 1.3 | 2020-04-09 | Jennifer Buchan | Updated the Procedure POC. |
| 1.2 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and changed the procedure owner to the Chief Security Officer. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

**leidos** The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000032