# EXHIBIT 11

*Leidos Proprietary*

**Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.12 | **Revision No.:** 2.3 |
| **Owner & Approved By:** Workforce Solutions Director | **Effective Date:** 2020-09-03 |
| **Point of Contact:** Workforce Solutions Director, Caitlin Stango | |

## 1.      Purpose

The purpose of this document is to establish company practice and procedure for providing reasonable accommodations to employees and applicants.

## 2.      Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Workforce Solutions POC**
>
> **Related Sites**
>
> **Attachments:**
> - Reasonable Accommodation Request Form
> - Medical Information Required
>
> **References:**
> - PR-HR-6.6 Service Animals and Pets in the Workplace
> - Service Animal Etiquette
>
> **Other Supporting Resources:**
> - Reasonable Accommodations

## 3.      Definitions

**Disability** – A physical or mental impairment that substantially limits one or more of the major life activities of an individual. This procedure is not to be construed in any way as defining disability for purposes of applying for or receiving workers' compensation, short-term disability benefits, long-term disability benefits, or other benefits.

**Essential Job Functions** – Tasks that are critical or comprise the fundamental requirements of the job. Tasks that bear only a marginal relationship to the job are not "essential job functions."

**Interactive Dialogue** – A constructive communication with an employee to identify the precise reasonable work modification that would enable a qualified person to perform the essential job functions.

**Manager** – An employee with people management and operations/business management responsibilities.

**Qualified Person** – Someone who satisfies the skill, experience, education, and other job-related requirements of the position and who can perform the essential job functions with or without a reasonable accommodation.

**Reasonable Accommodation** – A work-related modification that does not impose an undue hardship on Leidos or its operations and that enables a person with a disability, or a person who is pregnant or has a

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000033

*Leidos Proprietary*

condition related to pregnancy or childbirth, to participate in the job application process, perform the essential job functions, and enjoy benefits of employment equal to those enjoyed by employees without disabilities or who are not pregnant or who do not have conditions related to pregnancy or childbirth.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

Leidos is committed to providing all employees and applicants, including those employees and applicants with medical conditions or disabilities, as well as employees and applicants who are pregnant or who have conditions related to pregnancy or childbirth, the opportunity to be successful in their Leidos careers and hiring process.

In accordance with the Americans with Disabilities Act (ADA), as amended, and applicable state and federal laws, Leidos will not discriminate in any aspect of employment or retaliate against qualified persons with disabilities, and will provide reasonable accommodations to qualified persons who have disclosed disabilities. Qualified persons with disabilities must be able to perform the essential job functions, with or without reasonable accommodations. For employees with an impairment that may not be a disability, Leidos may, but is not required to, provide work-related modifications to assist the employee in performing essential job functions.

In addition, Leidos will provide alternative job assignments, modified duties, or other accommodations (including light duty) to employees who are unable to perform some of their job duties because of pregnancy, childbirth, or related medical conditions in accordance with applicable law.

For additional information, please reference specific state and local resources for reasonable accommodations related to pregnancy for applicants and employees.

For lactation accommodations and guidance for breastfeeding/nursing mothers in the workplace, consult your human resources business partner.

### 4.1    Requesting a Reasonable Accommodation (Job Applicants)

An applicant requiring a reasonable accommodation to participate in the application or interview process should provide notice of the accommodation request in the application to the relevant Talent Acquisition representative or to the interviewer. The Talent Acquisition representative or interviewer will work with the applicant and Employee Services to determine whether a reasonable accommodation can be provided.

### 4.2    Requesting a Reasonable Accommodation (Employees)

An employee starts the request process by completing the Reasonable Accommodations Request Form and sending it to Employee Services unless the request is for an item noted below in 4.2.1.

### 4.2.1   Reasonable Accommodation Requests for Human Resources Business Partner and Manager Review

Leidos will provide certain reasonable accommodations with the advance approval of the employee's manager and human resources manager. These accommodations/job aids include:

- ergonomic mice;
- ergonomic keyboard;



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 2 of 5

LEIDOS000034

*Leidos Proprietary*

- footstool;
- wrist support for keyboard or mouse;
- keyboard tray;
- minor, temporary schedule changes/flex time to permit employees to go to medical appointments (for a proposed time period of less than 30 days); and
- telecommuting for 2 weeks or less in a 6 month period to permit the employee to recover from illness, surgical procedure, or related situation.

If the employee's manager or human resources manager has concerns with readily approving a request on this list, then the manager or human resources manager refers the employee to Employee Services to make the request through the full Procedure.

