# EXHIBIT 12

*Leidos Proprietary*

**Procedure PR-HR-6.3: Equal Employment Opportunity and Non-Discrimination**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.3 | **Revision No.:** 4.1 |
| **Owner & Approved By:** Workforce Solutions Director | **Effective Date:** 2020-04-22 |
| **Point of Contact:** Workforce Solutions Director, Caitlin Stango | |

## 1.     Purpose

The purpose of this document is to establish company practice and commitment to Equal Employment Opportunity (EEO), non-discrimination, pay transparency and to prohibit retaliation.

## 2.     Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Workforce Solutions POCs**
>
> **Related Sites**
> **Attachments:**
> - Leidos Code of Conduct
> - Pay Transparency Statement
> - Guidance for Supporting Transitioning Employees in the Workplace
>
> **References:**
> - Leidos Code of Conduct Disclosure Channels
> - PR-HR-6.4: Harassment Free Workplace
> - PR-HR-6.12: Reasonable Accommodations for Employees and Applicants
> - CEO Affirmation of EEO and Non-discrimination

## 3.     Definitions

**Protected categories** - Sex, race, ethnicity, color, age, national origin, citizenship, religion, physical or mental disability, medical condition, genetic information, pregnancy (including childbirth or related medical conditions including, but not limited to, lactation), family structure, marital status, sexual orientation, gender identity or expression, veteran or military status, or any other basis prohibited by law.

## 4.     Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

Policy LP-HR-6: Workplace Environment states the commitment of Leidos to ensure that all employment-related policies, procedures, decisions, and activities are in full compliance with all applicable EEO statutes, rules, and regulations. This means that all hiring, compensation, layoffs, terminations, promotions, demotions, and any other decisions regarding terms and conditions of employment are based solely upon job-related criteria and the qualifications of the individual without regard to any legally protected basis referenced in Section 3 above.

Leidos holds each level of management responsible for ensuring that all personnel policies, procedures, and activities are in full compliance with all applicable Leidos policies as well as relevant federal, state, and local EEO statutes, rules, and regulations.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000020

*Leidos Proprietary*

### 4.1    EEO and Non-Discrimination

Leidos values the contributions of a diverse workforce and recognizes we are stronger together as an inclusive team.  Leidos will not discriminate based on any legally protected basis referenced in Section 3 above.  See Procedure PR-HR-6.4: Harassment-Free Workplace, Guidance for Supporting Transitioning Employees in the Workplace, and Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants.

In accordance with the Americans with Disabilities Act (ADA), as amended, and applicable state and federal laws, Leidos will not discriminate in any aspect of employment or retaliate against qualified persons with disabilities, and will provide reasonable accommodations to qualified persons who have disclosed disabilities, unless doing so would impose an undue hardship on Leidos. Qualified persons with disabilities must be able to perform their essential job functions, with or without reasonable accommodations.

Leidos is a federal contractor subject to Executive Order 11246, Section 4212 of the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended and Section 503 of the Rehabilitation Act of 1973, as amended.  Leidos is committed to taking positive steps to implement this procedure.  Leidos will take affirmative action to employ, advance in employment, and otherwise treat qualified minorities, women, protected veterans, and people with disabilities in accordance with the company's affirmative action plans and federal regulations.

Leidos will not discriminate because of a person's relationship or association with a protected veteran.  This includes spouses and family members.  Leidos will safeguard the fair and equitable treatment of protected veteran spouses and family members with regard to all employment actions and prohibit harassment of applicants and employees because of their relationship or association with a protected veteran.

### 4.2    Anti-Retaliation

Leidos prohibits retaliation (any adverse employment action such as discipline, termination, demotion, etc.) against any employee because the employee filed a complaint covered by this procedure; assisted or participated in the investigation of a complaint covered by this procedure; or opposed discrimination or any other act or practice covered by this procedure.

In addition, employees and applicants shall not be subjected to harassment, intimidation, threats, coercion, or discrimination because they have engaged in or may engage in any of the following activities: (1) Filing a complaint;(2) Assisting or participating in an investigation, compliance evaluation, hearing, or any other activity related to the administration of the Vietnam Era Veterans Readjustment Assistance Act (VEVRAA) or any other federal, state, or local law requiring equal opportunity for individuals with disabilities; (3) Opposing any act or practice made unlawful by VEVRAA or its implementing regulations in this part, or any other federal, state or local law requiring equal opportunity for individuals with disabilities; or (4) Exercising any other right protected by VEVRAA or its implementing regulations.

