# EXHIBIT 13

*Leidos Proprietary*

**Policy LP-HR-4:  Paid and Unpaid Leave**

| Policy Details | |
|---|---|
| **Policy Number:** LP-HR-4 | **Revision #:** 3.1 |
| **Owner & Approved By:**  Chief Human Resources Officer & Head of Business Partnerships | **Effective Date:**  2020-01-01 |
| **Point of Contact:**  George Reiter | |

**In This Policy:**

- Purpose and Compliance
- Scope and Applicability
- Policy
- References
- Responsibilities
- Definitions
- Exceptions

## 1.    Purpose and Compliance

The purpose of this document is to state the Leidos policy for Paid and Unpaid Leave.  This policy is not intended to be an all-encompassing resource for Paid and Unpaid Leave. Leidos will operate in accordance with the procedures that set standards for Paid and Unpaid Leave.

## 2.    Scope and Applicability

This policy applies to Leidos and all its employees.  Leidos will comply with the laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this policy or a substantially similar practice, unless a specific written agreement is in place and approved by the policy owner.

To the extent any provision in this policy is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this policy.

## 3.    Policy

Leidos shall:

- Comply with all applicable paid and unpaid leave-related laws, regulations and requirements.
- Meet the standards established by applicable audit and oversight entities.
- Accomplish our paid and unpaid leave activities in accordance with our Leidos paid and unpaid leave Procedures.

## 4.    References (list of related Procedures, external references, etc.)

The following procedures are invoked by this policy and are used as the confirmation of compliance.

- PR-HR-4.1: Administrative Absences
- PR-HR-4.2: Bereavement
- PR-HR-4.3: Paid Time Off
- PR-HR-4.4: Disability Sick Leave

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000038

*Leidos Proprietary*

- [PR-HR-4.5: Family Medical Leave](#)
- [PR-HR-4.6: Holidays](#)
- [PR-HR-4.7: Involuntary Leave Without Pay](#)
- [PR-HR-4.8: Jury Duty and Subpoena](#)
- [PR-HR-4.9: Leave of Absence](#)
- [PR-HR-4.10: Medical Leave of Absence](#)
- [PR-HR-4.11: Military Leave](#)
- [PR-HR-4.12: Voluntary Leave Without Pay](#)
- [PR-HR-4.13: Voting Time](#)
- [PR-HR-4.14: Leaves of Absence for Union Officials](#)
- [PR-HR-4.15: Paid Parental Leave](#)

## 5.    Responsibilities

Responsible parties are identified in each procedure.  Responsible parties in this policy include:  Employee, Line Management, Timesheet Services, Payroll, Total Rewards Solution Center, and applicable vendors.  These responsible parties are identified in parenthesis in the "Requirements" section of each procedure.

## 6.    Definitions

Each procedure contains applicable definitions.

## 7.    Exceptions

Exception approval process is identified in each procedure.

| Change Record | | | |
|---|---|---|---|
| **Revision #** | **Date** | **Author** | **Description of Change** |
| 3.1 | 2020-01-01 | Karen Kanjian | Added new procedure, PR-HR-4.15: Paid Parental Leave, to Section 4. |
| 3.0 | 2019-03-13 | Christy Jean/ Jennifer Buchan | Added new procedure, PR-HR-4.14, to Section 4 and removed reference to CRX-536: Leaves of Absence for Union Officials, as it is now retired. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2018-01-01 | Christy Jean | Removed references to IS&GS procedures in Section 4 which are now retired. |
| 1.2 | 2017-09-14 | Gayle Godfrey Connatser | Added new procedure, CRX-534a, to Section 4, References. |
| 1.1 | 2017-07-03 | Jennifer Buchan | This revision reflects a revised Scope and Applicability section. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

**leidos**   The current version of this policy can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                                                         p. 2 of 2

LEIDOS000039

*Leidos Proprietary*

**Policy LP-HR-4:  Paid and Unpaid Leave**

| Policy Details | |
|---|---|
| **Policy Number:** LP-HR-4 | **Revision #:** 5.0 |
| **Owner & Approved By:**  Chief Human Resources Officer & Head of Business Partnerships | **Effective Date:**  2020-06-22 |
| **Point of Contact:**  George Reiter | |

**In This Policy:**

- Purpose and Compliance
- Scope and Applicability
- Policy
- References
- Responsibilities
- Definitions
- Exceptions
- Addenda

## 1.      Purpose and Compliance

The purpose of this document is to state the Leidos policy for Paid and Unpaid Leave.  This policy is not intended to be an all-encompassing resource for Paid and Unpaid Leave. Leidos will operate in accordance with the procedures that set standards for Paid and Unpaid Leave.

## 2.      Scope and Applicability

This policy applies to Leidos and all its employees.  Leidos will comply with the laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this policy or a substantially similar practice, unless a specific written agreement is in place and approved by the policy owner.

To the extent any provision in this policy is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this policy.

## 3.      Policy

Leidos shall:

- Comply with all applicable paid and unpaid leave-related laws, regulations and requirements.
- Meet the standards established by applicable audit and oversight entities.
- Accomplish our paid and unpaid leave activities in accordance with our Leidos paid and unpaid leave Procedures.

## 4.      References (list of related Procedures, external references, etc.)

The following procedures are invoked by this policy and are used as the confirmation of compliance.

- PR-HR-4.1: Administrative Absences
- PR-HR-4.2: Bereavement
- PR-HR-4.3: Paid Time Off

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000042

*Leidos Proprietary*

- [PR-HR-4.4: Disability Sick Leave](#)
- [PR-HR-4.5: Family Medical Leave](#)
- [PR-HR-4.6: Holidays](#)
- [PR-HR-4.7: Involuntary Leave Without Pay](#)
- [PR-HR-4.8: Jury Duty and Subpoena](#)
- [PR-HR-4.9: Leave of Absence](#)
- [PR-HR-4.10: Medical Leave of Absence](#)
- [PR-HR-4.11: Military Leave](#)
- [PR-HR-4.12: Voluntary Leave Without Pay](#)
- [PR-HR-4.13: Voting Time](#)
- [PR-HR-4.14: Leaves of Absence for Union Officials](#)
- [PR-HR-4.15: Paid Parental Leave](#)

## 5.    Responsibilities

Responsible parties are identified in each procedure.  Responsible parties in this policy include:  Employee, Line Management, Timesheet Services, Payroll, Total Rewards Solution Center, and applicable vendors.  These responsible parties are identified in parenthesis in the "Requirements" section of each procedure.

## 6.    Definitions

Each procedure contains applicable definitions.

## 7.    Exceptions

Exception approval process is identified in each procedure.

## 8.    Addenda

- [Stand-By Leave for the Declared COVID-19 Pandemic](#)
- [Pandemic Paid Sick Leave](#)

| Change Record | | | |
|---|---|---|---|
| Revision # | Date | Author | Description of Change |
| 5.0 | 2020-06-22 | Jennifer Buchan | Added a reference to "Pandemic Paid Sick Leave" in Section 8, Addenda. |
| 4.0 | 2020-05-01 | Jennifer Buchan | Added a reference to "Stand-By Leave for the Declared COVID-19 Pandemic" in Section 8, Addendum. |
| 3.1 | 2020-01-01 | Karen Kanjian | Added new procedure, PR-HR-4.15: Paid Parental Leave, to Section 4. |
| 3.0 | 2019-03-13 | Christy Jean/ Jennifer Buchan | Added new procedure, PR-HR-4.14, to Section 4 and removed reference to CRX-536: Leaves of Absence for Union Officials, as it is now retired. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2018-01-01 | Christy Jean | Removed references to IS&GS procedures in Section 4 which are now retired. |
| 1.2 | 2017-09-14 | Gayle Godfrey Connatser | Added new procedure, CRX-534a, to Section 4, References. |
| 1.1 | 2017-07-03 | Jennifer Buchan | This revision reflects a revised Scope and Applicability section. |

 The current version of this policy can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 2 of 3

LEIDOS000043

*Leidos Proprietary*

| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |
|---|---|---|---|

**leidos** The current version of this policy can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 3 of 3

LEIDOS000044

*Leidos Proprietary*

**Procedure PR-HR-4.3: Paid Time Off**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.3 | **Revision No.:** 6.0 |
| **Owner & Approved By:** Corporate Benefits Director | **Effective Date:** 2020-10-01 |
| **Point of Contact:** Corporate Benefits Director, Karen Kanjian | |

## 1. Purpose

The purpose of this document is to establish company practice and procedure for paid time off (PTO).

Leidos recognizes the need for a work schedule balanced with paid time away from the job for vacation, special occasions, short-term illness for employees or others, doctor's visits for employees or others, domestic violence leave, personal business and any other reason authorized by applicable federal, state or local laws or ordinances. To meet these needs, the company provides a PTO benefit.

## 2. Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States (U.S.) and may apply to Leidos employees who are U.S. citizens working outside of the U.S. as expatriates. Leidos will comply with the applicable laws and regulations of the U.S., or, if U.S. citizens are working as expatriates in a foreign country not subject to a Status of Forces Agreement (SOFA) or a bi-lateral agreement with the United States, Leidos will comply with the laws of that foreign country, as applicable.

> **For Questions, contact Employee Services at 855-553-4367**
>
> **Related Sites**
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-1.3: Paid Time Off Payout
> - PR-HR-4.1: Administrative Absences
> - PR-HR-4.4: Disability Sick Leave
> - PR-HR-4.6: Holidays
> - PR-HR-6.10: Termination and Layoff
> - PR-HR-6.12 Reasonable Accommodations for Employees and Applicants
>
> **Other Supporting Resources:**
> - PR-HR-1.2: Paid Time Off Donation Program
> - PR-HR-4.15: Paid Parental Leave

International employees should consult their local Human Resources for non-US specific procedure. Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3. Definitions

**Eligible Recorded Hours** — Hours counted towards the PTO accrual calculation. These hours include all worked hours, paid leave, and special leave without pay ("SWOP") which is used during periods of approved disability or Family and Medical Leave Act (FMLA) leave.

