# EXHIBIT 14

# Vista

# Machine Shop Certification

Rev: April 2017



X  Jeff King

Jeff King
EH&S Official

LEIDOS000415

# Leidos Vista
# Machine Shop Safety

The following set of safety rules are designed to establish a safe working environment and safe working habits in the Vista Engineering Machine Shop and other areas within the facility where power tools are utilized.  These rules provide a list of safety practices, which should be used to develop safe working habits in the machine shop.  A safe working environment is accomplished only through the responsible attitude and adherence to safe working practices of every individual at our facility.  It is essential that everyone comply with these rules.

Vista Engineering will maintain an authorization matrix of personnel that are qualified and certified to operate machinery and equipment in the shop.  After certification is complete, their name will be added to matrix to indicate which machine they are authorized to use.

## Responsibilities

Supervisor

- Ensure all employees are qualified through prior experience to safely operate machines
- Ensure employees have required personal protective equipment
- Certify master machinists
- Maintain and post authorization lists

Master Machinists (John Seeger & Dave Rose)

- Conduct a certification review for personnel on machines and equipment as required
- Ensure employees sign certification acknowledgement after review and send to EH&S official
- Conduct and document periodic inspections of all machine shop equipment

EH&S Official

- Develop certification and review materials
- Maintain certification and inspection documentation
- Periodically audit program

Employee

- Use all machines in accordance with safety policies provided during certification review
- Do not use any equipment unless qualified and name appears on authorization list
- Use required personal protective equipment when operating any machine or hand held tool

LEIDOS000416

**Certification**

Each employee must undergo certification prior to using machine shop equipment.  This is necessary for new operators or when any new altered safeguards are put in service or when workers are assigned to a new machine.  There are two modules for employees at Vista.

1. **Module 1 Basic Machine Shop** covers the operation of the Band Saws, Grinders, Drill Presses, Belt Sanders, and Powered Hand Tools.  The prerequisite is familiarity with machine shop equipment (as determined by the employee's supervisor) and the employee's supervisor's approval.  After reviewing and acknowledging (see ***Machine Shop Acknowledgement for Operating the Drill Presses, Belt Sanders, Grinders, and Power Hand Tools***) the Machine Shop Safety Rules, a brief hands-on review session will be conducted by a Master Machinist.  After completing the certification review, the employee will be authorized to operate this equipment.
2. **Module 2 Advanced Machine Shop** covers the operation of the mill, lathe, welder and sheet metal equipment in the Machine Shop. The prerequisite for this module is demonstrated previous experience in operating this type of equipment.  The master machinist will determine, based on a review of prior work/qualifications, and informal interview, whether employees meet this requirement.  If so, they will undergo certification review for these two machines.  The master machinist must sign the ***Machine Shop Acknowledgement for Operating the Lathe, Mill and Welder*** before the employee is authorized to operate these two tools.

The review for each piece of equipment covers the following for each machine:

1. A description and identification of the hazards associated with particular machines
2. The safeguards themselves and how they provide protection, and the hazards for which they are intended.
3. How to inspect or determine if the safeguards are properly installed and operating properly.
4. How and under what circumstances safeguards can be safely removed, and by whom.
5. Instruction in what to do (e.g., contact the supervisor) if a safeguard is damaged, missing, or unable to provide adequate protection.
6. General safe operating procedures

Review will be performed by one of the master machinists.  The review will be documented on acknowledgement forms (see below) which the master machinists will ensure get completed by each employee undergoing certification.  These forms must be forwarded to Rad Safety after completion.

An Authorization Matrix will be posted in the machine shop and maintained by Vista Engineering Dept.

Frequency of certification will be one time only.  If a new piece of equipment is brought into the facility all employees must receive certification on it prior to use.  The only time additional review will be required is if an employee is observed using a piece of machinery in an unsafe manner.

LEIDOS000417

**<u>Module 1 Basic Machine Shop</u>**

**GENERAL MACHINE SHOP SAFETY RULES**

1. Do not attempt to operate machinery unless you have been properly instructed in its use.  Only authorized personnel shall be permitted to use the machinery.  Your name should appear on the Authorization Matrix posted in the machine shop.

2. Use only tools that are in good, proper, working condition.

3. Be certain that machine guards are in place and in good condition before operating the machine.

4. Use extreme caution when making adjustments to machinery or the work piece when the machinery is in motion.  Under no condition should an employee remove a machine guard or place any part of their body in contact with the point of operation (that point where work is performed on the material, such as cutting, boring or shaping).  To the extent possible, make adjustments when the machine is off.

5. When repairing or servicing the machine, turn off the main power switch, place a maintenance sign on the machine being serviced, and disconnect the power plug (if possible) to ensure that the power will remain off while the service work is being performed.

6. Never attempt to clear a jam in moving equipment while power is on.  Always unplug the machine when clearing jams.

7. Do not attempt to brake or slow down moving machinery with your hand and do not make measurements on a work piece while the machine is in motion.

8. Do not leave chuck wrenches in lathe and mill chucks, or jig and fixtures temporarily stored on power equipment.  When work is completed, remove and store jigs, fixtures, and tools so that the machine is cleaned up and ready for the next operation.

