# EXHIBIT 15

Class Description

Class Information

---

**System** General Machine Shop Training **Type** Industrial Safety Training

---

**Company Name** **Contract Agency Name** **Contract Number**

Leidos

**Training Site** **Start Date** **End Date** **Duration (days)**

Vista 03-07-2019 03-07-2019 1

**Training Site Address** **Trainers**

Steve Baird

Materials

---

Add Class-Specific Material

| Part Number | Title | Revision | Link | Attached File |
|---|---|---|---|---|
| No Material records found | | | | |

Enrollments

---

Add  Enrollment

**Proof of Completion**

1 Enrollment

2

LEIDOS001295

| | Related Company | Employee Company | Related Employee | Employee Full Name | Status | Certified Date |
|---|---|---|---|---|---|---|
| | 1 | Leidos | 667 | Kevin Goodwin | Pass | 03-07-2019 |

## Renewal Frequency (Months)

## Certificate

Created on May 23, 2019 at 9:27 AM (PDT). Owned by Mudek, Mario.



Click here to see this Class within Quickbase (if you have permission).

If you have trouble using the link above, copy and paste the following Web address into the address bar of your browser:
https://saicstt.quickbase.com/db/bnhke6zng?a=dr&r=dy

For more information about Quickbase, visit https://saicstt.quickbase.com

LEIDOS001296