# EXHIBIT 16

Appointment

| | |
|---|---|
| **From:** | Sim, John M. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JOHN.M.SIM] |
| **Sent:** | 9/3/2020 9:04:14 PM |
| **To:** | Sim, John M. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JOHN.M.SIM]; Baird, Steve M. [US-RA] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bairds2c6e]; King, Jeffrey L. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JEFFREY.L.KING] |
| **Subject:** | Review Machine Shop Safety Requirements |
| **Location:** | Vista Machine Shop |
| **Start:** | 9/8/2020 8:00:00 PM |
| **End:** | 9/8/2020 8:30:00 PM |
| **Show Time As:** | Busy |
| **Required Attendees:** | Baird, Steve M. [US-RA]; King, Jeffrey L. [US-US] |

Meet in person to review machine shop safety requirements.
Meeting time changed to 1pm to accommodate Jeff King schedule.

LEIDOS001258