# EXHIBIT 17

**Deddeh, Andrew J.**

| | |
|---|---|
| **From:** | Sim, John M. [US-US] <JOHN.M.SIM@leidos.com> |
| **Sent:** | Friday, July 22, 2022 12:15 PM |
| **To:** | Sim, John M. [US-US] |
| **Subject:** | FW: Meeting Summary - CNC Mill Operation |

Leidos Proprietary

**John M. Sim | Leidos**
Senior Mechanical Engineer | Security Enterprise Solutions
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Johns, Adam P. [US-US] <Adam.P.Johns@leidos.com>
**Sent:** Thursday, March 11, 2021 2:31 PM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Subject:** RE: Meeting Summary - CNC Mill Operation

<em>Leidos Proprietary</em>

Thank you – Fortunately, I have this one already.

**Kind regards,**

*Would you consider sharing your feedback on how well I've assisted you today?  You may provide feedback here:* **Adam Johns Survey***. Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*

**Adam Johns | Leidos**
Human Resources Business Partner | Security Detection and Automation
phone: 858.826.4827
mobile: 760.201.5792
adam.p.johns@leidos.com  |  leidos.com



LEIDOS000406

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Sent:** Thursday, March 11, 2021 2:30 PM
**To:** Johns, Adam P. [US-US] <Adam.P.Johns@leidos.com>
**Subject:** RE: Meeting Summary - CNC Mill Operation

*Leidos Proprietary*

This was the resolution email from you on the shop safety.

**John M. Sim | Leidos**
Mechanical Engineering Manager | Security & Transportation Technology
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Johns, Adam P. [US-US] <Adam.P.Johns@leidos.com>
**Sent:** Tuesday, September 8, 2020 2:59 PM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Cc:** Heindl, Biff A. [US-US] <WILLIAM.A.HEINDL@leidos.com>
**Subject:** RE: Meeting Summary - CNC Mill Operation

*Leidos Proprietary*

Thanks John! I'm glad to hear that the meeting went well and I thank you for this follow up email which clearly shows what was discussed and the action items.

**Kind regards,**

*Would you consider sharing your feedback on how well I've assisted you today?  You may provide feedback here:* **Adam Johns Survey**. *Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*

**Adam Johns | Leidos**
Human Resources Business Partner | Security Detection and Automation
phone: 858.826.4827
mobile: 760.201.5792
adam.p.johns@leidos.com  |  leidos.com

 

LEIDOS000407

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Sent:** Tuesday, September 8, 2020 2:27 PM
**To:** Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>; Johns, Adam P. [US-US] <Adam.P.Johns@leidos.com>
**Cc:** Heindl, Biff A. [US-US] <WILLIAM.A.HEINDL@leidos.com>
**Subject:** FW: Meeting Summary - CNC Mill Operation

*Leidos Proprietary*

Ajlana/Adam/Biff,

FYI – email below summarizes the 1PM safety meeting today and the outcome that all current safety protocols are valid and are expected to be adhered to. Action Items listed as well.

**John M. Sim | Leidos**
Mechanical Engineering Manager | Security & Transportation Technology
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Sim, John M. [US-US]
**Sent:** Tuesday, September 08, 2020 2:27 PM
**To:** Baird, Steve M. [US-RA] <Steven.Baird@leidos.com>
**Cc:** King, Jeffrey L. [US-US] <JEFFREY.L.KING@leidos.com>
**Subject:** Meeting Summary - CNC Mill Operation

*Leidos Proprietary*

Meeting date: 9-8-20 1:00pm
Meeting Location: Vista Machine Shop
Meeting Topic: CNC Mill Operations
Meeting Attendees: Steve Baird, Jeff King, John Sim

All attendees met at the CNC Mill to discuss operations/safety procedures. Main topic discussed was unattended Mill operation.

It was determined that all current safety protocols as outlined in the current Vista Machine Shop Certification document are valid and are expected to be adhered to without exception. The term "attended" was agreed upon to mean: a body physically in the shop to address any issues that may arise.

Action Items:
Steve Baird – Send the manuf's data from the Mill name plate to Jeff King for him to review the manuf's guidelines.

3

LEIDOS000408

Jeff King – Review Mill manuf's guidelines to determine if a change to the Vista Machine Shop Certification document is required.

John Sim – Create and post a list of phone numbers Steve can utilize to get someone there if the mill cannot be paused, and/or, if he needs to leave the shop with the mill running.

**John M. Sim | Leidos**
Mechanical Engineering Manager | Security & Transportation Technology
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

4

LEIDOS000409