# EXHIBIT 18

Appointment

| | |
|---|---|
| **From:** | Sim, John M. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JOHN.M.SIM] |
| **Sent:** | 9/10/2020 3:56:56 PM |
| **To:** | Sim, John M. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JOHN.M.SIM]; Baird, Steve M. [US-RA] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bairds2c6e]; Heaton, Zachary T. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c2021f851b8546879eaab3419e74dbc3-heatonz]; Lineback, Aaron K. [US-US] [/o=leidos/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=linebacka6f0]; Sanchez, Victor A. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=sanchezvfd5]; Shannon, Robert A. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ROBERT.A.SHANNON] |
| **CC:** | King, Jeffrey L. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JEFFREY.L.KING] |
| **Subject:** | Training on Stopping Mill in Steve's Absence |
| **Location:** | Machine Shop |
| **Start:** | 9/10/2020 8:00:00 PM |
| **End:** | 9/10/2020 8:30:00 PM |
| **Show Time As:** | Busy |
| **Required Attendees:** | Baird, Steve M. [US-RA]; Heaton, Zachary T. [US-US]; Lineback, Aaron K. [US-US]; Sanchez, Victor A. [US-US]; Shannon, Robert A. [US-US] |
| **Optional Attendees:** | King, Jeffrey L. [US-US] |

We've all agreed to have our phone numbers posted in the shop to be part of a phone tree Steve can utilize in case he needs to exit the shop quickly due to an unforeseen issue with the Mill running.
This will allow the safety guidelines to be followed that state: "never leave a running machine unattended"
Steve will give us a quick training on how to safely stop the Mill if necessary.

Jeff,
Including you as an FYI as this was an action item from our meeting earlier this week

LEIDOS001257