# EXHIBIT 19



LEIDOS000622