# EXHIBIT 20



DATE:              03/03/2021

FROM:              HR Services, Employee Services

SUBJECT:           Approval of ADA Accommodation

EMPLOYEE NAME:   Steve Baird

EMPLOYEE ID:       613234

To Steve:

The following accommodation request is approved:

- **No reaching above right shoulder**
- **No lifting/carrying/pushing/pulling more than 0 pounds**

The duration for this approved accommodation is:

- **02/22/21 – 03/07/21**

Leidos may review this accommodation at any time.  Please contact HR Services, Employee Services at LeaveAdmin@leidos.com or 855-553-4367, option 3, option 2 if you have any questions, concerns or need to request a modification to this approved accommodation.

LEIDOS001294