# EXHIBIT 21

| | |
|---|---|
| **From:** | Ramic, Ajlana [US-US] |
| **To:** | Brown, Heather R. [US-US]; Sim, John M. [US-US] |
| **Subject:** | RE: ACTION REQUIRED: Request for ADA Accommodation- Baird, Steve (613234) |
| **Date:** | Wednesday, March 3, 2021 1:11:48 PM |
| **Attachments:** | image001.png |
| | image003.png |

*PHI*

Hi Heather – HR (I) approve/s. Thank you!

**Thanks,**

**Ajlana Ramic | Leidos**
Human Resources Business Partner | Security Detection & Automation
mobile: +1 603 722 3116

**From:** Brown, Heather R. [US-US] <HEATHER.R.BROWN@leidos.com>
**Sent:** Wednesday, March 3, 2021 1:11 PM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Subject:** RE: ACTION REQUIRED: Request for ADA Accommodation- Baird, Steve (613234)

*PHI*

Thanks John!

Ajlana, does HR approve as well?

**Best Regards,**

**Heather Brown | Leidos**
**Senior HR Specialist/Leave Administration, Employee Services | HR Services**
**Phone: 865-425-4031| Fax: 865-425-5272**
**301 Laboratory Road, Oak Ridge TN 37830**
Heather.R.Brown@leidos.com | Leidos.com

*Would you consider sharing your feedback on how well I've assisted you today?*
*You may provide feedback here:* Heather Brown's Survey
*Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*

*Redefining HR services one employee at a time by putting the Human back in Human Resources.*



LEIDOS001302

NATIONAL SECURITY | ENERGY & ENVIRONMENT | HEALTH | ENGINEERING

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Sent:** Wednesday, March 3, 2021 1:09 PM
**To:** Brown, Heather R. [US-US] <HEATHER.R.BROWN@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Subject:** RE: ACTION REQUIRED: Request for ADA Accommodation- Baird, Steve (613234)

*PHI*

Approved. This guideline has been implemented and is currently being followed.

**John M. Sim | Leidos**
Mechanical Engineering Manager | Security & Transportation Technology
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security



This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Brown, Heather R. [US-US] <HEATHER.R.BROWN@leidos.com>
**Sent:** Wednesday, March 03, 2021 9:58 AM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Subject:** ACTION REQUIRED: Request for ADA Accommodation- Baird, Steve (613234)

*PHI*

Good afternoon:

Employee Services received a Reasonable Accommodation Request (ADA) with supporting medical documentation for **Steve Baird (613234).**

The accommodations include:

- **No reaching above right shoulder**
- **No lifting/carrying/pushing/pulling more than 0 pounds**

LEIDOS001303

Duration of the accommodation: **02/22/2021 – 03/07/2021**

<mark>Let me know if you (manager and HRBP) approve this request, have concerns about approving it, or have alternative suggestions for meeting the employee's needs.</mark>
When evaluating whether to approve a request, assess whether approving the request will eliminate an essential job function or create an undue hardship for the program.

If approved, it is your department's responsibility to implement the accommodation.

**Best Regards,**

**Heather Brown | Leidos**
**Senior HR Specialist/Leave Administration, Employee Services | HR Services**
**Phone: 865-425-4031| Fax: 865-425-5272**
**301 Laboratory Road, Oak Ridge TN 37830**
Heather.R.Brown@leidos.com | Leidos.com

*Would you consider sharing your feedback on how well I've assisted you today?*
*You may provide feedback here:* Heather Brown's Survey
*Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*

*Redefining HR services one employee at a time by putting the Human back in Human Resources.*



NATIONAL SECURITY |  ENERGY & ENVIRONMENT | HEALTH  |  ENGINEERING

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

LEIDOS001304