# EXHIBIT 22

Leidos Proprietary

## RE: ACTION NEEDED: Request for ADA Accommodation- Baird, Steve (613234)



Ramic, Ajlana [US-US]
To    ◯ Fifer, Debbie [US-US]; ◯ Sim, John M. [US-US]
Cc    🔴 Emery, Melissa L. [US-US]

Personal Information

Yes, thank you for your quick response John!

**Ajlana Ramic | Leidos**
HR Business Manager, Security Enterprise Solutions
mobile: +1 603 722 3116

**From:** Fifer, Debbie [US-US] <DEBORAH.L.FIFER@leidos.com>
**Sent:** Thursday, July 21, 2022 2:06 PM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US]
<Ajlana.Ramic@leidos.com>
**Cc:** Emery, Melissa L. [US-US] <Melissa.Emery@leidos.com>
**Subject:** RE: ACTION NEEDED: Request for ADA Accommodation- Baird, Steve (613234)

Personal Information

Thanks for the quick response, John!

Debbie L. Fifer, SHRM-SCP, SPHR | Leidos
Director, Employee Services | HR Services
phone: 865-425-5143 | fax: 865-425-5272
Deborah.L.Fifer@Leidos.com | Leidos.com



*Redefining HR Services, one employee at a time, by putting the Human back into Human Resources.*

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Sent:** Thursday, July 21, 2022 1:07 PM
**To:** Fifer, Debbie [US-US] <DEBORAH.L.FIFER@leidos.com>; Ramic, Ajlana [US-US]
<Ajlana.Ramic@leidos.com>

LEIDOS001290

The information in this document is proprietary to Leidos. It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.

Leidos Proprietary

**Cc:** Emery, Melissa L. [US-US] <Melissa.Emery@leidos.com>
**Subject:** RE: ACTION NEEDED: Request for ADA Accommodation- Baird, Steve (613234)

Personal Information

Hello Debbie,
As I recall, there was no specific documented approval on my end for him to work from home.  I was told he's going to be out for a while.
In addition, there was no visibility to me about his disability time out of work.
Steve's job as a Machinist precluded him from being able to work from home as he job was 100% hands on work in the Machine Shop.
When he returned to work with the lifting/carrying restrictions, it was extremely easy to accommodate those restrictions and there were no issues I was aware of.
Let me know if you need further info from me.

**John M. Sim | Leidos**
Senior Mechanical Engineer | Security Enterprise Solutions
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Fifer, Debbie [US-US] <DEBORAH.L.FIFER@leidos.com>
**Sent:** Thursday, July 21, 2022 9:05 AM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Cc:** Emery, Melissa L. [US-US] <Melissa.Emery@leidos.com>
**Subject:** RE: ACTION NEEDED: Request for ADA Accommodation- Baird, Steve (613234)

Personal Information

Hello Ajlana and John,

I was copied on this request (below) for accommodation in 2021 but not the response.  To ensure our internal records are accurate, can you please let me know if this work from home accommodation was approved?  I know Sedgwick did not alert us of the accommodation request until the afternoon/evening of 2/27, so we were looking at a portion of that time retroactively.

It looks like there was an overlapping request involving some lifting/carrying restrictions.  I do see the approval for that one.  Was the employee also allowed to work from home for the period of 2/22/21 – 3/7/21?

LEIDOS001291

The information in this document is proprietary to Leidos. It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.

Leidos Proprietary

The timesheets for the period of 2/8 – 2/21/21 are not showing in Deltek.  Were these manually approved?

Thank you so much.

Debbie L. Fifer, SHRM-SCP, SPHR | Leidos
Director, Employee Services | HR Services
phone: 865-425-5143 | fax: 865-425-5272
Deborah.L.Fifer@Leidos.com | Leidos.com



*Redefining HR Services, one employee at a time, by putting the Human back into Human Resources.*

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

**From:** Brown, Heather R. [US-US] <HEATHER.R.BROWN@leidos.com>
**Sent:** Monday, March 1, 2021 8:21 AM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>; Ramic, Ajlana [US-US] <Ajlana.Ramic@leidos.com>
**Subject:** ACTION NEEDED: Request for ADA Accommodation- Baird, Steve (613234)

*PHI*

Good morning:

Employee Services received a Reasonable Accommodation Request (ADA) with supporting medical documentation for **Steve Baird (613234).**

The accommodations include:

- **Work from home**

Duration of the accommodation: **02/22/2021 – 03/07/2021**

Let me know if you (manager and HRBP) approve this request, have concerns about approving it, or have alternative suggestions for meeting the employee's needs.
When evaluating whether to approve a request, assess whether approving the request will eliminate an essential job function or create an undue hardship for the program.

If approved, it is your department's responsibility to implement the accommodation.

LEIDOS001292

The information in this document is proprietary to Leidos. It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.

Leidos Proprietary

Best Regards,

**Heather Brown | Leidos**
**Senior HR Specialist/Leave Administration, Employee Services | HR Services**
**Phone: 865-425-4031| Fax: 865-425-5272**
**301 Laboratory Road, Oak Ridge TN 37830**
Heather.R.Brown@leidos.com | Leidos.com


*Would you consider sharing your feedback on how well I've assisted you today?*
*You may provide feedback here:* Heather Brown's Survey
*Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*


*Redefining HR services one employee at a time by putting the Human back in Human Resources.*



NATIONAL SECURITY | ENERGY & ENVIRONMENT | HEALTH | ENGINEERING

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

LEIDOS001293
The information in this document is proprietary to Leidos. It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.