# EXHIBIT 23

CONFIDENTIAL



# Reasonable Accommodation Request Form

**To submit a request for a reasonable accommodation:  <u>Complete this form and return it to the EBO HR Employee Services Team along with supporting medical documentation from your medical provider.</u>**

**\*Pregnant employees in Massachusetts and Washington do not need to submit medical documentation for the requests noted at the bottom of this page.**

- Leidos may use the information on this form to engage in an interactive dialogue with you to try to identify reasonable work modifications that would enable a qualified employee with an impairment to perform the essential job functions.
- Leidos may consult with health care professionals to facilitate this process and will comply with the applicable medical privacy laws and regulations when doing so.
- The information on this form will be disclosed on a need to know basis only. Government representatives may be provided this information pursuant to federal, state, and local laws and regulations.
- For more information, see the Reasonable Accommodations for Employees and Applicants PR-HR - 6.12.

| **Leidos does not consider an employee to be an individual with a disability<br>just because the employee completes this form or requests a work-related modification.** |
| --- |

| Employee Name | Leidos Employee ID | Group, Org, Program/Function |
| --- | --- | --- |
| Job Title | Location | Telephone |
| First Line Supervisor | Human Resources Business Partner/HR Manager | |

**Please describe the job task(s) or policy or practice that you are requesting to modify, your relevant medical limitation, and the modifications that you feel will help you perform your essential job functions:**
(For example, "My job requires me to sit at a desk all day.  This is too painful because of my back injury.  I am requesting a sit/stand desk so I can stand for some of the day while completing my work.")

**Return completed form to EBO, HR Employee Services at<br>AskHR@leidos.com or via fax at 865.425.5272.**

**\*Pregnant employees in Massachusetts and Washington should <u>not</u> submit medical documentation for requests to:**
- Take more frequent, longer or flexible bathroom breaks,
- Modify a no food or drink policy,
- Sit or be allowed to sit more frequently if the job requires standing or
- Limit lifting of greater than 17 pounds.

LEIDOS000585

ADA Accommodation Request Form

06/07/2018

PDF 1.22.18.pdf

ADA Accommodation Request Form

Acknowledgment

Steve M. Baird (Terminated) (613234)

11/14/2018 11:00:26 AM

By checking this box I certify that I have reviewed this document

FEIDOS000586