# EXHIBIT 24

Message

| | |
|---|---|
| **From:** | Johns, Adam P. [US-US] [/O=LEIDOS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=87E9A3250A1F4FB4831B0389AA0008AB-JOHNSAP] |
| **Sent:** | 3/12/2021 12:48:09 AM |
| **To:** | Baird, Steve M. [US-RA] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bairds2c6e] |
| **CC:** | Sim, John M. [US-US] [/o=Leidos/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=JOHN.M.SIM] |
| **Subject:** | Administrative Leave |
| **Attachments:** | Administrative Leave Memo - Baird, Steve.pdf |
| **Importance:** | High |

*Leidos Proprietary*

Hi Steve,

Per the voicemail that I left for you at your phone number on file (███████), Leidos is currently conducting a review into a workplace issue. You are being placed on administrative leave pending the outcome of this review. Please review the attached memo for additional details.

**Please also note that you are not to visit the workplace while on administrative leave**. If there is some reason that you feel you need to be able to access the work site at this time, please reach out to me to make that request. If you have any questions, please feel free to reach out.

**Kind regards,**

*Would you consider sharing your feedback on how well I've assisted you today? You may provide feedback here:* **Adam Johns Survey***. Thank you for the opportunity to support you as my team and I strive to exceed your expectations.*

**Adam Johns | Leidos**
Human Resources Business Partner | Security Detection and Automation
phone: 858.826.4827
mobile: 760.201.5792
adam.p.johns@leidos.com | leidos.com

 

This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

LEIDOS000754



Date:        March 11, 2021

To:          Steve M. Baird (613234)

From:        Mgr John Sim, HRBP Adam Johns

Subject:     Notice of Administrative Leave


Leidos is currently conducting a review into a workplace issue. You are being placed on administrative leave pending the outcome of this review. You will charge your time to Administrative Leave charge number "K68009.S.00000.00000 SD&A Engineering" for the remainder of the existing work week (not to exceed 40 total hours for the current work week). Should the review continue into the following work week, we may approve the use of additional Administrative Leave.  If we do not approve the use of additional Administrative Leave time, you may choose to utilize available Paid Time Off; or you will have to charge Leave Without Pay, in full week increments, for the remainder of the review. In the event you do not have external access to your timesheet or other Leidos systems while you are on Administrative Leave, we will work with Timesheet Services to ensure your timesheet is completed appropriately.

While you are on Administrative Leave, you are not to perform any work on the behalf of the company or represent Leidos in any capacity. Your access to company e-mail will be disabled and your access to our systems may be limited. If you have any questions, please direct them to Adam Johns  in Human Resources at ███████ or a███████s@leidos.com.  During this time, you may be contacted to schedule a date and time to discuss the situation again.

If you are having external challenges, we encourage you to seek assistance from the company-sponsored Employee Assistance Program (EAP) offered by Life Matters.  The EAP provides an array of confidential services available to you and members of your household.  Call the toll-free number to receive an access code to utilize these benefits.  Life Matters is available 24/7 @ 1-800-634-6433 or visit them online at www.mylifematters.com (password: Leidos1) to receive an access code to utilize these benefits.

Nothing in this document is intended to create a contract of employment. This memorandum does not change, modify, or alter your current "at will" employment relationship with the company. Therefore, either you or the company may terminate the employment relationship at any time with or without cause or notice.

LEIDOS000755