### 4.2.2    All Other Reasonable Accommodation Requests

**4.2.2.1 Medical Documentation**.  For requests not covered by or approved pursuant to 4.2.1, the employee submits medical documentation from the employee's medical provider to Employee Services that describes the employee's medical condition relevant to the request and provides a medical explanation for why the requested accommodation is necessary and the duration of the need for the requested accommodation. Exceptions:
- In limited circumstances, Employee Services may determine that information is not needed regarding degree of impairment or duration of limitation.
- Pregnant employees in Massachusetts and Washington are not required to provide medical documentation for requests to:
  - o Take more frequent, longer or flexible bathroom breaks
  - o Modify a no food or drink policy
  - o Sit or be allowed to sit more frequently if the job requires standing, or
  - o Limit lifting of greater than 17 pounds
- Pregnant employees or partners in Pittsburgh are not required to submit medical documentation, in most cases, for requests related to pregnancy, childbirth or related medical conditions.

**4.2.2.2 Essential Job Functions**.  Employee Services may request that the manager and human resources manager complete the Essential Job Functions Form and provide the employee's current job description to Employee Services.

**4.2.2.3 Interactive Process**.  Employee Services, the immediate manager, human resources manager and/or Workforce Solutions will review the information provided and engage the employee in an interactive dialogue about the request, including discussion regarding whether any alternatives exist that would be effective, and assess whether to approve, deny or approve an alternative to the request.

If the manager and human resources manager determine that a reasonable accommodation can be provided without altering the essential job functions or adversely affecting operations, the immediate manager or human resources manager will implement the accommodation.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 3 of 5

LEIDOS000035

*Leidos Proprietary*

If a reasonable accommodation cannot be made, the manager, human resources manager and Workforce Solutions will explore alternative options, which may include leave and/or helping the employee search for a vacant position for which the employee is interested and qualified.

If Leidos and the employee are unable to identify a vacant position for which the employee is interested and qualified, the manager, human resources manager or Workforce Solutions will take any other steps that are appropriate for the particular situation.

Managers must report all requests for reasonable accommodations to their human resources business partner.  Human resources business partners must report all requests for reasonable accommodations to Employee Services except for requests that fall under section 4.2.1 above. Employee Services will strive to track all reasonable accommodation requests except for requests that fall under section 4.2.1 above.

**4.3      No Retaliation**
Retaliation against any job applicant or employee for requesting a reasonable accommodation or a work-related modification is prohibited.

**4.4      Reporting Concerns of Discrimination**
All employees are encouraged to maintain an atmosphere that is supportive of employees with impairments and disabilities as well as pregnant employees or employees with conditions related to pregnancy.  Any employee who experiences any job-related discrimination or retaliation, or believes that the employee or another coworker, contractor, or customer employee has been discriminated or retaliated against is expected to report the incident through any of the following Leidos Code of Conduct disclosure reporting channels:

- Their supervisor or other individual in their management chain
- Their Group Ethics Director, the Director of Investigations or the Chief Ethics and Compliance Officer
- Their **local Human Resources representative**, the Workforce Solutions Director, or the Chief Human Resources Officer
- Any member of the Employee Ethics Council
- The Leidos Hotline which connects you to an independent third party provider or by online submission of your concern at https://leidos.com/hotline. Concerns may be reported anonymously.
- The General Counsel or Chief Security Officer
- The Chairman and CEO
- The Board of Directors via the Lead Director of the Leidos Board of Directors**,** the Corporate Governance and Ethics Committee Chair or the Audit and Finance Committee Chair

## 5. Exception
Exceptions to this procedure require advance written approval of the Workforce Solutions Director.



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000036

*Leidos Proprietary*

--------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 2.3 | 2020-09-03 | Jennifer Buchan | Removed reference to EthicsPoint and updated hotline url in Section 4.4. |
| 2.2 | 2020-04-22 | Jennifer Buchan | Updated the disclosure reporting channels in Section 4.4. |
| 2.1 | 2019-06-24 | Laura Eckert | Typo correction in Section 4.2.2.1 |
| 2.0 | 2019-05-17 | Laura Eckert | Procedure updated due to new state and local laws regarding accommodations for pregnant employees and their partners. |
| 1.4 | 2019-05-07 | Laura Eckert | Fixed broken link in Section 4 with regard to state and local law requirements. |
| 1.3 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 1.2 | 2017-11-08 | Laura Eckert | Language added in Section 4 to address recent state law requirements regarding nursing mothers and removed reference to outdated form in Section 4.2.2. |
| 1.1 | 2017-08-17 | Laura Eckert | Removed reference to outdated form. |
| 1.0 | 2017-07-03 | HR Policy Working Group | Initial version established. |

LEIDOS000037