Leidos also prohibits retaliation against employees who engage in activities protected by state and local wage theft laws.


The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 2 of 6

LEIDOS000021

*Leidos Proprietary*

### 4.3      Hiring

It is Leidos practice to cultivate and develop new recruitment sources on a continuing basis and to maintain a constant effort to obtain qualified minority, female, and covered veteran applicants, as well as applicants with disabilities.

All hiring decisions are based solely upon an individual's qualifications for the position being filled, including but not limited to education, experience, demonstrated competence, applicable government security requirements, and any other personal or physical qualification that is required for the position.

All employment advertising and all employment orders placed with employment agencies clearly indicate that we are an EEO employer.

All employment tests must be validated in accordance with the regulations specified in Executive Order 11246 (Revised) and any applicable state or local requirements.

### 4.4      Compensation and Benefit Programs

Compensation and benefit programs are administered without regard to any legally protected basis referenced in Section 3 above.  These programs are administered within established standard operating procedures.  The company strives to ensure that there is no disparity in compensation based on any legally protected basis referenced in section 3 above among employees performing equivalent duties.

### 4.5      Pay Transparency Non-Discrimination Provision

The company will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the company's legal duty to furnish information.  See the "Pay Transparency Policy Statement" issued pursuant to Executive Order 13665.

### 4.6      Personnel Actions

The company makes personnel action decisions such as layoffs, termination, recalls from layoffs, promotions, and demotions without regard to any legally protected basis referenced in Section 3 above.

### 4.7      Company Facilities and Social Activities

Facilities throughout the company are to be maintained on a non-segregated basis. Social and athletic activities are offered with equal opportunities to all without regard to any legally protected basis referenced in Section 3 above.

### 4.8      Training and Education

Leidos offers its company-sponsored training programs to all qualified employees without regard to any legally protected basis referenced in Section 3 above.

---

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 3 of 6

*Leidos Proprietary*

Leidos encourages wide participation in its company-sponsored educational assistance programs (see Procedure PR-HR-1.5: Tuition Reimbursement) and provides these benefits to all qualified employees without regard to any legally protected basis referenced in Section 3 above.

## 4.9    Reporting and Investigating Discrimination and Retaliation

### 4.9.1    Employee Reporting Responsibility

All Leidos employees have an obligation to contribute to a workplace that is free of discrimination and retaliation.  Any employee who experiences any job-related discrimination, retaliation or believes that the employee or another coworker, contractor, or customer employee has been discriminated or retaliated against is expected to report the incident through any of the following Leidos Code of Conduct disclosure reporting channels:

- Their supervisor or other individual in their management chain
- Their Group Ethics Director, the Director of Investigations or the Chief Ethics and Compliance Officer
- Their **local Human Resources representative**, the Workforce Solutions Director, or the Chief Human Resources Officer
- Any member of the Employee Ethics Council
- The Leidos Hotline which connects you to an independent third party provider, EthicsPoint, or by online submission of your concern at https://leidos.ethicspoint.com. Concerns may be reported anonymously
- The General Counsel or Chief Security Officer
- The Chairman and CEO
- The Board of Directors via the Lead Director of the Leidos Board of Directors, the Corporate Governance and Ethics Committee Chair or the Audit and Finance Committee Chair

All instances of alleged discrimination and retaliation are expected to be reported, including those that occur outside Leidos or customer premises, or during off hours, if related to the work environment.

### 4.9.2    Manager Reporting Responsibility

Managers have the responsibility to promptly report all incidents of alleged discrimination or retaliation to Human Resources who is responsible for ensuring that an investigation is conducted.  Supervisors and managers must not independently investigate complaints of discrimination or retaliation.

### 4.9.3    Investigations

Leidos will conduct prompt investigations of suspected violations of this procedure, including complaints against third parties.

Employees have a duty to cooperate in any investigation and to comply with all instructions regarding confidentiality and discretion during the investigation process, as permitted by law.  Failure to cooperate or providing false, deliberately deceptive, or intentionally misleading information may result in disciplinary action, up to and including termination from employment.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 4 of 6

LEIDOS000023

*Leidos Proprietary*

Investigations and related records will be handled with the highest degree of confidentiality possible except, for example, where disclosure is required by law, regulation, or legal process, or is necessary to allow for investigation of the complaint.

## 4.10    Violations

The company will take appropriate action, up to and including termination from employment, whenever a violation of this procedure is confirmed.