**Senior Staff** — Employees whose base annual salary is equal to or exceeds a defined threshold upon hire in an eligible status or thereafter. This salary threshold is subject to change the beginning of the fiscal year and is communicated in conjunction with the annual budgeting process.

**Terminal Paid Time Off Leave** — PTO that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000045

*Leidos Proprietary*

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

### 4.1    Paid Time Off Accruals – Non-Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period).  Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Overtime-eligible and exempt/salaried ("SAL" or "salaried") employees, other than senior staff, accrue PTO at the following base rates up to the PTO bank maximum accrual:

| Time off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | PTO Maximum Accrual |
|---|---|---|---|
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 2 years | .0808 hours | 21 days | 400 hours |
| 2 - 3 years | .0846 hours | 22 days | 400 hours |
| 4 - 9 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| Up to 2 years | .0462 hours | 12 days | 400 hours |
| 2 - 3 years | .0500 hours | 13 days | 400 hours |
| 4 - 5 years | .0538 hours | 14 days | 400 hours |
| More than 5 years | .0615 hours | 16 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): C** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): E** | | | |
| Union represented employees are covered by the terms of their collective bargaining agreement (CBA). | | | |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000046

*Leidos Proprietary*

| Benefits Package (Cost Point/Workday Fringe ID): G |
| --- |
| Leidos will comply with the applicable laws and regulations of the United States or each foreign country in which we operate, as applicable. Employees on assignment should consult their Human Resources and Global Mobility Analyst for more information |

To illustrate the calculation of a PTO accrual for a given pay cycle, please reference the example below:

An employee in a standard benefits package (Package 2) with 3 years of tenure with the organization works 80 eligible recorded hours for the pay cycle and earns .0615 hours per eligible recorded hour worked.  It is important to note that while the calculation of accrued hours uses 4 decimal points, the Payroll system, UltiPro, tracks to the 2nd decimal point each pay cycle.  Therefore, 80 eligible hours multiplied by .0615 would equate to 4.92 hours and this is the amount of time this employee is awarded for a given pay cycle.

Based on a bi-weekly pay cycle, there would be 26 pay cycles in a given calendar year.  To calculate the full-time equivalent days per year indicated in the chart above (18), you would multiply the hours accrued each pay cycle (4.92) by 26 pay cycles.  This equates to 127.92 hours, or 16 days (127.92/8 hours per day = 15.99). Please note, in addition to the full-time equivalent accrual during a calendar year reflecting the rounding within each standard pay cycle(s), the annual amount is also rounded to the 2nd decimal place.

## 4.2    Paid Time Off Accruals – Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period). Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Eligible senior staff employees accrue PTO at the following base rate up to the PTO bank maximum accrual:

| Time Off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | Paid Time Off Bank Maximum Accrual |
| --- | --- | --- | --- |
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 10 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| 0+ years | .0615 hours | 16 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): C** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |

LEIDOS000047

*Leidos Proprietary*

### 4.3    Partial Day Absences for Personal Reasons *(Employee)*

Salaried employees (i.e., not overtime-eligible) charge their PTO for the partial-day absence unless they have recorded a sufficient number of hours during the payroll period to cover their partial-day absence. Salaried employees do not have a reduction in their weekly salary for a partial-day absence (see Section 4.12 for information on advancing PTO for such purposes).

Overtime-eligible employees have the option of either recording actual hours worked and being paid only for those hours, or, if they want to be compensated for the absence and they have accrued PTO, they may record PTO.

Under no circumstances are employees to record a combination of worked hours plus PTO that exceeds their standard scheduled workweek.

Due to special provisions for partial-day absences under the federal Family & Medical Leave Act (FMLA) and related state laws, salaried employees on such approved leaves must coordinate with Leidos Employee Services.

### 4.4    Pay in Lieu of Leave

Employees are not given pay in lieu of PTO not taken. Payouts only occur for specific changes in employment status and in qualifying hardship situations.

### 4.5    Leave Balance *(Employee, Payroll)*

The amount of each employee's PTO balance is shown on the payroll check stub. It is each employee's responsibility to notify the payroll help desk immediately if any discrepancy in accrued PTO is noted.

### 4.6    Rehires

Employees who terminate employment with Leidos and then are rehired within one year of the date of termination are given credit for prior Leidos service with respect to their PTO accrual base rates. All other rehires start their accruals in the same manner as new hires.

### 4.7    Change in Employment Status or Termination of Employment

**4.7.1    Leave of Absence**.  An employee has the option of using accrued PTO for time off from work prior to the start date of the unpaid leave of absence or during the leave as allowed by law or of having the balance held in abeyance pending return to work or termination.

**4.7.2    Termination**.  Use of terminal PTO to extend employment is not permitted. However, if terminated, all accrued PTO is automatically paid out to the employee at the rate of pay in effect the day of termination.

**4.7.3    Status Change to Consulting Employee**.  An employee whose employment status is changed to consulting employee is paid all PTO balance at the pay rate in effect for the payroll period immediately prior to the status change.


The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 4 of 8

LEIDOS000048

*Leidos Proprietary*

**4.7.4   Other Status Changes**.  Except as indicated in Section 4.7.3, an employee whose employment status changes from regular full-time to a status ineligible for further PTO accrual is not paid the balance of accrued PTO at the time of the status change but maintains the balance in effect on the day of status change.

**4.7.5   Transfers to/from Leidos Subsidiaries**
Employees who are transferred between Leidos subsidiaries and have an accrued PTO balance, will have their balance paid out or transferred as determined by company and/or contract requirements, if permitted by law. In addition, upon transfer to the new subsidiary company, employees will be subject to the new Company's paid time off policies.

**4.8      Changes in Benefits Packages**
Employees who are transferred between organizational units and/or employment statuses (that is, from salaried/exempt to overtime-eligible and/or from expat status) offering different benefits packages have their biweekly accrual rates for PTO adjusted or discontinued in accordance with the benefits package offered by the new organization. PTO balances that exceed the PTO bank maximum accrual for the benefit package that an employee is transferred to will be paid down to the maximum accrual amount permitted, except as prohibited by Section 4.15.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by applicable state, federal or local country law.  The change is effective as of the transfer date and total continuous service is used to determine the appropriate accrual rate.

**4.9      Scheduling Paid Time Off** *(Employee, Manager)*
Employees should schedule their personal leave and vacations to minimize interference with the operation of the organizational unit to the extent practicable. Employees should coordinate vacation schedules with their managers and should receive management approval prior to finalizing leave plans. In authorizing PTO leave, Leidos will act consistent with applicable law.

**4.10     Holidays Occurring During Leave** *(Employee)*
In the event that a Leidos fixed holiday occurs while an employee is on PTO, that day is charged to holiday rather than to PTO.  Refer to Procedure PR-HR-4.6: Holidays for a list of holidays.

**4.11     Disability during Leave** *(Employee)*
If the employee is hospitalized for more than 24 hours while on PTO, Disability Sick Leave may be charged retroactively to the date of hospital admission.  A disability claim must be filed with and approved by the claims administrator. Refer to Procedure PR-HR-4.4: Disability Sick Leave for additional information.

If an employee has a medical condition and cannot return to full-time work, the employee may request leave or workplace modifications as reasonable accommodations.  Refer to Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants for additional information.

**4.12     Paid Time Off Advance** *(Employee, Manager)*
For both overtime-eligible and salaried employees, if the employee's accrued PTO balance is insufficient to cover the absence, the manager may authorize up to 40 hours of advanced PTO for special circumstances. Advanced PTO above 40 hours may be authorized by the next level supervisor for special circumstances.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 5 of 8

LEIDOS000049

*Leidos Proprietary*

Salaried employees taking full-day absences for personal (non-sick related) reasons may charge to voluntary Leave Without Pay (LWOP) if the accrued PTO balance or any available PTO advance is insufficient to cover full-day absences.

Due to special provisions for partial-day absences under FMLA and related state laws, employees on such approved leaves coordinate with Leidos Employee Services.

For employees using a paper timesheet, the manager may authorize in writing up to 40 hours of advanced PTO for special circumstances. For employees using Deltek Time and Expense (T&E), PTO advances are approved electronically at the same time the timesheet is approved. No paper form is required for T&E users.

In the event an employee voluntarily leaves Leidos with a negative PTO balance, the value of the negative balance is owed to Leidos except in states where such recovery is prohibited.  Any amounts not repaid to Leidos within 30 days of termination will be sent to a third party vendor to begin recovery efforts to collect any remaining balance.

## 4.13    Mandatory Paid Time Off

Management may, at its discretion and consistent with applicable law, require PTO usage or recoup PTO when Administrative Absences (see Procedure PR-HR-4.1: Administrative Absences) are not made up within the time frame directed by management.

## 4.14    Paid Time Off Rate of Pay

An employee is paid PTO based on the pay rate in effect for the payroll period in which the distribution is processed.

## 4.15    Balances Above the Paid Time Off Bank Maximum Accrual

Employees in states where PTO balances are required to be carried over and excess accruals may not be forfeited, may maintain leave balances in excess of the PTO bank maximum accrual.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by law.

Employees working in other countries where PTO balances are required to be carried over and excess accruals may not be forfeited, may also maintain leave balances in excess of the PTO bank maximum accrual. However, these employees will continue to accrue leave in accordance with the applicable country law.

California-based Employees Only:  At the end of each year, unused alternate holidays will be converted into PTO, regardless of whether the employee is at the PTO bank maximum accrual.

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000050

*Leidos Proprietary*

## 5.    Paid Sick Leave

### 5.1    Federal Paid Sick Leave

Federal Paid Sick Leave is provided to eligible exempt and non-exempt employees in accordance with Executive Order 13706. Employees working on or in connection with a contract covered by the Service Contract Act (SCA), Davis Bacon Act or other contract covered by Executive Order 13706 will be provided one hour of paid sick leave for every 30 hours of covered work, up to a max of 56 hours on a calendar year basis (the 56 hours/year will be pro-rated depending on when the employee starts work on the covered contract).

Paid PTO leave under this procedure will fulfill the paid sick leave required by the Executive Order up to the 56 hours required by the Executive Order. Covered employees will be required to properly record PTO used for sick leave purposes in accordance with charging guidelines.