9. On jobs where stock material projects into aisles or passageways, put up guards or attach suitable warning devices to protruding materials.

10. Do not use portable electric hand tools unless they are properly grounded or double insulated.  Use a Ground Fault Circuit Interrupters (GFCI) device when operating portable equipment outside.

11. Do not touch or distract a person who is engrossed in the operation of moving machinery, or equipment, using heat, chemicals, or electricity.  When you approach someone who is operating a machine, wait until they are finished with the procedure (e.g., cutting a piece of metal, drilling a hole) before attracting their attention. Horseplay will not be tolerated in the shops.

12. Maintain a clean work area.  Clean up chips and cuttings during and after completing a cutting operation.  Wipe up oil spills on the floor to avoid an unsafe work area.  Keep aisles and pathways clear of excess stock, remnants, or waste.

4

LEIDOS000418

13. Confine chips produced in machining by use of protective shields when chips have a tendency to fly through the air.

14. Turn off hot plates and soldering irons after use.

15. Know the location of fire extinguishers in your working area.

16. Do not eat inside the machine shop.

17. Any spray painting should be performed in a well-ventilated area, preferably outdoors.

18. Label all containers holding chemicals and solutions for proper identification, and where required, store in a flammable materials cabinet.

19. Do not enter a welding area and stare at the bright light generated during a welding procedure.  Only approach the welder after the welding has stopped.  Beware of the extremely hot surface of the metal being welded.

20. During regular business hours authorized employees are allowed to operate machine shop equipment.  On weekends or after hours, a two-person rule is in place when working in either machine shop such that another person is within audio or visual range of the individual on a relatively frequent basis or a supervisor, aware of an individual working alone, provides appropriate surveillance of the work area.  The security guard can be notified and requested to check in during rounds.

21. Proper safety glasses are required at all times when working in either machine shop or while working with portable power tools.  Use hearing protection for comfort when load noises are present.

22. Appropriate clothing should be worn at all times while operating rotating machinery. Loose fitting clothing, long sleeves, and ties are prohibited around rotating machinery. Sleeves must be a maximum of ¾ length or rolled up to the elbow.  Gloves must not be worn when operating any machine if the hands are exposed to any moving parts. However, gloves should be worn when handling rough or sharp edged materials, which may cause hand injuries.  Rags should be kept away from moving machinery. Footwear must be sturdy, covered and not open toed.

23. The wearing of jewelry and long hair around rotating machinery is prohibited.  This jewelry includes: rings, key or wrist chains, bracelets, neck chains, badges, and wristwatches.  Long hair, which could be caught by moving parts, must be covered by a suitable cap or a hairnet to confine it.

24. Proper lifting procedures must be used at all times when lifting machine accessories or stock material.  The lifting of any load over 50 lbs. without assistance from fellow employees, or handling equipment is prohibited.

25. Chips produced in cutting or machine operations are best removed with use of a brush or t-slot cleaning tool only when the machine is turned off.  Vacuum equipment can also be used for this purpose.  Use caution when blowing chips from a work area with compressed air (max 30 psi).  Place all metal chips in the recycling receptacle.

5

LEIDOS000419

26.    Machining of steel should be conducted by master machinists only.

27.    Return all tools and tool accessories to proper storage area after use.

28.    Before starting a machine ensure it is clear of tools and parts.

29.    Never leave a running machine unattended.

30.    Do not hesitate to request the assistance of a master machinist if you are uncertain how to conduct a procedure or have any question.

31.    Work shall be mounted in a vise, clamp, or holder whenever possible.

32.    Compressed air shall not be used to clean persons.

33.    All injuries and "close calls" shall be reported immediately to the supervisor.

34.    If there is a power failure while operating machine shop equipment, turn the equipment off so injuries do not occur when the power resumes due to unexpected and sudden activation.

6

LEIDOS000420

**Machine Specific Information**

1. Drill Press

   Machines that use a rotating cutter to remove metal or other materials are drilling and boring machines.  At Vista these machines have a single cutting edge (drill bit) at a single work station.  The machines at Vista are manually fed and controlled.   There is a rotating cutting action at the point of operation where fingers can occur and where flying chips or scrap material can strike the eyes or face.  While operating a drill press, abide by the following requirements:

   - Avoid contact with spindle or tool.  The spindle shall be allowed to stop of its own accord.
   - Never use dull drill bits.
   - Ensure stock is securely clamped.
   - The bit shall be mounted securely to the full depth of the chuck and in the center.
   - Never sweep chips or try to remove long chips by hand while drill press is operating.
   - Never leave chuck key in the chuck.
   - Never operate drill press when guard for speed change pulley or gear is removed.  Only master machinists are authorized to remove these guards.
   - The speed setting shall be appropriate for the work.
   - The feed stroke shall be adjusted (if possible) so that there is no possibility of the bit striking the table.  Work shall be placed on a wood pad when holes will go through the work piece.
   - The bit shall be fed smoothly into the work, allowing chips to clear the work and keep the bit cool.
   - Plexiglas and brass tends to bind in bit and can unexpectedly rotate.  Always clamp and secure work against a portion of the drill to prevent this from occurring.
   - Utilize clear plastic guard to protect operator from contact with rotating spindle and flying chips.