## 4.11    EEO Responsibilities *(EEO Officer, EEO Representatives, EEO Compliance Coordinator)*

The primary EEO responsibilities rest with the Leidos EEO Officer and the various EEO representatives throughout Leidos (Group HR Directors, HR Business Partners). The Leidos EEO Officer is appointed by the chief executive officer, and the EEO representatives are designated by the senior management wherever an affirmative action plan (AAP) is maintained.

The company's EEO representatives monitor and guide EEO activities to ensure compliance with this procedure. The Leidos EEO Compliance Coordinator prepares annual updates of the affirmative action plans, coordinates onsite compliance reviews, prepares and submits EEO reports as required by law or management, and provides consulting assistance to managers as requested.

## 4.12    Procedure for AAP Compliance Audit *(EEO Officer, EEO Representatives, EEO Compliance Coordinator, Senior Management)*

Upon notification of an impending AAP compliance review, the EEO representative immediately notifies the appropriate senior management and Leidos EEO Compliance Coordinator. Upon completion of the review, the EEO representative reports out any results or actions being taken to senior management.

## 4.13    General

No provisions of this or any other Leidos policy or procedure will be construed as an employment agreement. Employment with Leidos can be terminated at any time, with or without cause, either by the employee concerned or by Leidos.

# 5.    Exception

Exceptions to this procedure require advance written approval of the Workforce Solutions Director.

 

LEIDOS000024

*Leidos Proprietary*

----------------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 4.1 | 2020-04-22 | Jennifer Buchan | Updated the disclosure reporting channels listed in Section 4.9.1. |
| 4.0 | 2019-12-31 | Laura Eckert | Revised to include link to CEO Affirmation Statement and also added language from OFCCP recommendation in Section 4.2. |
| 3.0 | 2019-11-18 | Laura Eckert | Revised to include a statement and reference to "Guidance for Supporting Transitioning Employees in the Workplace" and to prohibit discrimination based on a person's relationship with a protected veteran and retaliation against employees who engage in activities protected by wage theft laws. |
| 2.2 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.1 | 2018-06-04 | Laura Eckert | Minor edit made to "protected categories" in Section 3, Definitions. |
| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000025

*Leidos Proprietary*

**Procedure PR-HR-6.4: Harassment-Free Workplace**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.4 | **Revision No.:** 3.0 |
| **Owner & Approved By:** Workforce Solutions Director | **Effective Date:** 2020-10-08 |
| **Point of Contact:** Workforce Solutions Director, Caitlin Stango | |

## 1. Purpose

The purpose of this document is to establish company practice and procedure for reporting harassment (i.e., verbal or physical conduct that offends, abuses, intimidates, torments, degrades or threatens a person on the basis of any classification protected by applicable law).

## 2. Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3. Definitions

**Harassment** – Unsolicited or unwelcome threatening, offensive, or harassing conduct; touching; staring or overtures; or bullying, either verbal or physical, for any reason, including, but not limited to harassment based on sex, race, ethnicity, color, age, national origin, citizenship, religion, physical or mental disability, medical condition, genetic information, pregnancy, family structure, marital status, sexual orientation, gender identity or expression, veteran or military status, or any other basis prohibited by law.

**Sexual Harassment** – Unwelcome advances, requests for sexual favors, or any other visual, verbal, or physical conduct when:

- Submission to the conduct is made either implicitly or explicitly a condition of the individual's employment.
- Submission to or rejection of the conduct is used as the basis for an employment decision affecting the harassed employee.

Or

---

**For Questions, contact your Workforce Solutions POC**

**Related Sites**
**Attachments:**
- Leidos Code of Conduct

**References:**
- Leidos Code of Conduct Disclosure Channels
- PR-HR-6.3: Equal Employment Opportunity and Non-Discrimination

**Other Supporting Resources:**
- State and Local Supplements

---

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000026

*Leidos Proprietary*

- The harassment has the purpose or effect of unreasonably interfering with the employee's work performance or creating an environment that is intimidating, hostile, or offensive to an employee.

## 4.    Requirements *(when applicable, the responsible person/role is identified in parenthesis)*

In accordance with Policy LP-HR-6: Workplace Environment and in order to promote a safe workplace, Leidos prohibits all forms of harassment, including but not limited to, sexual harassment.  Additional state and local requirements exist and differ from jurisdiction to jurisdiction.  For specific state and local requirements, procedure supplements have been developed.

### 4.1    Prohibited Conduct

No Leidos employee, contractor, customer, vendor, etc. is to be subjected to harassment as defined in Section 3.