Accrued Federal Paid Sick Leave can be used for any reason outlined in Executive Order 13706: (1) A physical or mental illness, injury, or medical condition; (2) Obtaining diagnosis, care, or preventive care from a health care provider; (3) Caring for a child, parent, spouse, domestic partner, or any other individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship who has any of the conditions or needs for diagnosis, care, or preventive care described in (1) or (2) or is otherwise in need of care; or (4) Domestic violence, sexual assault, or stalking, if the time absent from work is for the purposes described in (1) or (2) or to obtain additional counseling, seek relocation, seek assistance from a victim services organization, take related legal action, including preparation for or participation in any related civil or criminal legal proceeding, or assist an individual related to the employee as described in (3) in engaging in any of these activities.

An eligible employee may request paid sick leave by any oral or written method, including in person, by phone, via email, or with a note reasonably calculated to provide timely notice of the employee's intent to take leave to the employee's manager.

### 5.2    State and Local Paid Sick Leave

PTO under this procedure will be used to meet any State or Local paid sick leave requirements, as permissible by law, and may be used for purposes required by any applicable requirements. If those requirements exceed the PTO provided for in this Procedure, the eligible employee will receive the greater benefit.

## 6.    Vacation Pay Out

PTO under this procedure will be used to fulfill the vacation requirements for employees working on Service Contract Act (SCA) programs.  Any unused PTO hours, required by the respective contract's Wage Determinations, will be paid out as required by the SCA.

## 7.    Exception

Exceptions to this procedure require advance written approval of the Corporate Benefits Director.

 

LEIDOS000051

*Leidos Proprietary*

--------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 6.0 | 2020-10-01 | Gayle Godfrey Connatser | Update made in Section 4.12 to address employees who voluntarily leave the company with a negative PTO balance and the collection of those negative balances by a third-party recovery firm. |
| 5.1 | 2020-02-26 | Karen Kanjian | Corrected PTO accrual numbers in the example shown in Section 4.1. |
| 5.0 | 2020-01-01 | Karen Kanjian | Added new fringe package 8 to PTO accrual table for both Senior and Non-Senior Staff. |
| 4.0 | 2019-07-01 | Karen Kanjian | Updated accrual language for fringe packages E & G. |
| 3.0 | 2019-01-01 | Karen Kanjian | Updated accrual table to include changes to new Package A and addition of Package C. Also added Senior schedule for Package 7. Provided clarification regarding rounding of hourly accrual rate. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2018-01-01 | Taschia Tamakloe | This revision reflects the name change from "Comprehensive Leave" to "Paid Time Off." Additional updates address paid sick leave and transfers to/from Leidos subsidiaries as well as required clarifying changes to the plan for employees residing in California. |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

LEIDOS000052

*Leidos Proprietary*

**Procedure PR-HR-4.3: Paid Time Off**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.3 | **Revision No.:** 7.0 |
| **Owner & Approved By:** Corporate Benefits Director | **Effective Date:** 2021-03-08 |
| **Point of Contact:** Corporate Benefits Director, Karen Kanjian | |

## 1.    Purpose

The purpose of this document is to establish company practice and procedure for paid time off (PTO).

Leidos recognizes the need for a work schedule balanced with paid time away from the job for vacation, special occasions, short-term illness for employees or others, doctor's visits for employees or others, domestic violence leave, personal business and any other reason authorized by applicable federal, state or local laws or ordinances.  To meet these needs, the company provides a PTO benefit.

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States (U.S.) and may apply to Leidos employees who are U.S. citizens working outside of the U.S. as expatriates.   Leidos will comply with the applicable laws and regulations of the U.S., or, if U.S. citizens are working as expatriates in a foreign country not subject to a Status of Forces Agreement (SOFA) or a bi-lateral agreement with the United States, Leidos will comply with the laws of that foreign country, as applicable.

> **For Questions, contact Employee Services at 855-553-4367**
>
> **Related Sites**
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-1.3: Paid Time Off Payout
> - PR-HR-4.1: Administrative Absences
> - PR-HR-4.4: Disability Sick Leave
> - PR-HR-4.6: Holidays
> - PR-HR-6.10: Termination and Layoff
> - PR-HR-6.12 Reasonable Accommodations for Employees and Applicants
>
> **Other Supporting Resources:**
> - PR-HR-1.2: Paid Time Off Donation Program
> - PR-HR-4.15: Paid Parental Leave

International employees should consult their local Human Resources for non-US specific procedure. Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3.    Definitions

**Eligible Recorded Hours** — Hours counted towards the PTO accrual calculation.  These hours include all worked hours, paid leave, and special leave without pay ("SWOP") which is used during periods of approved disability or Family and Medical Leave Act (FMLA) leave.

**Senior Staff** — Employees whose base annual salary is equal to or exceeds a defined threshold upon hire in an eligible status or thereafter. This salary threshold is subject to change the beginning of the fiscal year.

**Terminal Paid Time Off Leave** — PTO that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000053

*Leidos Proprietary*

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

### 4.1    Paid Time Off Accruals – Non-Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period).  Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Overtime-eligible and exempt/salaried ("SAL" or "salaried") employees, other than senior staff, accrue PTO at the following base rates up to the PTO bank maximum accrual:

| Time off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | PTO Maximum Accrual |
|---|---|---|---|
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 2 years | .0808 hours | 21 days | 400 hours |
| 2 - 3 years | .0846 hours | 22 days | 400 hours |
| 4 - 9 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| Up to 2 years | .0462 hours | 12 days | 400 hours |
| 2 - 3 years | .0500 hours | 13 days | 400 hours |
| 4 - 5 years | .0538 hours | 14 days | 400 hours |
| More than 5 years | .0615 hours | 16 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): C** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): E** | | | |
| Union represented employees are covered by the terms of their collective bargaining agreement (CBA). | | | |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000054

*Leidos Proprietary*

| Benefits Package (Cost Point/Workday Fringe ID): G |
|---|
| Leidos will comply with the applicable laws and regulations of the United States or each foreign country in which we operate, as applicable. Employees on assignment should consult their Human Resources and Global Mobility Analyst for more information |

To illustrate the calculation of a PTO accrual for a given pay cycle, please reference the example below:

An employee in a standard benefits package (Package 2) with 3 years of tenure with the organization works 80 eligible recorded hours for the pay cycle and earns .0615 hours per eligible recorded hour worked.  It is important to note that while the calculation of accrued hours uses 4 decimal points, the Payroll system, UltiPro, tracks to the 2nd decimal point each pay cycle.  Therefore, 80 eligible hours multiplied by .0615 would equate to 4.92 hours and this is the amount of time this employee is awarded for a given pay cycle.

Based on a bi-weekly pay cycle, there would be 26 pay cycles in a given calendar year.  To calculate the full-time equivalent days per year indicated in the chart above (18), you would multiply the hours accrued each pay cycle (4.92) by 26 pay cycles.  This equates to 127.92 hours, or 16 days (127.92/8 hours per day = 15.99). Please note, in addition to the full-time equivalent accrual during a calendar year reflecting the rounding within each standard pay cycle(s), the annual amount is also rounded to the 2nd decimal place.

## 4.2    Paid Time Off Accruals – Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period). Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Eligible senior staff employees accrue PTO at the following base rate up to the PTO bank maximum accrual:

| Time Off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | Paid Time Off Bank Maximum Accrual |
|---|---|---|---|
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 10 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| 0+ years | .0615 hours | 16 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): C** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 3 of 8

LEIDOS000055

*Leidos Proprietary*

### 4.3 Partial Day Absences for Personal Reasons *(Employee)*

Salaried employees (i.e., not overtime-eligible) charge their PTO for the partial-day absence unless they have recorded a sufficient number of hours during the payroll period to cover their partial-day absence. Salaried employees do not have a reduction in their weekly salary for a partial-day absence (see Section 4.12 for information on advancing PTO for such purposes).

Overtime-eligible employees have the option of either recording actual hours worked and being paid only for those hours, or, if they want to be compensated for the absence and they have accrued PTO, they may record PTO.

Under no circumstances are employees to record a combination of worked hours plus PTO that exceeds their standard scheduled workweek.

Due to special provisions for partial-day absences under the federal Family & Medical Leave Act (FMLA) and related state laws, salaried employees on such approved leaves must coordinate with Leidos Employee Services.

### 4.4 Pay in Lieu of Leave

Employees are not given pay in lieu of PTO not taken. Payouts only occur for specific changes in employment status and in qualifying hardship situations.

### 4.5 Leave Balance *(Employee, Payroll)*

The amount of each employee's PTO balance is shown on the payroll check stub. It is each employee's responsibility to notify the payroll help desk immediately if any discrepancy in accrued PTO is noted.

### 4.6 Rehires

Employees who terminate employment with Leidos and then are rehired within one year of the date of termination are given credit for prior Leidos service with respect to their PTO accrual base rates. All other rehires start their accruals in the same manner as new hires.

### 4.7 Change in Employment Status or Termination of Employment

**4.7.1  Leave of Absence**.  An employee has the option of using accrued PTO for time off from work prior to the start date of the unpaid leave of absence or during the leave as allowed by law or of having the balance held in abeyance pending return to work or termination.

**4.7.2  Termination**.  Use of terminal PTO to extend employment is not permitted. However, if terminated, all accrued PTO is automatically paid out to the employee at the rate of pay in effect the day of termination.

**4.7.3  Status Change to Consulting Employee**.  An employee whose employment status is changed to consulting employee is paid all PTO balance at the pay rate in effect for the payroll period immediately prior to the status change.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 4 of 8

LEIDOS000056

*Leidos Proprietary*

**4.7.4  Other Status Changes**.  Except as indicated in Section 4.7.3, an employee whose employment status changes from regular full-time to a status ineligible for further PTO accrual is not paid the balance of accrued PTO at the time of the status change but maintains the balance in effect on the day of status change.

**4.7.5  Transfers to/from Leidos Subsidiaries and Joint Ventures**
Employees who are transferred between Leidos companies or a joint venture ("JV") with Leidos and have an accrued PTO balance shall, if possible, have their accrued PTO balances transferred with and available to them while employed by the subsidiary or JV to which they have transferred.