2. Grinders

   The most common type of grinders are pedestal or bench grinders used for offhand grinding and surface grinders.  The regulations for grinding wheel machinery do not cover wire wheels, buffing wheels or the like.  An abrasive wheel is made up of individual particles bonded together to form a wheel.  The hazard is that if not properly mounted and used, the wheel can explode or fragment with sections of the wheel flying out a high speeds and striking the operator causing serious injury or death.

   The following precautions must be observed while operating the grinder:

   - Ensure safety guards are in place.  Abrasive wheels shall be used only on machines provided with safety guards with the following exception:  Mounted wheels, used in portable operations, two inches and smaller in diameter.  Abrasive wheel safety guards shall cover the spindle end, nut, and flange projections on all grinders.  Abrasive wheel safety guards for bench and floor stands, and for cylindrical grinders

7

LEIDOS000421

shall not expose the grinding wheel periphery for more than 65 degrees above the horizontal plane of the wheel spindle.
- Work rests (an adjustable table of rigid construction to support the work) shall be kept adjusted closely to the wheel with maximum opening of **⅛ inch** to prevent the work from being jammed between the wheel and the rest, which may cause breakage.
- Ensure the tongue (the protecting member of the abrasive wheel safety guard) is adjusted so that the distance between it and the wheel never exceeds **¼ inch**.
- Immediately before mounting, all wheels shall be closely inspected and sounded by the master machinist (using the ring test) to make sure they have not been damaged.  The spindle speed of the machine shall be checked before mounting of the wheel to be certain that it does not exceed the maximum operating speed marked on the wheel.
- Always wear safety glasses even if the eye shield is mounted on the grinder
- Do not use a grinder with a poorly maintained wheel (cracked or imbedded with metal fragments) or imbalanced wheel.
- Do not grind on the side of a wheel unless specifically designed for this function.
- Grind only at the work rest and not above the wheel's center. Keep work perpendicular or negative with respect to the grinding wheel.
- Ensure wheel washers (blotters) are utilized.
- Ensure use of proper flanges.
- Do not reach across or near the rotating grinding wheel to load, unload, or adjust the machine during setup.
- Do not grind aluminum and brass on the pedestal/tool grinder.  Use the belt/disk sander for this operation.
- Only master machinist should perform maintenance on this machine.

3. Belt Sander

The purpse of the belt sander is to shape aluminum.  The primary hazard of the belt sander is skin abrasions and nip points.  Safeguards must be installed to protect employees from the turning wheels.  These safeguards should only be removed for maintenance or belt change.  To avoid injury, employees should abide by the following:

- Always wear safety glasses when operating this machine
- Ensure safeguards are placed over both power transmission and feed roll pulleys to minimize in running nip-point hazard.
- Ensure you draw the job back to a safe distance when loading and unloading stock.
- Ensure work rest is correctly adjusted (no more than 1/8" between belt and rest). Always place stock flat on work rest to provide needed support
- Do not reach across or the rotating belt to adjust the setup.
- Ensure belt is taut enough so that the belt runs at the same speed as the pulley and properly aligned and centered.
- If a belt is frayed or otherwise worn, contact the master machinist to replace.
- Small irregular pieces shall be held in a hand clamp or special jig.

8

LEIDOS000422

4. Large Band Saw

The primary hazard is contact with the point of operation, the band saw blade. Safeguards must be installed to protect employees from the turning wheels and moving saw blade.  These safeguards should only be removed for maintenance or blade change. To avoid injury, employees should abide by the following:

- Never sweep saw dust by hand while the band saw is operating.
- Always ensure safeguards are placed over the power transmission and blade pulleys
- Always use a push stick to control the stock when dangerously close to the blade, such as at the end of the cut.
- Beware that the bandsaw blade continues to rotate for a short time after the power switch is deactivated.
- Always keep the stock on the rest; never attempt to cut stock at a higher point on the blade.
- When starting the saw, stand to one side of the saw frame; then adjust the speed according to the chart.
- Support protruding ends of long pieces so they will not fall and cause injury.
- Ensure people do not run into protruding ends of work.
- Be sure saw blade is in good condition
- Be careful in handling part with sharp burrs o the ends,   The burrs may be removed by a file.
- Upper guide assembly shall be adjusted to ¼" above the work.
- The saw shall be full speed before starting to feed in work.  Stock shall be fed into the blade only as fast as the teeth will easily remove material.
- Proper speeds and blades shall be used for the material being cut.  Curves shall be large enough to prevent binding the blade.
- When cutting bar stock always clamp with a vice.
- Do not cut fiberglass on this saw.