### 4.2    Examples of Prohibited Conduct

Examples of harassing conduct prohibited by Leidos include, but are not limited to, the following:

- Unwelcome touching or other physical contact such as kissing, groping, fondling, or grabbing of another employee, contractor, customer, etc.
- Offensive blocking or impeding behavior, including causing someone to touch or brush against another's body.
- Repeated innuendos, epithets, crude or obscene language, derogatory slurs, off-color jokes, propositions, threats, or suggestive or insulting sounds, or graphic commentaries based on any legally protected categories (see Section 3).  Offensive nonverbal behavior, including leering, staring, stalking, sitting, or gesturing in a threatening manner.
- Displaying derogatory posters, calendars, cartoons, or drawings; or suggestive objects or pictures based on any legally protected categories (see Section 3).
- Making or threatening reprisals as a result of a negative response to harassment.
- Repeated, unwelcome requests for dates or sexual favors.
- Offensive comments or statements regarding someone's physical attributes or body parts.
- Transmission of sexually suggestive or explicit messages via text, email, voicemail, social media or other method.
- Requests for sexual favors in return for employment rewards, or threats/adverse employment action if sexual favors are not provided.

### 4.3    Anti-Retaliation

Leidos prohibits retaliation (any adverse employment action such as discipline, termination, demotion, etc.) against any employee because the employee filed a complaint covered by this procedure; assisted or participated in the investigation of a complaint covered by this procedure; or opposed discrimination or any other act or practice covered by this procedure.

 

LEIDOS000027

*Leidos Proprietary*

**4.4      Reporting and Investigating Harassment (*Employee, Supervisor, Corporate Workforce Solutions*)**

**4.4.1   Employee Reporting Responsibility**
All Leidos employees have an obligation to contribute to a workplace that is free of harassment and retaliation.  Any employee who experiences any job-related harassment, retaliation or believes that the employee or another coworker, contractor, or customer employee has been harassed is expected to report the incident through any of the following Leidos Code of Conduct disclosure reporting channels:

- Their supervisor or other individual in their management chain
- Their Group Ethics Director, the Director of Investigations or the Chief Ethics and Compliance Officer
- Their **local Human Resources representative**, the Workforce Solutions Director, or the Chief Human Resources Officer
- Any member of the Employee Ethics Council
- The Leidos Hotline which connects you to an independent third party provider or by online submission of your concern at https://leidos.com/hotline. Concerns may be reported anonymously.
- The General Counsel or Chief Security Officer
- The Chairman and CEO
- The Board of Directors via the Lead Director of the Leidos Board of Directors, the Corporate Governance and Ethics Committee Chair or the Audit and Finance Committee Chair

All instances of alleged harassment are expected to be reported, including those that occur outside Leidos or customer premises, or during off hours, if related to the work environment.

**4.4.2   Manager Reporting Responsibility**
Managers have the responsibility to promptly report all incidents of alleged harassment or related retaliation to Human Resources or Corporate Ethics and Compliance, as they are responsible for ensuring that an investigation is conducted.  Supervisors and managers must not independently investigate complaints of harassment or retaliation.

**4.4.3   Investigations**
Leidos will conduct prompt investigations of suspected violations of this procedure, including complaints against third parties.

Employees have a duty to cooperate in any investigation and to comply with all instructions regarding confidentiality and discretion during the investigation process, as permitted by law.  Failure to cooperate or providing false, deliberately deceptive, or intentionally misleading information may result in disciplinary action, up to and including termination from employment.

Investigations and related records will be handled with the highest degree of confidentiality possible except, for example, where disclosure is required by law, regulation, or legal process, or is necessary to allow for investigation of the complaint.



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000028

*Leidos Proprietary*

## 4.5   Violations

The company will take appropriate action, up to and including termination from employment, whenever a violation of this procedure is confirmed.

## 4.6   General

No provisions of this or any other Leidos policy or procedure will be construed as an employment agreement. Employment with Leidos can be terminated at any time, with or without cause, either by the employee concerned or by Leidos.

## 5.   Exception

Exceptions to this procedure require advance written approval of the Workforce Solutions Director.

---------------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| Revision No.: | Date | Author | Description of Change |
| 3.0 | 2020-10-08 | Julie Garcia | Added verbiage in Section 4 with regard to additional state and local requirements. |
| 2.3 | 2020-09-01 | Jennifer Buchan | Removed reference to EthicsPoint and updated hotline url in Section 4.4.1. |
| 2.2 | 2020-04-22 | Jennifer Buchan | Updated the disclosure reporting channels in Section 4.4.1. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000029