In no event shall the PTO balances of employees transferring to a subsidiary or JV be forfeited upon transfer.

For employees who are transferring within the Leidos controlled group[1] where it is not possible to transfer their PTO balance, then the employee's PTO balance shall be frozen and paid out to them at termination or a subsequent transfer outside the Leidos controlled group.  Employees transferring to a subsidiary or JV outside the controlled group may have their PTO balance paid out if it is not possible to transfer their balance.

**4.8  Changes in Benefits Packages**
Employees who are transferred between organizational units and/or employment statuses (that is, from salaried/exempt to overtime-eligible and/or from expat status) offering different benefits packages have their biweekly accrual rates for PTO adjusted or discontinued in accordance with the benefits package offered by the new organization. PTO balances that exceed the PTO bank maximum accrual for the benefit package that an employee is transferred to will be paid down to the maximum accrual amount permitted, except as prohibited by Section 4.15.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by applicable state, federal or local country law.  The change is effective as of the transfer date and total continuous service is used to determine the appropriate accrual rate.

**4.9  Scheduling Paid Time Off** *(Employee, Manager)*
Employees should schedule their personal leave and vacations to minimize interference with the operation of the organizational unit to the extent practicable. Employees should coordinate vacation schedules with their managers and should receive management approval prior to finalizing leave plans. In authorizing PTO leave, Leidos will act consistent with applicable law.

**4.10  Holidays Occurring During Leave** *(Employee)*
In the event that a Leidos fixed holiday occurs while an employee is on PTO, that day is charged to holiday rather than to PTO.  Refer to Procedure PR-HR-4.6: Holidays for a list of holidays.

---

[1] A transfer within the controlled group is a transfer to/from a joint venture or subsidiary whether there is an 80% or higher percentage of common ownership.


The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                               p. 5 of 8

LEIDOS000057

*Leidos Proprietary*

### 4.11    Disability during Leave *(Employee)*

If the employee is hospitalized for more than 24 hours while on PTO, Disability Sick Leave may be charged retroactively to the date of hospital admission.  A disability claim must be filed with and approved by the claims administrator. Refer to Procedure PR-HR-4.4: Disability Sick Leave for additional information.

If an employee has a medical condition and cannot return to full-time work, the employee may request leave or workplace modifications as reasonable accommodations.  Refer to Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants for additional information.

### 4.12    Paid Time Off Advance *(Employee, Manager)*

For both overtime-eligible and salaried employees, if the employee's accrued PTO balance is insufficient to cover the absence, the manager may authorize up to 40 hours of advanced PTO for special circumstances. Advanced PTO above 40 hours may be authorized by the next level supervisor for special circumstances.

Salaried employees taking full-day absences for personal (non-sick related) reasons may charge to voluntary Leave Without Pay (LWOP) if the accrued PTO balance or any available PTO advance is insufficient to cover full-day absences.

Due to special provisions for partial-day absences under FMLA and related state laws, employees on such approved leaves coordinate with Leidos Employee Services.

For employees using a paper timesheet, the manager may authorize in writing up to 40 hours of advanced PTO for special circumstances. For employees using Deltek Time and Expense (T&E), PTO advances are approved electronically at the same time the timesheet is approved. No paper form is required for T&E users.

In the event an employee voluntarily leaves Leidos with a negative PTO balance, the value of the negative balance is owed to Leidos except in states where such recovery is prohibited.  Any amounts not repaid to Leidos within 30 days of termination will be sent to a third party vendor to begin recovery efforts to collect any remaining balance.

### 4.13    Mandatory Paid Time Off

Management may, at its discretion and consistent with applicable law, require PTO usage or recoup PTO when Administrative Absences (see Procedure PR-HR-4.1: Administrative Absences) are not made up within the time frame directed by management.

### 4.14    Paid Time Off Rate of Pay

An employee is paid PTO based on the pay rate in effect for the payroll period in which the distribution is processed.

### 4.15    Balances Above the Paid Time Off Bank Maximum Accrual

Employees in states where PTO balances are required to be carried over and excess accruals may not be forfeited, may maintain leave balances in excess of the PTO bank maximum accrual.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by law.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 6 of 8

LEIDOS000058

*Leidos Proprietary*

Employees working in other countries where PTO balances are required to be carried over and excess accruals may not be forfeited, may also maintain leave balances in excess of the PTO bank maximum accrual. However, these employees will continue to accrue leave in accordance with the applicable country law.

California-based Employees Only:  At the end of each year, unused alternate holidays will be converted into PTO, regardless of whether the employee is at the PTO bank maximum accrual.

## 5.      Paid Sick Leave

### 5.1     Federal Paid Sick Leave

Federal Paid Sick Leave is provided to eligible exempt and non-exempt employees in accordance with Executive Order 13706. Employees working on or in connection with a contract covered by the Service Contract Act (SCA), Davis Bacon Act or other contract covered by Executive Order 13706 will be provided one hour of paid sick leave for every 30 hours of covered work, up to a max of 56 hours on a calendar year basis (the 56 hours/year will be pro-rated depending on when the employee starts work on the covered contract).

Paid PTO leave under this procedure will fulfill the paid sick leave required by the Executive Order up to the 56 hours required by the Executive Order. Covered employees will be required to properly record PTO used for sick leave purposes in accordance with charging guidelines.

Accrued Federal Paid Sick Leave can be used for any reason outlined in Executive Order 13706: (1) A physical or mental illness, injury, or medical condition; (2) Obtaining diagnosis, care, or preventive care from a health care provider; (3) Caring for a child, parent, spouse, domestic partner, or any other individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship who has any of the conditions or needs for diagnosis, care, or preventive care described in (1) or (2) or is otherwise in need of care; or (4) Domestic violence, sexual assault, or stalking, if the time absent from work is for the purposes described in (1) or (2) or to obtain additional counseling, seek relocation, seek assistance from a victim services organization, take related legal action, including preparation for or participation in any related civil or criminal legal proceeding, or assist an individual related to the employee as described in (3) in engaging in any of these activities.

An eligible employee may request paid sick leave by any oral or written method, including in person, by phone, via email, or with a note reasonably calculated to provide timely notice of the employee's intent to take leave to the employee's manager.

### 5.2     State and Local Paid Sick Leave

PTO under this procedure will be used to meet any State or Local paid sick leave requirements, as permissible by law, and may be used for purposes required by any applicable requirements. If those requirements exceed the PTO provided for in this Procedure, the eligible employee will receive the greater benefit.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 7 of 8

LEIDOS000059

*Leidos Proprietary*

## 6.     Vacation Pay Out

PTO under this procedure will be used to fulfill the vacation requirements for employees working on Service Contract Act (SCA) programs.  Any unused PTO hours, required by the respective contract's Wage Determinations, will be paid out as required by the SCA.

## 7.     Exception

Exceptions to this procedure require advance written approval of the Corporate Benefits Director.

---------------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 7.0 | 2021-03-08 | Karen Kanjian | Clarified eligibility for Senior Staff accrual schedule; clarified treatment of PTO balances during intra-company transfers or between a Leidos company and a JV. |
| 6.0 | 2020-10-01 | Gayle Godfrey Connatser | Update made in Section 4.12 to address employees who voluntarily leave the company with a negative PTO balance and the collection of those negative balances by a third-party recovery firm. |
| 5.1 | 2020-02-26 | Karen Kanjian | Corrected PTO accrual numbers in the example shown in Section 4.1. |
| 5.0 | 2020-01-01 | Karen Kanjian | Added new fringe package 8 to PTO accrual table for both Senior and Non-Senior Staff. |
| 4.0 | 2019-07-01 | Karen Kanjian | Updated accrual language for fringe packages E & G. |
| 3.0 | 2019-01-01 | Karen Kanjian | Updated accrual table to include changes to new Package A and addition of Package C. Also added Senior schedule for Package 7. Provided clarification regarding rounding of hourly accrual rate. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2018-01-01 | Taschia Tamakloe | This revision reflects the name change from "Comprehensive Leave" to "Paid Time Off." Additional updates address paid sick leave and transfers to/from Leidos subsidiaries as well as required clarifying changes to the plan for employees residing in California. |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.          p. 8 of 8

LEIDOS000060

*Leidos Proprietary*

**Procedure PR-HR-4.3: Paid Time Off**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.3 | **Revision No.:** 7.0 |
| **Owner & Approved By:** Corporate Benefits Director | **Effective Date:** 2021-03-08 |
| **Point of Contact:** Corporate Benefits Director, Karen Kanjian | |

## 1.      Purpose

The purpose of this document is to establish company practice and procedure for paid time off (PTO).

Leidos recognizes the need for a work schedule balanced with paid time away from the job for vacation, special occasions, short-term illness for employees or others, doctor's visits for employees or others, domestic violence leave, personal business and any other reason authorized by applicable federal, state or local laws or ordinances.  To meet these needs, the company provides a PTO benefit.

## 2.      Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States (U.S.) and may apply to Leidos employees who are U.S. citizens working outside of the U.S. as expatriates.   Leidos will comply with the applicable laws and regulations of the U.S., or, if U.S. citizens are working as expatriates in a foreign country not subject to a Status of Forces Agreement (SOFA) or a bi-lateral agreement with the United States, Leidos will comply with the laws of that foreign country, as applicable.

> **For Questions, contact Employee Services at 855-553-4367**
>
> **Related Sites**
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-1.3: Paid Time Off Payout
> - PR-HR-4.1: Administrative Absences
> - PR-HR-4.4: Disability Sick Leave
> - PR-HR-4.6: Holidays
> - PR-HR-6.10: Termination and Layoff
> - PR-HR-6.12 Reasonable Accommodations for Employees and Applicants
>
> **Other Supporting Resources:**
> - PR-HR-1.2: Paid Time Off Donation Program
> - PR-HR-4.15: Paid Parental Leave

International employees should consult their local Human Resources for non-US specific procedure. Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3.      Definitions

**Eligible Recorded Hours** — Hours counted towards the PTO accrual calculation.  These hours include all worked hours, paid leave, and special leave without pay ("SWOP") which is used during periods of approved disability or Family and Medical Leave Act (FMLA) leave.