5. Abrasive Cut Off Machine (Chop Saw)

The primary hazard is contact with the point of operation, for the abrasive cut-off machine (chop saw).  Safeguards must be installed to protect employees from the moving saw blade.  These safeguards should only be removed for maintenance or blade change.  To avoid injury, employees should abide by the following:

Wheel Instructions

- Use only the edge (not the sides) of the wheel for cutting. Do not allow the wheel to twist or bind.
- Keep hands and body away from the rotating wheel. Do not wear loose clothing when using this tool.
- Store cut-off wheels with care. Do not drop them or subject them to excessive heat, cold or humidity.
- Make sure that all wheel flanges and other mounting hardware are in good condition and are always used properly. Defective or missing parts may cause damage to the wheel. Always use mounting flanges supplied with the tool.
- Cutting with a damaged wheel is very hazardous. After installing a new wheel, leave the tool unplugged and rotate the wheel by hand to see if it is uneven,

9

LEIDOS000423

warped, or cracked. If so, discard the wheel and replace it with a new one. Do not use a wheel that has been dropped; impact may result in breakage.
- Before starting a cut, step out of line of the wheel and make a trial run to confirm that the wheel is in good condition. Trial run periods are:
    When replacing a cut-off wheel — over 3 minutes.
    When starting routine work — over 1 minute.
- Never try to remove or clamp the work piece to the tool while the cutoff wheel is rotating.
- Before installing a cut-off wheel, unplug machine.  Always inspect wheel for cracks. Visually check resinoid and rubber-bonded wheels for cracks. Replace cracked wheel immediately.
- Always check maximum operating speed established for wheel against machine speed. Do not exceed the maximum operating speed that is marked on the wheel.
- Do not force a wheel onto the machine or alter the size of the arbor hole. Do not use a wheel that fits the arbor too loosely. If the wheel doesn't fit the machine, get one that does.
- Do not attempt to install toothed blades on this tool because it is not designed for this type of blade.
- Do not overtighten FIXTEC nut. Hand tighten only.

Machine Instructions

- Operate this tool outdoors if possible and at least 20 feet from combustible materials
- Use safety glasses and face shield together when cutting metal workpieces.
- Start cutting only after the motor has reached full speed.
- Release switch immediately if the cut-off wheel stops rotating or if the motor sounds like it is straining.
- Keep flammable and fragile objects away from this tool. Do not allow cut-off sparks to contact the operator's hands, face or feet.
- Place the tool securely on a flat, level surface.
- Always use the tool with the proper voltage specified on the tool's nameplate.
- Never touch a short cut-off piece until it cools.
- Never attempt to cut material larger than the rated capacity listed in "Specifications".
- Never stand in line with the wheel while cutting. Always stand to the side.
- Always keep guards in place.
- Always start the cut gently. Do not bump or bang a wheel to start a cut.
- Never make any freehand cuts. Always place the workpiece between the vise and fence when making cuts.

6. Horizontal Band Saw

The primary hazard is contact with the point of operation, the band saw blade. Safeguards must be installed to protect employees from the turning wheels and moving saw blade. These safeguards should only be removed for maintenance or blade change.  To avoid injury, employees should abide by the following:

- All safety provisions described above for the other band saws.

10

LEIDOS000424

- Keep adjustable blade guard as close as possible to stock; cut no more than an 8" maximum diameter stock; cutting nylon stock greater than 4" requires assistance from a master machinist.

## POWER HAND TOOLS

### INTRODUCTION

Powered hand and portable tools are safely used by thousands of workers each day. Saws, drills, jacks, sanders, grinders, and polishers are only a few of the many different types of this equipment. Because of its wide use at home and work, many of the safety precautions are not taken as seriously by workers than is on fixed equipment in a controlled environment.

Portable power tools cause hundreds of avoidable injuries each year that could have been avoided by simple precautions. Typical injuries caused by powered hand tools include burns, cuts, and strains.  Sources of injuries include electrical shock, particles in the eyes, fires, falls, and falling tools and other objects.  Removing a guard, using an ungrounded plug adapter, damaged cords, and using the wrong tool for the job are additional reasons these tools cause injury.

This safety brief addresses employee use of power hand held drills, angle and other types of grinders and metal cutting saws.

### EMPLOYEE RESPONSIBILITIES

Employees must read and sign this document so they are equipped for the following:

- Identify conditions where hand tools could cause injury.

- Identify portable power tool safeguarding requirements.

- Know what is required for safeguarding hand tools

- Understand practices and techniques for safe use.

- Report unsafe conditions or equipment to the supervisor.

LEIDOS000425

## HAZARD RECOGNITION

Tools are such a common part of our lives that it is difficult to remember that they may pose hazards. All tools are manufactured with safety in mind but, tragically, a serious accident often occurs before steps are taken to search out and avoid or eliminate tool-related hazards.

In the process of removing or avoiding the hazards, workers must learn to recognize the hazards associated with the different types of tools and the safety precautions necessary to prevent those hazards.  Typical hazards of these types of tools include:

- Point of operation: Cutting actions involve rotating, reciprocating, or transverse motion. The danger of cutting actions exists at the point of operation where the finger, head, and arm injuries can occur and where flying chips or scrap material can strike the eyes or face. Typical examples include jig saws and skill saws.  Drilling or boring actions result when power is applied to a device in order to create a hole in stock and where the stock is inserted, held, and withdrawn by hand.  Examples include drills.