**Senior Staff** — Employees whose base annual salary is equal to or exceeds a defined threshold upon hire in an eligible status or thereafter. This salary threshold is subject to change the beginning of the fiscal year.

**Terminal Paid Time Off Leave** — PTO that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000061

*Leidos Proprietary*

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

### 4.1    Paid Time Off Accruals – Non-Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period).  Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Overtime-eligible and exempt/salaried ("SAL" or "salaried") employees, other than senior staff, accrue PTO at the following base rates up to the PTO bank maximum accrual:

| Time off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | PTO Maximum Accrual |
|---|---|---|---|
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 2 years | .0808 hours | 21 days | 400 hours |
| 2 - 3 years | .0846 hours | 22 days | 400 hours |
| 4 - 9 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 2 years | .0577 hours | 15 days | 400 hours |
| 2 - 3 years | .0615 hours | 16 days | 400 hours |
| 4 - 9 years | .0692 hours | 18 days | 400 hours |
| More than 10 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| Up to 2 years | .0462 hours | 12 days | 400 hours |
| 2 - 3 years | .0500 hours | 13 days | 400 hours |
| 4 - 5 years | .0538 hours | 14 days | 400 hours |
| More than 5 years | .0615 hours | 16 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): C** | | | |
| Up to 2 years | .1038 hours | 27 days | 400 hours |
| 2 - 3 years | .1077 hours | 28 days | 400 hours |
| 4 - 9 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Package (Cost Point/Workday Fringe ID): E** | | | |
| Union represented employees are covered by the terms of their collective bargaining agreement (CBA). | | | |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000062

*Leidos Proprietary*

| Benefits Package (Cost Point/Workday Fringe ID): G |
| --- |
| Leidos will comply with the applicable laws and regulations of the United States or each foreign country in which we operate, as applicable. Employees on assignment should consult their Human Resources and Global Mobility Analyst for more information |

To illustrate the calculation of a PTO accrual for a given pay cycle, please reference the example below:

An employee in a standard benefits package (Package 2) with 3 years of tenure with the organization works 80 eligible recorded hours for the pay cycle and earns .0615 hours per eligible recorded hour worked.  It is important to note that while the calculation of accrued hours uses 4 decimal points, the Payroll system, UltiPro, tracks to the 2nd decimal point each pay cycle.  Therefore, 80 eligible hours multiplied by .0615 would equate to 4.92 hours and this is the amount of time this employee is awarded for a given pay cycle.

Based on a bi-weekly pay cycle, there would be 26 pay cycles in a given calendar year.  To calculate the full-time equivalent days per year indicated in the chart above (18), you would multiply the hours accrued each pay cycle (4.92) by 26 pay cycles.  This equates to 127.92 hours, or 16 days (127.92/8 hours per day = 15.99). Please note, in addition to the full-time equivalent accrual during a calendar year reflecting the rounding within each standard pay cycle(s), the annual amount is also rounded to the 2nd decimal place.

## 4.2    Paid Time Off Accruals – Senior Staff

PTO accruals for each payroll period are based on eligible recorded hours (not to exceed 80 hours each payroll period). Accrual rates for PTO are aligned with the annual benefits and payroll calendar.  The rate at which PTO is accrued is based on the calendar year for the pay date in which the accrual is shown.  While the hours worked within the pay period are used to calculate the number of PTO hour entitlement, the actual accrual rate is based on the benefit/payroll year in which the pay date occurs.  Eligible senior staff employees accrue PTO at the following base rate up to the PTO bank maximum accrual:

| Time Off Service Date | Per Eligible Recorded Hour | Full-Time Equivalent Days/Year | Paid Time Off Bank Maximum Accrual |
| --- | --- | --- | --- |
| **Benefits Packages (Cost Point/Workday Fringe ID): 1, 2 & 6** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 7 & 8** | | | |
| Up to 10 years | .0923 hours | 24 days | 400 hours |
| More than 10 years | .1115 hours | 29 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): A** | | | |
| Up to 4 years | .0692 hours | 18 days | 400 hours |
| More than 4 years | .0769 hours | 20 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): H** | | | |
| 0+ years | .0615 hours | 16 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): 9** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |
| **Benefits Packages (Cost Point/Workday Fringe ID): C** | | | |
| Up to 10 years | .1154 hours | 30 days | 400 hours |
| More than 10 years | .1346 hours | 35 days | 400 hours |

**leidos**   The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 3 of 8

LEIDOS000063

*Leidos Proprietary*

### 4.3 Partial Day Absences for Personal Reasons *(Employee)*

Salaried employees (i.e., not overtime-eligible) charge their PTO for the partial-day absence unless they have recorded a sufficient number of hours during the payroll period to cover their partial-day absence. Salaried employees do not have a reduction in their weekly salary for a partial-day absence (see Section 4.12 for information on advancing PTO for such purposes).

Overtime-eligible employees have the option of either recording actual hours worked and being paid only for those hours, or, if they want to be compensated for the absence and they have accrued PTO, they may record PTO.

Under no circumstances are employees to record a combination of worked hours plus PTO that exceeds their standard scheduled workweek.

Due to special provisions for partial-day absences under the federal Family & Medical Leave Act (FMLA) and related state laws, salaried employees on such approved leaves must coordinate with Leidos Employee Services.

### 4.4 Pay in Lieu of Leave

Employees are not given pay in lieu of PTO not taken. Payouts only occur for specific changes in employment status and in qualifying hardship situations.

### 4.5 Leave Balance *(Employee, Payroll)*

The amount of each employee's PTO balance is shown on the payroll check stub. It is each employee's responsibility to notify the payroll help desk immediately if any discrepancy in accrued PTO is noted.

### 4.6 Rehires

Employees who terminate employment with Leidos and then are rehired within one year of the date of termination are given credit for prior Leidos service with respect to their PTO accrual base rates. All other rehires start their accruals in the same manner as new hires.

### 4.7 Change in Employment Status or Termination of Employment

**4.7.1 Leave of Absence**.  An employee has the option of using accrued PTO for time off from work prior to the start date of the unpaid leave of absence or during the leave as allowed by law or of having the balance held in abeyance pending return to work or termination.

**4.7.2 Termination**.  Use of terminal PTO to extend employment is not permitted. However, if terminated, all accrued PTO is automatically paid out to the employee at the rate of pay in effect the day of termination.

**4.7.3 Status Change to Consulting Employee**.  An employee whose employment status is changed to consulting employee is paid all PTO balance at the pay rate in effect for the payroll period immediately prior to the status change.

 

LEIDOS000064

*Leidos Proprietary*

**4.7.4   Other Status Changes**.  Except as indicated in Section 4.7.3, an employee whose employment status changes from regular full-time to a status ineligible for further PTO accrual is not paid the balance of accrued PTO at the time of the status change but maintains the balance in effect on the day of status change.

**4.7.5   Transfers to/from Leidos Subsidiaries and Joint Ventures**
Employees who are transferred between Leidos companies or a joint venture ("JV") with Leidos and have an accrued PTO balance shall, if possible, have their accrued PTO balances transferred with and available to them while employed by the subsidiary or JV to which they have transferred.

In no event shall the PTO balances of employees transferring to a subsidiary or JV be forfeited upon transfer.

For employees who are transferring within the Leidos controlled group[1] where it is not possible to transfer their PTO balance, then the employee's PTO balance shall be frozen and paid out to them at termination or a subsequent transfer outside the Leidos controlled group.  Employees transferring to a subsidiary or JV outside the controlled group may have their PTO balance paid out if it is not possible to transfer their balance.

**4.8   Changes in Benefits Packages**
Employees who are transferred between organizational units and/or employment statuses (that is, from salaried/exempt to overtime-eligible and/or from expat status) offering different benefits packages have their biweekly accrual rates for PTO adjusted or discontinued in accordance with the benefits package offered by the new organization. PTO balances that exceed the PTO bank maximum accrual for the benefit package that an employee is transferred to will be paid down to the maximum accrual amount permitted, except as prohibited by Section 4.15.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by applicable state, federal or local country law.  The change is effective as of the transfer date and total continuous service is used to determine the appropriate accrual rate.

**4.9   Scheduling Paid Time Off** *(Employee, Manager)*
Employees should schedule their personal leave and vacations to minimize interference with the operation of the organizational unit to the extent practicable. Employees should coordinate vacation schedules with their managers and should receive management approval prior to finalizing leave plans. In authorizing PTO leave, Leidos will act consistent with applicable law.

**4.10   Holidays Occurring During Leave** *(Employee)*
In the event that a Leidos fixed holiday occurs while an employee is on PTO, that day is charged to holiday rather than to PTO.  Refer to Procedure PR-HR-4.6: Holidays for a list of holidays.

---

[1] A transfer within the controlled group is a transfer to/from a joint venture or subsidiary whether there is an 80% or higher percentage of common ownership.



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000065

*Leidos Proprietary*

### 4.11    Disability during Leave *(Employee)*

If the employee is hospitalized for more than 24 hours while on PTO, Disability Sick Leave may be charged retroactively to the date of hospital admission.  A disability claim must be filed with and approved by the claims administrator. Refer to Procedure PR-HR-4.4: Disability Sick Leave for additional information.

If an employee has a medical condition and cannot return to full-time work, the employee may request leave or workplace modifications as reasonable accommodations.  Refer to Procedure PR-HR-6.12: Reasonable Accommodations for Employees and Applicants for additional information.

### 4.12    Paid Time Off Advance *(Employee, Manager)*

For both overtime-eligible and salaried employees, if the employee's accrued PTO balance is insufficient to cover the absence, the manager may authorize up to 40 hours of advanced PTO for special circumstances. Advanced PTO above 40 hours may be authorized by the next level supervisor for special circumstances.

Salaried employees taking full-day absences for personal (non-sick related) reasons may charge to voluntary Leave Without Pay (LWOP) if the accrued PTO balance or any available PTO advance is insufficient to cover full-day absences.

Due to special provisions for partial-day absences under FMLA and related state laws, employees on such approved leaves coordinate with Leidos Employee Services.

For employees using a paper timesheet, the manager may authorize in writing up to 40 hours of advanced PTO for special circumstances. For employees using Deltek Time and Expense (T&E), PTO advances are approved electronically at the same time the timesheet is approved. No paper form is required for T&E users.