- In-running nip points: Caused by rotating parts on machinery.  They include parts rotating in opposite directions while their axes are parallel to each other (e.g., intermeshing gears, and tolling mills).  Another kind of nip point is created between rotating and tangentially moving parts (e.g., point of contact between transmission belt and its pulley, chain and sprocket, and rack and pinion).  A final type of nip point is occurs between rotating and fixed parts which creates shearing, crushing or abrading action (e.g., spoked handwheels or flywheels, screw conveyors, or the periphery of an abrasive wheel and an incorrectly adjusted work rest)

- Rotating parts: Rotating motions can grip clothing or through skin contact force an arm or hand into a dangerous position.  Rotating parts includes collars, couplings, cams, flywheels, shaft ends, spindles, and horizontal or vertical shaftings.  Dangers increase when bolts, nicks abrasions, and projecting keys or set screws are exposed on rotating parts

- Flying chips and sparks.

- Electrical shock: Among the chief hazards of electric-powered tools are burns and slight shocks which can lead to injuries or even heart failure. Under certain conditions, even a small amount of current can result in fibrillation of the heart and eventual death. A shock also can cause the user to fall off a ladder or other elevated work surface.

12

LEIDOS000426

**GENERAL SAFETY PRECAUTIONS**

- Employees using power tools are exposed to the hazards of falling, flying, abrasive objects, or exposed to harmful dusts, and must use safety glasses.  If there is a hazard of something falling on you, use a hard hat.  Leather gloves should be worn when there is a hazard of cutting the hands while manipulating the material.

- Always disconnect the tool from the source of power before changing accessories.  Replace or put guards in correct adjustment before using the tool again.

- Never leave a tool in an overhead place where there is a chance that the cord, if pulled, will cause the tool to fall.

- If using extension cords, minimize a trip hazard by suspending them over aisles or work areas in such a way that they will not be struck by other objects or tripped over.  Do not hang cords over nails, bolts, or sharp edges and keep them away from oil, hot surfaces, and chemicals.

- Store power hand tools in secured, dry places.  Do not leave them in areas where they may be struck by passersby or be otherwise activated.

- Keep work areas clean and well lit.

- Secure, or clamp, work pieces freeing both hands to hold the tool if at all possible.  Normal tool use does not require a great deal of force.

- When working on a ladder, or in other high places, do not reach out too far.  Keep the body in balance.

- Wear proper clothing for the job.  Loose clothing, jewelry, and long hair may add risk to the job by getting caught in moving parts.

- Never use a power tool with a malfunctioning switch or part.  Remove it from service and give to a master machinist for repair or discard. All portable electric tools that are damaged shall be removed from use and tagged "Do Not Use."

- Only use tool accessories recommended by the manufacturer.

- If uncertain how to operate a power tool, consult a master machinist.

13

LEIDOS000427

- Do not use powered hand tools plugged into building current in wet locations.  Use battery operated tools in these instances.

- Ensure the power tool is either grounded with a three wire cord or double insulated.  Three-wire cords contain two current-carrying conductors and a grounding conductor. One end of the grounding conductor connects to the tool's metal housing. The other end is grounded through a prong on the plug. Anytime an adapter is used to accommodate a two-hole receptacle, the adapter wire must be attached to a known ground. The third prong should never be removed from the plug.

Double insulation is more convenient and is the preferred mode of protection against electrical shock. If at all possible, use only double insulated tools.  A double insulated tool should be clearly marked as such.  The user and the tools are protected in two ways: by normal insulation on the wires inside, and by a housing that cannot conduct electricity to the operator in the event of a malfunction.

- Prior to use, inspect each tool to ensure the cord is in good repair, the grounding prong is present.

- Never carry a tool by cord or hose.

- Never yank the cord or the hose to disconnect it from the receptacle.

- All observers should be kept at a safe distance away from the work area.

- Avoid accidental starting. Do not hold a finger on the switch button while carrying a plugged-in tool.

- Tools should be maintained with care. They should be kept sharp and clean for the best performance.  Follow instructions in the user's manual for lubricating and changing accessories.

- Do not modify safety switches on any power hand tool.

**Electric Drills**
Electric drills cause injuries in several ways: 1) a part of the drill may be pushed into the hand, the leg, or other parts of the body; 2) the drill may be dropped when the operator is not actually drilling; and 3) the eyes may be hit either by material being drilled or by part of a broken drill.  Although no guards are available for drill bits, some protection is afforded if drill bits are carefully chosen for the work to be done.  Observe the following precautions when using portable electrical drills:

14

LEIDOS000428

- Be sure the trigger switch works properly.  The trigger switch should turn the tool on and return it to the off position after the switch is released.  If equipped with a lock-on, be sure it releases freely.
- Check carefully for loose power-cord connections and frays or damage to the cord.
- Tighten the drill bit securely with the chuck key and remove it before operating the drill.
- Check auxiliary handles, if they are part of the tool.  Be sure they are securely installed.  Always use the auxiliary drill handle when provided.  It provides more control of the drill.  Grasp the drill firmly by the handle(s).
- Always wear safety glasses when operating the drill
- If the drill binds in the work, release the trigger immediately, unplug the drill from the power source, and then remove the bit from the work piece.  If the drill operation could potentially bind, then do not actuate any switch-on lock.
- Never attempt to free a jammed bit by starting and stopping the drill.
- As the hole is about to be broken through, grip or brace the drill firmly, reduce pressure, and allow the bit to pass easily through the hole.
- Unplug the drill before changing bits, accessories, or attachments.
- Do not raise or lower a drill by its power cord.
- Appropriate drill bits should be used for the type of work. The bit must be mounted securely to the full depth of the chuck.
- Stock to be drilled must be held in a stationary position such that it cannot be moved during the operation.
- The drill should be momentarily turned on to ensure the bit is properly centered and runs true.
- Drill bits shall be removed from the drill when work is finished and shall be stored in the designated area.

**Powered Abrasive Wheel Tools (Grinders)**

Powered abrasive grinding, cutting, polishing, and wire buffing wheels create special safety problems because they may throw off flying fragments.  Noise is another hazard. Observe the following precautions when using portable grinders:

- Screens must be set up to protect nearby workers from being struck by flying fragments or sparks.
- Wear hearing protection during prolonged operations.
- Wear safety glasses at all times during the operation of a grinder.
- Check the wheel for tightness.
- Do not use a grinder with a poorly maintained wheel (cracked or imbedded with metal fragments) or imbalanced wheel.
  - Do not grind aluminum on the pedestal/tool grinder.  Use the belt/disk sander for this operation.

15

LEIDOS000429

- Only master machinist should perform maintenance on this machine including changing the wheel.

## Reciprocating Saws or Sawsall

Observe the following precautions when using this piece of equipment:

- Use the blade specifically designed or recommended for the job
- Operators should position themselves to maintain full control of the tool and should avoid cutting above shoulder height.
- Use sharp blades only. Dull blades can produce excessive heat, make sawing difficult, and result in forcing the tool.
- To minimize blade flexing and to provide a smooth cut, use the shortest blades that will do the job.
- When plunge (pocket) cutting, use a blade designed for that purpose. Maintain firm contact between the saw's shoe and the material being cut.
- When making a blind cut, be sure you know what is behind the material being cut.
- Always hold the tool by the specific gripping surfaces.
- When making anything other than a thorough cut, allow the saw to come to a complete stop before removing the blade from the work piece. This prevents both breakage and possibly losing control of the saw.
- Remember that the blade and blade clamp may be hot immediately after cutting. Avoid contact until they have cooled.

## Jig/Saber Saw

Observe the following precautions when using this piece of equipment:

- Check carefully that the blades are adequately secured in position before plugging the saw in.
- Make sure the cord is out of the way and not in the line of the cut.
- Keep hands and fingers clear of moving parts.
- After making partial cuts, turn the tool off. Remove the blade from the work pice only after the blade has fully stopped.
- Throughout cutting procedure, maintain firm contact between the base and the material being cut.
- Remember that the blade and blade clamp may be hot immediately after cutting. Avoid contact until they have cooled.
- When making a blind cut, be sure you know what is behind the material being cut.
- Always hold the tool by the specific gripping surfaces.

16

LEIDOS000430

**Leidos Vista**
**Machine Shop Acknowledgement of Module 1 - Operating**
**Drill Presses, Belt Sanders, Grinders, and Power Hand Tools**

Employee Name:_____

Job Title:_____

Employee Number: _____

| Yes | No | (Please check the appropriate box) |
|---|---|---|
| ☐ | ☐ | Were you provided a description and identification of the hazards associated with these particular machines as well as the safeguards designed to mitigate the hazards? |
| ☐ | ☐ | Were you provided instruction on how to use the safeguards and how to inspect or determine if the safeguards are properly installed and operating properly? |
| ☐ | ☐ | Were you instructed under what circumstances safeguards can be safely removed, and by whom, and were you told what to do (e.g., contact the supervisor) if a safeguard is damaged, missing, or unable to provide adequate protection? |
| ☐ | ☐ | Were you provided instructions on safe machine operation? |
| ☐ | ☐ | Were you provided with and do you understand the general safety rules for machine shop work? |
| ☐ | ☐ | Have you read and do you understand the power hand tool safety procedure? |

_____
Employee Signature                                    Date

I have observed this employee use these machines in a safe manner and determined he/she is able to operate them without my direct and constant oversight

_____
Master Machinist Signature                            Date

Rev: Feb 2018

17

LEIDOS000431

## Module 2 Advanced Machine Shop

### Lathe

The lathe is located in the Machine Shop.  If an employee desires to operate the lathe, he/she must demonstrate prior experience or training before being considered for authorized use.  In other words, the operation of a lathe is sufficiently complicated that if an employee has no previous training or experience, an employee will not be authorized.  If the employee can demonstrate previous experience or training, he/she must complete Module 1 first.