In the event an employee voluntarily leaves Leidos with a negative PTO balance, the value of the negative balance is owed to Leidos except in states where such recovery is prohibited.  Any amounts not repaid to Leidos within 30 days of termination will be sent to a third party vendor to begin recovery efforts to collect any remaining balance.

### 4.13    Mandatory Paid Time Off

Management may, at its discretion and consistent with applicable law, require PTO usage or recoup PTO when Administrative Absences (see Procedure PR-HR-4.1: Administrative Absences) are not made up within the time frame directed by management.

### 4.14    Paid Time Off Rate of Pay

An employee is paid PTO based on the pay rate in effect for the payroll period in which the distribution is processed.

### 4.15    Balances Above the Paid Time Off Bank Maximum Accrual

Employees in states where PTO balances are required to be carried over and excess accruals may not be forfeited, may maintain leave balances in excess of the PTO bank maximum accrual.  In these cases, employees will no longer accrue additional PTO until their balances are reduced below the maximum accrual amount, if permitted by law.

 

LEIDOS000066

*Leidos Proprietary*

Employees working in other countries where PTO balances are required to be carried over and excess accruals may not be forfeited, may also maintain leave balances in excess of the PTO bank maximum accrual. However, these employees will continue to accrue leave in accordance with the applicable country law.

California-based Employees Only:  At the end of each year, unused alternate holidays will be converted into PTO, regardless of whether the employee is at the PTO bank maximum accrual.

## 5.      Paid Sick Leave

### 5.1      Federal Paid Sick Leave

Federal Paid Sick Leave is provided to eligible exempt and non-exempt employees in accordance with Executive Order 13706. Employees working on or in connection with a contract covered by the Service Contract Act (SCA), Davis Bacon Act or other contract covered by Executive Order 13706 will be provided one hour of paid sick leave for every 30 hours of covered work, up to a max of 56 hours on a calendar year basis (the 56 hours/year will be pro-rated depending on when the employee starts work on the covered contract).

Paid PTO leave under this procedure will fulfill the paid sick leave required by the Executive Order up to the 56 hours required by the Executive Order. Covered employees will be required to properly record PTO used for sick leave purposes in accordance with charging guidelines.

Accrued Federal Paid Sick Leave can be used for any reason outlined in Executive Order 13706: (1) A physical or mental illness, injury, or medical condition; (2) Obtaining diagnosis, care, or preventive care from a health care provider; (3) Caring for a child, parent, spouse, domestic partner, or any other individual related by blood or affinity whose close association with the employee is the equivalent of a family relationship who has any of the conditions or needs for diagnosis, care, or preventive care described in (1) or (2) or is otherwise in need of care; or (4) Domestic violence, sexual assault, or stalking, if the time absent from work is for the purposes described in (1) or (2) or to obtain additional counseling, seek relocation, seek assistance from a victim services organization, take related legal action, including preparation for or participation in any related civil or criminal legal proceeding, or assist an individual related to the employee as described in (3) in engaging in any of these activities.

An eligible employee may request paid sick leave by any oral or written method, including in person, by phone, via email, or with a note reasonably calculated to provide timely notice of the employee's intent to take leave to the employee's manager.

### 5.2      State and Local Paid Sick Leave

PTO under this procedure will be used to meet any State or Local paid sick leave requirements, as permissible by law, and may be used for purposes required by any applicable requirements. If those requirements exceed the PTO provided for in this Procedure, the eligible employee will receive the greater benefit.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 7 of 8

LEIDOS000067

*Leidos Proprietary*

## 6.    Vacation Pay Out

PTO under this procedure will be used to fulfill the vacation requirements for employees working on Service Contract Act (SCA) programs.  Any unused PTO hours, required by the respective contract's Wage Determinations, will be paid out as required by the SCA.

## 7.    Exception

Exceptions to this procedure require advance written approval of the Corporate Benefits Director.

---------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| Revision No.: | Date | Author | Description of Change |
| 7.0 | 2021-03-08 | Karen Kanjian | Clarified eligibility for Senior Staff accrual schedule; clarified treatment of PTO balances during intra-company transfers or between a Leidos company and a JV. |
| 6.0 | 2020-10-01 | Gayle Godfrey Connatser | Update made in Section 4.12 to address employees who voluntarily leave the company with a negative PTO balance and the collection of those negative balances by a third-party recovery firm. |
| 5.1 | 2020-02-26 | Karen Kanjian | Corrected PTO accrual numbers in the example shown in Section 4.1. |
| 5.0 | 2020-01-01 | Karen Kanjian | Added new fringe package 8 to PTO accrual table for both Senior and Non-Senior Staff. |
| 4.0 | 2019-07-01 | Karen Kanjian | Updated accrual language for fringe packages E & G. |
| 3.0 | 2019-01-01 | Karen Kanjian | Updated accrual table to include changes to new Package A and addition of Package C. Also added Senior schedule for Package 7. Provided clarification regarding rounding of hourly accrual rate. |
| 2.1 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.0 | 2018-01-01 | Taschia Tamakloe | This revision reflects the name change from "Comprehensive Leave" to "Paid Time Off." Additional updates address paid sick leave and transfers to/from Leidos subsidiaries as well as required clarifying changes to the plan for employees residing in California. |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

**leidos**    The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 8 of 8

LEIDOS000068

*Leidos Proprietary*

**Procedure PR-HR-4.4: Disability Sick Leave**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.4 | **Revision No.:** 2.0 |
| **Owner & Approved By:** Corporate Benefits Director | **Effective Date:** 2020-01-01 |
| **Point of Contact:** Corporate Benefits Director, Karen Kanjian | |

## 1. Purpose

The purpose of this document is to establish company practice and procedure for Disability Sick Leave (DSL).

## 2. Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S. International employees should consult their local Human Resources for non-US specific procedure. Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

> **For Questions, contact**
> **HR Employee Services at**
> **855-553-4367**
>
> **Related Sites**
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-2.1: Employment Status
> - PR-HR-4.3: Paid Time Off
>
> **Other Supporting Resources:**
> - Life Events: If you Become Disabled
> - PR-HR-4.5: Family and Medical Leave
> - VSDI Benefit Summary Plan Description

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3. Definitions

**Inpatient** – Where an employee is being assessed room and board as a registered bed patient in an inpatient hospital facility.

## 4. Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

An employee uses DSL only in conjunction with a disability that (1) has been certified by a physician or other health care provider and, (2) meets Leidos' disability eligibility criteria.

### 4.1 Eligibility

DSL is available to all active regular full-time employees scheduled to work thirty (30) hours or more per week, and part-time employees scheduled to work between 12 and 29 hours per week. The employee must be in a benefits package that includes DSL.

Excluded from the term "employee" is any individual who is not classified for the relevant eligibility period by Leidos (or affiliated company) on its payroll records as an employee. This includes, but is not limited to, individuals classified as independent contractors, nonemployee consultants, joint venture employees, or employees of any entity other than Leidos or an affiliated company, even if such classification is determined to be erroneous or is retroactively revised by a governmental agency by court order, as a result of litigation, or under other circumstances.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000069

### 4.2    Crediting of DSL

Eligible employees who were hired or became eligible prior to February 1, 1987, are credited with 10 days (80 hours) of DSL annually on February 1 of each year. If hired on or after February 1, 1987, the 10 days of DSL are credited on the date of hire or eligibility and each anniversary thereafter. Eligible part-time employees receive prorated DSL amounts based on their standard workweek schedule at the time of grant.

DSL credit is deferred if the employee is on leave of absence on the normal credit date. In this case, the annual credit is processed upon return to active status.

Employees with an employment status or benefits package change that makes them ineligible for DSL are not credited with or able to use DSL while in that ineligible status.

### 4.3    Maximum DSL Balance

The maximum DSL balance is not to exceed 1,560 hours (195 days assuming a full-time work schedule).

### 4.4    Pay Rate

Authorized DSL is paid at the normal rate of pay in effect during period(s) of disability.

### 4.5    Salary Adjustments

Employees on full-time disability status or Leave of Absence are not eligible for a salary adjustment while on leave.  Salary adjustments can be submitted and effective on the first day of the pay period following the employee returning to work

### 4.6    Advances

DSL advances are not permitted.

### 4.7    Unused DSL

Employees whose employment with Leidos is terminated (voluntarily or involuntarily) are not paid for their unused DSL. Former employees who are rehired in a benefit-eligible status within 1 year of termination will have their prior DSL balance restored.

Active employees who were originally eligible for benefits, changed to a benefit-ineligible status, and subsequently return to a benefit-eligible status have their prior DSL balance restored. For example, consulting employees who return to a full-time, benefit-eligible status have their prior DSL balance restored.

DSL balances for employees on an approved leave of absence are temporarily suspended and restored when the employee returns to an active, benefit-eligible status.

### 4.8    DSL Usage *(Employee, Group President or Designee)*

After meeting the seven calendar day waiting period (waiting period is waived if hospitalized as an inpatient on the first day and charged the full day's rate), DSL may be used independently or in conjunction with workers' compensation and short-term disability insurance to maintain an employee's income at the level



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 2 of 5

LEIDOS000070

*Leidos Proprietary*

existing prior to a disability, not to exceed the maximum based on the length of the disability, as shown in the following:

- Weeks 2 to 10, maximum disability payments from all sources not to exceed 100 percent.
- Weeks 11 to 19, maximum disability payment from all sources not to exceed 80 percent.
- Weeks 20 to 26, (not to exceed 180 days) maximum disability payment from all sources not to exceed 66 2/3 percent.

If hospitalized as defined, the participant will receive:

- Weeks 1 to 9, maximum disability payments from all sources not to exceed 100 percent.
- Weeks 10 to 18, maximum disability payments from all sources not to exceed 80 percent.
- Weeks 19 to 26, (not to exceed 180 days) maximum disability payment from all sources not to exceed 66 2/3 percent.

When DSL is exhausted, accrued paid time off (PTO) may be used if directed by the employee. If that is not sufficient and the employee requests more, the manager or a designee may authorize a PTO advance of up to 40 hours (see Procedure PR-HR-4.3: Paid Time Off) for more information).