The basic principles for safeguarding metal turning, cutting, and grinding machines is to protect the operator and other employees from injury created by hazards at the point of operation (where fingers or arms can come into contact with the rotating cutting tool), ingoing nip points, rotating parts, flying chips and sparks.  Although hazards on these machines are similar to hazards of other machine tools, they are much more difficult to safeguard.  The lathe shapes a rotating work piece with a cutting tool, usually to give an external circular dimension to the piece.  When the same action is applied to internal surfaces of a work piece it is called boring.  The rotation of the stock is attained by using a gripping device, such as a chuck, which is motor driven.   To avoid injury, employees should abide by the following:

- Avoid contact with projections on work or stock, face plates, chucks, or lathe dogs, especially those with projecting set-screws.
- Make sure the drive plate, face plate or chuck is firmly tightened on lathe spindle.
- Do not use machine power to remove or install drive plate, face plate or chuck.
- Do not run the machine above the correct speed.
- Move the tool bit a safe distance from the collet or chuck when inserting or removing work.
- In setting up the tool holder, place it to the left side of the compound rest to prevent compound rest from running into chuck or lathe dog.  After installation of the tool and stock, hand turn the chuck or faceplate to ensure there is no binding or danger of the work striking any part of the lathe.
- Hold tool bit short in the tool holder to prevent it from breaking or chattering.
- Do not file using a file with an unprotected tang, or using a hand instead of a stick to hold emery cloth against the work.
- Do not caliper or gauge the job while the machine is in operation.
- Never attempt to remove chips when the machine is in operation.
- Avoid contact with rotating stock projecting from turret lathes or screw machines.  Do not wear gloves while the machine is operating.
- Do not leave chuck wrenches in the chuck.
- Do not place anything on the lathe such as tools or accessories.
- Stop lathe before changing speeds.
- Boards shall be laid across the ways when changing chucks to protect fingers and the lathe bed.
- All work shall be solidly supported.  Small diameter work shall not be permitted to project too far from the chuck without support from the tail stock center.  Also do not allow stock to project out the other end of the chuck.
- The lathe shall not be stopped by reversing its direction of rotation.
- Automatic feed shall not be engaged until the user is aware of the direction and speed of the carriage or cross-feed.
- If vibration or odd noise develops, the machine shall be stopped immediately.

18

LEIDOS000432

- Utilize both guards on the lathe.  One guard protects the operator from contact with the rotating chuck.  The other guard protects the operator from flying chips.

**Milling Machine**

The mill is located in the Machine Shop.  If an employee desires to operate the mill, he/she must demonstrate prior experience or training before being considered for authorized use.  In other words, the operation of a mill is sufficiently complicated that if an employee has no previous training or experience, an employee will not be authorized. If the employee can demonstrate previous experience or training, he/she must complete Module 1 first.

The basic principles for safeguarding metal turning, cutting, and grinding machines is to protect the operator and other employees from injury created by hazards at the point of operation (where fingers and arms can contact the rotating cutting tool), ingoing nip points, rotating parts, flying chips and sparks.  Although hazards on these machines are similar to hazards of other machine tools, they are much more difficult to safeguard.

The conditions governing the operation of a milling machine are similar to those for a lathe. To avoid injury, employees should abide by the following:

- Avoid contact with projections on work or stock, face plates, chucks, or lathe dogs, especially those with projecting set-screws.
- Ensure you draw the job back to a safe distance when loading or unloading stock.
- Work must be set up securely and correctly in the vice and the vice fastened tightly to the table.
- Heavy attachments such as the vise, dividing head, or rotary table shall not be moved without help.
- Ensure power is off when changing arbors, cutters, or making any adjustments or changes to the set up.
- Do not place jig or vice locking arrangements in such a position that force must be exerted toward the cutter.
- Do not reach around the cutter or hub to remove chips while the machine is in motion.
- Always remove swarf cuttings with a brush and never by hand.
- Do not use dull cutters
- Ensure collet nut does not have a wrench on it before starting machine.
- Do not caliper or gauge the job while the machine is in operation.
- Do not attempt to remove a nut from the machine arbor by applying power to the machine.
- Do not strike the cutter with a hand or an arm while setting up or adjusting the stopped machine.
- Do not clean the machine while in motion.
- Never run machine above the correct speed.
- Do not place anything on milling vice or near cutter such as tools or accessories.
- Do not leave running machine unattended.
- Do not take too heavy a cut or use too rapid feed.
- Apply cutting oil to the cutter as it leaves the work and make sure the spout does not contact the revolving cutter.
- Utilize clear plastic guard to protect operator from contact with rotating spindle and flying chips.

19

LEIDOS000433

**Sheet Metal Shear & Break**

The only shear (including the notcher) and break available for trained employee use is in the Machine Shop. If an employee desires to operate the shear and break, he/she must demonstrate prior experience or training before considered for authorized use. In other words, the operation of a shear and break is sufficiently dangerous to personnel and equipment that if an employee has no previous training or experience, an employee will not be authorized. If the employee cannot demonstrate previous experience or training, he/she must complete the machine shop safety training (with safety training specific to operating the shear and break) and be certified to operate a shear and break by one  of the master machinists.

The basic principles for safeguarding a shear and break is to protect the operator and other employees from injury created by hazards at the point of operation (cuts and pinches).