At no time may an employee's use of paid disability benefits plus PTO exceed the income replacement levels (100%, 80%, 66-2/3%) identified above.

**4.9     DSL in Conjunction with Workers' Compensation** *(Employee, Supervisor)*
This applies to employees who are injured on the job or become ill for job-related reasons. Such employees (or supervisors of employees who are unable to do so themselves) notify HR Services as soon as possible, who will coordinate with EBO HR and the employee's HR Business Manager, as appropriate.

**4.10    DSL in Conjunction with Short-Term Disability** *(Employee, Corporate Benefits)*
Employees in California, New Jersey, New York, Rhode Island, Puerto Rico, and Hawaii are automatically covered by state-mandated short-term disability plans.

Regular full-time and certain part-time employees in all states are eligible to purchase coverage under the Voluntary Short-Term Disability Insurance Plan (VSDI). For those employees enrolled in state-mandated short-term disability plans or VSDI, DSL is used to supplement the disability benefits. A disability claim must be filed with and approved by Corporate Benefits via the claims administrator. If an employee has been notified of a termination or layoff, no benefit is paid under DSL or VSDI unless the employee's medical records existing prior to the notice of termination or layoff contain evidence of the illness or injury. Refer to the VSDI Summary Plan Description for details on plan administration.

**4.11    Commencement of DSL**
A disability claim is filed with and approved by the claims administrator within 60 days of the onset of the disability. DSL is not payable after the first 180 days of disability when long-term disability would commence, if applicable.

 

LEIDOS000071

*Leidos Proprietary*

## 4.12    Hospitalization

DSL is charged as of the first day of hospitalization as an inpatient.

## 4.13    After Seven (7) Consecutive Calendar Days of Home Confinement

Illnesses or disabilities that involve home confinement and that have been certified by a physician or other health care provider qualify employees to use DSL as of the eighth calendar day, based on approval from the disability claims administrator.

## 4.14    Pregnancy and Childbirth

DSL is used in accordance with a pregnancy- or childbirth-related disability that is physician-certified based on objective medical evidence.

## 4.15    Family and Medical Leave Act (FMLA)

If an employee is eligible for FMLA based on their length of service, their FMLA leave will run concurrently with any approved disability claim.

## 4.16    Illness or Accident While on Paid Time Off *(Employee, Claims Administrator)*

Ordinarily, employees who become ill while taking PTO may not charge such time to DSL. However, if an employee is hospitalized for more than 24 hours, PTO status may be changed to DSL retroactively from the beginning of hospitalization. A disability claim must be filed with and approved by the claims administrator.

## 4.17    Conformance to Federal, State, and Local Laws

The payment and administration of this procedure conforms to all applicable laws, which may result in the payment of benefits beyond those described in this procedure.

## 4.18    Holidays

Holiday pay is not available to employees who are on short-term disability status or receiving DSL pay.

## 4.19    Partial/Part-Time Disability

In some situations, with physician permission, a part-time return to work can meet both the employee's and the company's needs. In such cases, partial DSL benefits may be available on a pro rata basis.

## 4.20    Return to Work *(Employee, Supervisor)*

To return to work, a physician's release is required. Depending on the length of the absence, it may be necessary for the supervisor to arrange for temporary or regular coverage of the job. Employees should notify their supervisor as soon as possible in advance of their anticipated return to work from disability.

As permitted by law, in cases where reinstatement to the same job is not feasible, it is the responsibility of the employee to locate a position for which he or she is qualified. Returning employees who are unable to obtain a suitable position within 2 weeks of their release may be laid off (as permitted by law). Employees who fail to communicate with their supervisor regarding their expected return-to-work date prior to the release date designated by their attending physician, or who fail to report to work on the release date, may have their employment terminated.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 4 of 5

LEIDOS000072

*Leidos Proprietary*

## 5. Exception

Exceptions to this procedure require advance written approval of the Corporate Benefits Director.

----------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 2.0 | 2020-01-01 | Karen Kanjian | Minor edits to clarify language around pay rate, usage and commencement. Also updated hyperlink to VSDI SPD. |
| 1.3 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 1.2 | 2018-01-01 | Taschia Tamakloe | Minor changes made to change comprehensive leave to paid time off (PTO). |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

**leidos**    The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                                    p. 5 of 5

LEIDOS000073

*Leidos Proprietary*

**Procedure PR-HR-4.4: Disability Sick Leave**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.4 | **Revision No.:** 3.0 |
| **Owner & Approved By:** Corporate Benefits Director | **Effective Date:** 2020-07-21 |
| **Point of Contact:** Corporate Benefits Director, Karen Kanjian | |

## 1.    Purpose

The purpose of this document is to establish company practice and procedure for Disability Sick Leave (DSL).

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S. International employees should consult their local Human Resources for non-US specific procedure. Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

> **For Questions, contact HR Employee Services at 855-553-4367**
>
> **Related Sites**
>
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-2.1: Employment Status
> - PR-HR-4.3: Paid Time Off
>
> **Other Supporting Resources:**
> - Life Events:  If you Become Disabled
> - PR-HR-4.5: Family and Medical Leave
> - VSDI Benefit Summary Plan Description

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3.    Definitions

**Inpatient** – Where an employee is being assessed room and board as a registered bed patient in an inpatient hospital facility.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

An employee uses DSL only in conjunction with a disability that (1) has been certified by a physician or other health care provider and, (2) meets Leidos' disability eligibility criteria.

### 4.1    Eligibility

DSL is available to all active regular full-time employees scheduled to work thirty (30) hours or more per week, and part-time employees scheduled to work between 12 and 29 hours per week. The employee must be in a benefits package that includes DSL.

Excluded from the term "employee" is any individual who is not classified for the relevant eligibility period by Leidos (or affiliated company) on its payroll records as an employee. This includes, but is not limited to, individuals classified as independent contractors, nonemployee consultants, joint venture employees, or employees of any entity other than Leidos or an affiliated company, even if such classification is determined to be erroneous or is retroactively revised by a governmental agency by court order, as a result of litigation, or under other circumstances.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000074

*Leidos Proprietary*

### 4.2 Crediting of DSL

Eligible employees who were hired or became eligible prior to February 1, 1987, are credited with 10 days (80 hours) of DSL annually on February 1 of each year. If hired on or after February 1, 1987, the 10 days of DSL are credited on the date of hire or eligibility and each anniversary thereafter. Eligible part-time employees receive prorated DSL amounts based on their standard workweek schedule at the time of grant.

DSL credit is deferred if the employee is on leave of absence on the normal credit date. In this case, the annual credit is processed upon return to active status.

Employees with an employment status or benefits package change that makes them ineligible for DSL are not credited with or able to use DSL while in that ineligible status.

### 4.3 Maximum DSL Balance

The maximum DSL balance is not to exceed 1,560 hours (195 days assuming a full-time work schedule).

### 4.4 Pay Rate

Authorized DSL is paid at the normal rate of pay in effect during period(s) of disability.

### 4.5 Salary Adjustments

Employees on full-time disability status or Leave of Absence are not eligible for a salary adjustment while on leave.  Salary adjustments can be submitted and effective on the first day of the pay period following the employee returning to work

### 4.6 Advances

DSL advances are not permitted.

### 4.7 Unused DSL

Employees whose employment with Leidos is terminated (voluntarily or involuntarily) are not paid for their unused DSL. Former employees who are rehired in a benefit-eligible status within 1 year of termination will have their prior DSL balance restored.

Active employees who were originally eligible for benefits, changed to a benefit-ineligible status, and subsequently return to a benefit-eligible status have their prior DSL balance restored. For example, consulting employees who return to a full-time, benefit-eligible status have their prior DSL balance restored.

DSL balances for employees on an approved leave of absence are temporarily suspended and restored when the employee returns to an active, benefit-eligible status.

### 4.8 DSL Usage *(Employee, Group President or Designee)*

After meeting the seven calendar day waiting period (waiting period is waived if hospitalized as an inpatient on the first day and charged the full day's rate), DSL may be used independently or in conjunction with workers' compensation and short-term disability insurance to maintain an employee's income at the level

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                p. 2 of 5

LEIDOS000075

*Leidos Proprietary*

existing prior to a disability, not to exceed the maximum based on the length of the disability, as shown in the following:

- Weeks 2 to 10, maximum disability payments from all sources not to exceed 100 percent.
- Weeks 11 to 19, maximum disability payment from all sources not to exceed 80 percent.
- Weeks 20 to 26, (not to exceed 180 days) maximum disability payment from all sources not to exceed 66 2/3 percent.

If hospitalized as defined, the participant will receive:

- Weeks 1 to 9, maximum disability payments from all sources not to exceed 100 percent.
- Weeks 10 to 18, maximum disability payments from all sources not to exceed 80 percent.
- Weeks 19 to 26, (not to exceed 180 days) maximum disability payment from all sources not to exceed 66 2/3 percent.

When DSL is exhausted, accrued paid time off (PTO) may be used if directed by the employee. If that is not sufficient and the employee requests more, the manager or a designee may authorize a PTO advance of up to 40 hours (see Procedure PR-HR-4.3: Paid Time Off) for more information).

At no time may an employee's use of paid disability benefits plus PTO exceed the income replacement levels (100%, 80%, 66-2/3%) identified above.

**4.9    DSL in Conjunction with Workers' Compensation** *(Employee, Supervisor)*
This applies to employees who are injured on the job or become ill for job-related reasons. Such employees (or supervisors of employees who are unable to do so themselves) notify HR Services as soon as possible, who will coordinate with the employee's HR Business Manager, as appropriate.

**4.10    DSL in Conjunction with Short-Term Disability** *(Employee, Corporate Benefits)*
Employees in California, New Jersey, New York, Rhode Island, Puerto Rico, and Hawaii are automatically covered by state-mandated short-term disability plans.