To avoid injury, employees should abide by the following:
- Do not use material thicker than is recommended by the manufacturer: .09 steel, .125 aluminum.
- Keep hand away from the pinching clamps and dies and cutting edges.
- Have a secure footing when operating the shear.
- Keep clear of the material as it moves in the break.

**Welder**

*Note - These instructions apply to internal welding performed by authorized Leidos personnel at the Vista facility. Any welding/cutting operations performed by contractors outside the scope of this procedure must be coordinated through EH&S/Radiation Safety and will include a Hot Work permit.*

The only welder available for trained employee use is in the Machine Shop. If an employee desires to operate the welder, he/she must demonstrate prior experience or training before considered for authorized use. In other words, the operation of a welder is sufficiently complicated that if an employee has no previous training or experience, an employee will not be authorized. If the employee cannot demonstrate previous experience or training, he/she must complete the machine shop safety training (with safety training specific to operating the welder) and be certified to operate a welder by one  of the master machinists.

The basic principles for safeguarding a welder is to protect the operator and other employees from injury created by hazards at the point of operation (burns, inhalation of hazardous fumes, electrical shock and eyesight damage).

To avoid injury, employees should abide by the following:
- When entering the welding area assume all material is hot and cautiously test the temperature.
- Weld within the welding curtain, drawn closed, to protect against flying sparks and eyesight damage to external personnel.
- Wear a #9 or darker light filter welding mask, heat resistant gloves, close toe shoes and long pants.

20

LEIDOS000434

- Place the fume hood as close to the work as possible without disturbing the assist gas, typically 6 – 12 inches. When welding zinc coated materials place the fume hood between you and the work without disturbing the assist gas.
- When leaving a hot part unattended you must label it with date, time and your name.
- When necessary to recondition the filament, observe all grinder safety practices particularly the use of safety glasses.
- Buddy system is required for all welding operations.  Second person should serve as Fire Watch, which must be maintained for 30 minutes post welding.
- Wear clothing made from heavyweight, tightly woven, 100% wool or cotton to protect from UV radiation, hot metal, sparks and open flames.  Wear long-sleeved shirts with buttoned cuffs and a collar to protect the neck. Pant legs must not have cuffs and must cover the tops of the boots. Cuffs can collect sparks.  Wear work boots.  Do not wear clothing made from synthetic or synthetic blends. The synthetic fabric can burn vigorously, melt and produce bad skin burns.
- Wear gauntlet-type cuff leather gloves or protective sleeves of similar material, to protect wrists and forearms. Leather is a good electrical insulator if kept dry.

21

LEIDOS000435

**Leidos Vista**
**Machine Shop Acknowledgement of Module 2 - Operating**
**Lathe, Mill, Welder, & Sheet Metal Equipment**

Employee Name: _____

Job Title: _____

Employee Number: _____

| Yes | No | (Please check the appropriate box) |
|---|---|---|
| ☐ | ☐ | Were you provided a description and identification of the hazards associated with these particular machines/equipment as well as the safeguards designed to mitigate the hazards? |
| ☐ | ☐ | Were you provided instruction on how to use the safeguards and how to inspect or determine if the safeguards are properly installed and operating properly? |
| ☐ | ☐ | Were you instructed under what circumstances safeguards can be safely removed, and by whom, and were you told what to do (e.g., contact the supervisor) if a safeguard is damaged, missing, or unable to provide adequate protection? |
| ☐ | ☐ | Were you provided instructions on safe machine operation? |

_____
Employee Signature                                           Date

I have observed this employee use these machines in a safe manner and determined he/she is able to operate them without my direct and constant oversight

_____
Master Machinist Signature                                   Date

Rev: April 2017

22

LEIDOS000436

## Machine Shop User Authorization Matrix
Revised 5/11/2018
The following employees are the only ones authorized to use equipment in this shop.
Contact Dave Rose for inclusion on the list

| Machine / Name | Lathe | Mill | Shear, Notcher Break | Welder | Grinder Belt Sander Drill Press Band Saw |
|---|---|---|---|---|---|
| Amiton, Rich | A | A | | | A |
| Arguilez, Oswald | | | | | S |
| Armitage, Don | | | | | S |
| Baird, Steve (M) | A | A | A | A | A |
| Baumgard, Stephen | | | S | A | A |
| Erwin, Peter | | | | | A |
| Lineback, Aaron | | | S | A | A |
| Fernandez, Jesus | | | | | A |
| Madsen, Mark | | | | | S |
| Reddington, Rich | | | A | A | A |
| Rose, Dave (M) | A | A | A | A | A |
| Thomas, Lloyd | A | A | | | A |
| Outlaw, David | | | | | S |
| Sanchez, Victor | | | | A | A |
| Seeger, John (M) | A | A | A | A | A |
| Shannon, Robert | A | A | A | A | A |
| Sim, John | S | S | A | A | A |
| Ty Nguyan | | | | | A |
| Keith Johnson | | | | | A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

A=Authorized   S=Supervised (M)= Master Machinist

23

LEIDOS000437