Regular full-time and certain part-time employees in all states are eligible to purchase coverage under the Voluntary Short-Term Disability Insurance Plan (VSDI). For those employees enrolled in state-mandated short-term disability plans or VSDI, DSL is used to supplement the disability benefits. A disability claim must be filed with and approved by Corporate Benefits via the claims administrator. If an employee has been notified of a termination or layoff, no benefit is paid under DSL or VSDI unless the employee's medical records existing prior to the notice of termination or layoff contain evidence of the illness or injury. Refer to the VSDI Summary Plan Description for details on plan administration.

**4.11    Commencement of DSL**
A disability claim is filed with and approved by the claims administrator within 60 days of the onset of the disability. DSL is not payable after the first 180 days of disability when long-term disability would commence, if applicable.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 3 of 5

LEIDOS000076

*Leidos Proprietary*

**4.12    Hospitalization**

DSL is charged as of the first day of hospitalization as an inpatient.

**4.13    After Seven (7) Consecutive Calendar Days of Home Confinement**

Illnesses or disabilities that involve home confinement and that have been certified by a physician or other health care provider qualify employees to use DSL as of the eighth calendar day, based on approval from the disability claims administrator.

**4.14    Pregnancy and Childbirth**

DSL is used in accordance with a pregnancy- or childbirth-related disability that is physician-certified based on objective medical evidence.

**4.15    Family and Medical Leave Act (FMLA)**

If an employee is eligible for FMLA based on their length of service, their FMLA leave will run concurrently with any approved disability claim.

**4.16    Illness or Accident While on Paid Time Off *(Employee, Claims Administrator)***

Ordinarily, employees who become ill while taking PTO may not charge such time to DSL. However, if an employee is hospitalized for more than 24 hours, PTO status may be changed to DSL retroactively from the beginning of hospitalization. A disability claim must be filed with and approved by the claims administrator.

**4.17    Conformance to Federal, State, and Local Laws**

The payment and administration of this procedure conforms to all applicable laws, which may result in the payment of benefits beyond those described in this procedure.

**4.18    Holidays**

Holiday pay is not available to employees who are on short-term disability status or receiving DSL pay.

**4.19    Partial/Part-Time Disability**

In some situations, with physician permission, a part-time return to work can meet both the employee's and the company's needs. In such cases, partial DSL benefits may be available on a pro rata basis.

**4.20    Return to Work *(Employee, Supervisor)***

To return to work, a physician's release is required. Depending on the length of the absence, it may be necessary for the supervisor to arrange for temporary or regular coverage of the job. Employees should notify their supervisor as soon as possible in advance of their anticipated return to work from disability.

As permitted by law, in cases where reinstatement to the same job is not feasible, it is the responsibility of the employee to locate a position for which he or she is qualified. Returning employees who are unable to obtain a suitable position within 2 weeks of their release may be laid off (as permitted by law). Employees who fail to communicate with their supervisor regarding their expected return-to-work date prior to the release date designated by their attending physician, or who fail to report to work on the release date, may have their employment terminated.

---



The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000077

*Leidos Proprietary*

## 5. Exception

Exceptions to this procedure require advance written approval of the Corporate Benefits Director.

------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 3.0 | 2020-07-21 | Karen Kanjian | Removed reference to Enterprise Business Operations (EBO) in Section 4.9. |
| 2.0 | 2020-01-01 | Karen Kanjian | Minor edits to clarify language around pay rate, usage and commencement. Also updated hyperlink to VSDI SPD. |
| 1.3 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 1.2 | 2018-01-01 | Taschia Tamakloe | Minor changes made to change comprehensive leave to paid time off (PTO). |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

**leidos**   The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                    p. 5 of 5

LEIDOS000078

*Leidos Proprietary*

**Procedure PR-HR-4.5: Family and Medical Leave**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-4.5 | **Revision No.:** 1.5 |
| **Owner & Approved By:** HR Services Director | **Effective Date:** 2019-09-18 |
| **Point of Contact:** Gayle Godfrey Connatser | |

## 1.    Purpose

The purpose of this document is to establish company practice for family and medical leave.

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

> **For Questions, contact Employee  Services or Timesheet Services, 855-553-4367**
>
> **Related Sites**
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-4.4: Disability Sick Leave
> - PR-HR-4.9: Leave of Absence
>
> **Other Supporting Resources:**
> - Life Events Guide:  If You Take a Leave of Absence

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

## 3.    Definitions

**Qualified Family and Medical Leave –** An approved leave of absence for birth, adoption, or the placement of a foster child; for the care of a spouse, domestic partner, child, or parent who has a serious health condition; because the employee is unable to perform the functions of his/her position due to a serious health condition; to care for a covered military service member or veteran recovering from injury or illness; or for a qualifying exigency arising out of the fact that a family member is on covered active duty or has been notified of an impending call-up or order to active duty in the armed forces.  Reference Procedure PR-HR-4.4: Disability Sick Leave for paid absences involving maternity, short-term illnesses, injuries, or long-term disability.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

In accordance with the Family and Medical Leave Act (FMLA) of 1993 and any applicable state or local laws, Leidos practice allows eligible employees to take reasonable leaves for qualified family and medical purposes.

### 4.1    Eligibility

All U.S. employees (those employed within any state of the United States, the District of Columbia, or any territory or possession of the United States) are eligible for family and medical leave if they have been employed by Leidos for at least 12 months and have worked for at least 1,250 hours during the 12 months prior to the start of the leave.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000079

*Leidos Proprietary*

**4.2    Duration and Basis for Leave**

Eligible employees are entitled, under certain conditions, to 12 workweeks of unpaid leave during a 12-month period for one or more of the following reasons:

- Birth of an employee's son or daughter; in order to care for that son or daughter, if leave is requested and concluded within 12 months of the birth.
- Placement of a son or daughter with the employee for adoption or foster care.
- To attend to the basic needs of a family member (spouse, domestic partner, son, daughter, or parent) with a serious health condition, both during periods of in-patient care and during periods of home care. The definition of "care" may include both physical and psychological care. An eligible employee may take leave under this provision regardless of the availability of another family member to provide the same or similar care.
- The employee's inability to perform the functions of his/her position due to a serious health condition.
- A spouse, domestic partner, son, daughter, or parent of the employee is on covered active duty (or has been notified of an impending call-up or order to covered active duty) in the armed forces.

Eligible employees are entitled, under certain conditions, for up to 26 weeks of unpaid leave in a 12-month period to care for a family member who is a covered military service member or veteran recovering from an injury or illness sustained while on active duty in the armed forces.

Spouses who are both employed by Leidos are limited to a combined total of 12 workweeks of family leave during any 12-month period for the following reasons:

- birth and care of a child;
- for the placement of a child for adoption or foster care, and to care for the newly placed child; and,
- to care for an employee's parent who has a serious health condition

**4.3    Use of Leave** *(Employee)*

Employees do not need to use their family and medical leave entitlement in one block.  Leave can be taken intermittently or on a reduced work schedule when medically necessary.  Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt Leidos's operations.

Leave may not be taken on an intermittent basis when used to care for the employee's own child during the first year following birth, or to care for a child placed with the employee for foster care or adoption, unless both Leidos and the employee agree to such intermittent leave.

Taking on another job while on family and medical leave is not permitted.

**4.4    Notification and Documentation Requirements** *(Employee)*

Employees applying for and granted family and medical leave are required to meet notification and documentation requirements. Employees should contact Employee Services for more information on these requirements. Failure to meet the prescribed requirements may result in the denial or revocation of family leave in accordance with applicable law.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 2 of 4

*Leidos Proprietary*

**4.5      Paid Status**

Family and medical leave is unpaid (although employees may be eligible for short- or long-term disability payments and/or workers' compensation benefits under those insurance plans).

Employees may substitute accrued personal time off (PTO) for unpaid leave.  The use of PTO for unpaid family and medical leave does not extend the maximum leave period.  Furthermore, in no case can the use of PTO for family and medical leave result in the receipt of more than 100 percent of an employee's salary for the same time period.

Any regularly-scheduled work missed due to FMLA leave will be counted toward an employee's FMLA entitlement, even if the employee "makes up" hours elsewhere in the pay period.

**4.6      Initiating a Leave Request** *(Employee, Employee Services)*

Requests for family and medical leave may be initiated by contacting Employee Services. The employee should give notice as soon as possible.

When submitting a request for leave, the employee is required to provide sufficient information, including medical information to allow Leidos to determine if the leave qualifies under family and medical leave. Examples of sufficient information are that the employee is unable to perform job functions; that a family member is unable to perform daily activities; that the employee or family member needs hospitalization or continuing treatment by a healthcare provider; or the circumstances supporting the need for military family leave.

Based on the anticipated start date of the leave and its duration, Leidos provides formal designation to the employee that their leave has been approved as family and medical leave.

Employees must inform Leidos if the requested leave is for a reason for which family and medical leave was previously taken or certified.

Employees are required to provide certification and periodic recertification supporting the need for family and medical leave.

**4.7      Restoration to Position**

An employee returning to work following family and medical leave is entitled to one of the following:

- Restoration to the position held when the leave began.
- Restoration to an equivalent position with equivalent employment pay, benefits, and other terms and conditions of employment.

An employee is not guaranteed that he or she will be returned to his or her original position. A determination as to whether a position is an "equivalent position" is made based on the positions available and employee's qualifications to perform the job.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                                     p. 3 of 4

LEIDOS000081

*Leidos Proprietary*

An employee has no greater right to reinstatement or to other benefits and conditions of employment than if the employee had been continuously employed during the leave period.

## 5. Exception

Exceptions to this procedure require advance written approval of the HR Services Director.

---------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 1.5 | 2019-09-18 | Debbie Fifer | Updated procedure to correctly reflect Employee Services' current FMLA administration procedures and more closely align with Federal eligibility guidelines. |
| 1.4 | 2019-06-06 | Jennifer Buchan | Due to reorg announcement, changed procedure owner role from "Enterprise Business Operations HR Director" to "HR Services Director." |
| 1.3 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 1.2 | 2018-03-28 | Gayle Godfrey Connatser | Updated terminology from "comprehensive leave" to "personal time off (PTO)" |
| 1.1 | 2017-07-03 | Jennifer Buchan | Minor change made to Section 2, Scope and Applicability and organization name change from Enterprise Shared Services (ESS) to Enterprise Business Operations (EBO). |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000082