# EXHIBIT 25

# Case Summary

**3/22/2021 8:34 AM**

### Table of Contents

1 - Case Information

2 - Case Flow Tree

3 - Case Flow Tasks

4 - Case Attachments

5 - Case Messages

6 - Case Changes

## Case Information - test

Name: S. Baird WPV

Case #: 2021-00276

Category: Security Activity

Sub-category: Security Activity Form

Attorney-Client Priv: Y

Status: In Process

Submitter: Athing, Robert

Date Reported: 3/15/2021 8:55:21 AM

Case Manager: Athing, Robert

Exclusions:

Inclusions: Beuerle, Timothy
Killion, Christopher
Wu, Marcus
Morgan, Laura
Duenas, Juan
Fitzgerald, Sean
Athing, Robert
Ottoson, Thomas
Veronie, John
Zeilenga, William
Bryant, Jason
Teachout, Mary
Gilkerson, Mary
Carpenter, Marcus
Mix, Kimberly
Haynes, Gary
Reis, Katherine

Expected Complete Date: n/a

Completion Date:

### Linked Cases

Sibling(s):                    2021-00276 (current)
                               2021-00265

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000645

*no recategorizations*

## Case Flow Tree

Incident Reported
- ● Case Category/Details
- ● Participants
  - ● Referring Source(s)
    - ● Adam Johns
  - ◉ Subject(s) of Investigation 👤
    - ◉ Steve Baird 👤
    - ◉ Cooper Garner 👤
  - ● Investigator(s)
    - ● Bob Athing
  - ● Other(s)
    - ● James L. Wilson
    - ● Ian Arroyoavila
    - ● Katie Reis (WR)
      - Activity - [ADD DESC.] 👤
    - ● Mikey Angelo Veneracion
    - ● John Sim
  - [INSERT NAME]
  - [INSERT NAME] 👤
- ● Activities
  - Adam Johns 👤
  - Ian Arroyovalia 👤
  - Mikey Angelo Veneracion 👤
  - James L. Wilson 👤
  - Steve Baird 👤
  - Cooper Garner (Insight Global employee) 👤
  - ● Ian Arryoavila
  - ● James L. Wilson
  - ● Steve Baird (SOI)
  - ● Cooper Garner (Insight Global)
  - ● Mikey Angelo Veneracion
  - ● Interview of Manager John Sim
- ○ Close Out Items
  - ○ Conclude
    - Close Case

## Case Flow Tasks

Name: Case Category/Details

Description: Document the relevant information for the security activity or incident.

Status: Complete

Due: 3/19/2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000646

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
| --- | --- |
| Security Category | Misconduct |
| Security Incident Summary | Leidos HRBP Adam Johns reported March 11, 2021 that uncleared Leidos employee Steve Baird (SOI) and sub contractor Cooper Garner allegedly engaged in a heated discussion which lead to "chest bumping" on March 10, 2021. Coworkers separated the two and both were permitted to work the remainder of the day. It has been also alleged that Baird had made inappropriate comments in the workplace about politics, the January 6, 2021 Capital riot and "shooting" President Biden. At the close of business March 11, 2021, both were directed to remain away from the workplace pending investigation of the incident. Baird and Garner support the SDA contract located at the Leidos Vista California site. Baird supports SDA as a Machinist/ Mechanical Technician and Garner is a sub to SDA employed with Insight Global. |
| Security Investigation Working Summary | HRBP Adam Johns reported uncleared Leidos employee Steve Baird (SOI) and sub-contractor Cooper Garner, supporting SDA, Vista, CA. Allegedly engaged in a physical altercation. Baird is a Machinist/ Mechanical Technician, and Garner is a sub to SDA, employed with Insight Global. On March 10, 2021, the two allegedly engaged in a heated discussion that lead to "chest bumping." Coworker separated the two. Both were permitted to work the remainder of that day but are now on administrative leave, pending this investigation. Additionally, there is an allegation that Baird made inappropriate comments in the workplace about politics, the January 6, 2021 Capital riot, and "shooting" POTUS Biden. Garner was interviewed and admitted his involvement in the physical altercation with the SOI. Garner advised the SOI is a "racist" and speaks to him and others disrespectfully. Interviews did not substantiate the allegation that the SOI made threatening comments regarding POTUS Biden. Interviews did substantiate physical contact between occurred between Baird and Garner. Baird was interviewed and denied being the aggressor towards Garner, making discriminatory or derogatory comments to coworkers and threatening POTUS Biden. A deep dive has been requested on Baird from the Insider Threat Program. Katie Reis of WR will provide her findings concerning inappropriate comments in the workplace. Of note, Kim MIx (IRMP) located Bair's print logs and identified the below print job. Baird's print logs also show that on 7 January 2021, he printed a 6-page document titled, "JUST CAUGHT POSING as Trump Supporters in D.C. – YouTube" |
| Received / Reported Date | 3/11/2021 |
| Alleged Incident Date | 3/10/2021 |
| Disclosure Channel: | HR/WR |
| CAGE Code : | 0T5L1 |
| Notified Legal: | Yes |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000647

| Field | Value |
|---|---|
| Notified Regional Security Director: | Yes |
| Notified Security Professional (e.g., FSO): | Yes |

| Field | Value |
|---|---|
| What contract or department is affected? | |
| DQAT Case | Yes |

| Field | Value |
|---|---|
| Note to Security Investigator: | Section to be completed only for investigations that should be incorporated into DQAT and quarterly end reporting. Please select, "Yes," in the DQAT Case field above. |
| Security-led issue(s) applicable to the concern | |
| Security-led issue(s) applicable to the concern | |
| Security-led issue(s) applicable to the concern | CRIME_THREATS |
| WR-led issue(s) applicable to the concern | |
| WR-led issue(s) applicable to the concern | |
| WR-led issue(s) applicable to the concern | HARASS_HOSTILE |
| WR-led issue(s) applicable to the concern | Inappropriate_Behavior |
| Legal-led issue(s) applicable to the concern | |
| Ethics-led issue(s) applicable to the concern | |

Name: Participants

Description: Add participant snippets to this task as needed

Status: Complete

Due: 3/15/2021

Completed: 3/19/2021

Route to: <i>No route to</i>

Name: Referring Source(s)

Description: Add Non-SOI snippets to populate this section as needed

Status: Complete

Due: 3/15/2021

Completed: 3/19/2021

Route to: <i>No route to</i>

Name: Adam Johns

Description: Document the participant, their role in the case, and their relationship to Leidos

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000648

Status: Complete

Due: 3/15/2021

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | HR POC |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | Adam Johns |

---

Name: Subject(s) of Investigation

Description: Add SOI snippets to populate this section as needed

Status: Active

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: <i>No route to</i>

---

Name: Steve Baird

Description: *No description*

Status: Active

Due: 4/14/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case - | Subject of Investigation |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | Steve Baird |

| Field | Value |
|---|---|
| Security Clearance | Uncleared |

| Field | Value |
|---|---|

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000649

| Field | Value |
|---|---|
| Which WR-led issue(s) were substantiated? | |
| Which Legal-led issue(s) were substantiated? | |
| Which Security-led issue(s) were substantiated? | |
| Which Ethics-led issue(s) were substantiated? | |

| Field | Value |
|---|---|
| Corrective Action Category | |
| Notes on Corrective Action | |
| Security apprised of potential adverse info? | |

Name: Cooper Garner

Description: *No description*

Status: Active

Due: 4/14/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case - | Subject of Investigation |
| Relationship to Leidos: | Non-Employee |

| Field | Value |
|---|---|
| Search Criteria | -360293 Cooper Garner |

| Field | Value |
|---|---|
| Security Clearance | Uncleared |

| Field | Value |
|---|---|
| Which WR-led issue(s) were substantiated? | |
| Which Legal-led issue(s) were substantiated? | |
| Which Security-led issue(s) were substantiated? | |
| Which Ethics-led issue(s) were substantiated? | |

| Field | Value |
|---|---|
| Corrective Action Category | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000650

| Field | Value |
|---|---|
| Notes on Corrective Action | |
| Security apprised of potential adverse info? | |

---

Name: Investigator(s)

Description: Add Non-SOI snippets to populate this section as needed

Status: Complete

Due: 3/15/2021

Completed: 3/15/2021

Route to: <i>No route to</i>

---

Name: Bob Athing

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/15/2021

Completed: 3/15/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Investigator |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | Bob Athing |

---

Name: Other(s)

Description: Add Non-SOI snippets to populate this section as needed

Status: Complete

Due: 3/18/2021

Completed: 3/19/2021

Route to: <i>No route to</i>

---

Name: James L. Wilson

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/15/2021

Completed: 3/18/2021

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000651

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Witness |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 109516 James L. Wilson |

Name: Ian Arroyoavila

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/15/2021

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | RS |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | Ian Arroyoavila |

Name: Katie Reis (WR)

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/15/2021

Completed: 3/15/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | HR POC |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 183890 Katherine C. Reis |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000652

Name: Activity - [ADD DESC.]

Description: Document security activity details

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | |
| Activity | |
| Participant | |
| Details: | |

Name: Mikey Angelo Veneracion

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/15/2021

Completed: 3/18/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Witness |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 140132 Michael Angelo M. Veneracion |

Name: John Sim

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Complete

Due: 3/18/2021

Completed: 3/18/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Supervisor/Manager |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000653

| Field | Value |
| --- | --- |
| Relationship to Leidos: | Employee |

| Field | Value |
| --- | --- |
| Search Criteria | 130632 John M. Sim |

---

Name: [INSERT NAME]

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Removed

Due: 4/14/2021

Completed: *Not completed*

Owner: <i>No Owner</i>

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
| --- | --- |
| Role in Case: | |
| Relationship to Leidos: | |

| Field | Value |
| --- | --- |
| Search Criteria | |

---

Name: [INSERT NAME]

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Removed

Due: 4/14/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
| --- | --- |
| Role in Case: | |
| Relationship to Leidos: | |

| Field | Value |
| --- | --- |
| Search Criteria | |

---

Name: Activities

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000654

Description: *No description*

Status: Complete

Due: 3/17/2021

Completed: 3/19/2021

Route to: <i>No route to</i>

---

Name: Adam Johns

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | HR POC |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | |

---

Name: Ian Arroyovalia

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | RS |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 410908 Ian J. Arroyoavila |

---

Name: Mikey Angelo Veneracion

Description: Document the participant, their role in the case, and their relationship to Leidos

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000655

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Witness |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 140132 Michael Angelo M. Veneracion |

Name: James L. Wilson

Description: Document the participant, their role in the case, and their relationship to Leidos

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case: | Supervisor/Manager |
| Relationship to Leidos: | Employee |

| Field | Value |
|---|---|
| Search Criteria | 109516 James L. Wilson |

Name: Steve Baird

Description: *No description*

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case - | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000656

| Field | Value |
|---|---|
| Relationship to Leidos: | |

| Field | Value |
|---|---|
| Search Criteria | 613234 Steve M. Baird |

| Field | Value |
|---|---|
| Security Clearance | |

| Field | Value |
|---|---|
| Which WR-led issue(s) were substantiated? | |
| Which Legal-led issue(s) were substantiated? | |
| Which Security-led issue(s) were substantiated? | |
| Which Ethics-led issue(s) were substantiated? | |

| Field | Value |
|---|---|
| Corrective Action Category | |
| Notes on Corrective Action | |
| Security apprised of potential adverse info? | |

Name: Cooper Garner (Insight Global employee)

Description: *No description*

Status: Removed

Due: 3/15/2021

Completed: *Not completed*

Owner: Athing, Robert

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| Role in Case - | Subject of Investigation |
| Relationship to Leidos: | Non-Employee |

| Field | Value |
|---|---|
| Search Criteria | -360293 Cooper Garner |

| Field | Value |
|---|---|
| Security Clearance | Uncleared |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000657



| Field | Value |
|---|---|
| Which WR-led issue(s) were substantiated? | |
| Which Legal-led issue(s) were substantiated? | |
| Which Security-led issue(s) were substantiated? | |
| Which Ethics-led issue(s) were substantiated? | |

| Field | Value |
|---|---|
| Corrective Action Category | |
| Notes on Corrective Action | |
| Security apprised of potential adverse info? | N/A |

Name: Ian Arryoavila

Description: Document security activity details

Status: Complete

Due: 3/18/2021

Completed: 3/18/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | 3/15/2021 |
| Activity | Interview |
| Participant | Ian Arroyoavila |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000658

| Field | Value |
|---|---|
| Details: | On March 15, 2021 Investigator and Katie Reis jointly interviewed Ian Arroyoavila. Arroyoavila supports the Leidos Vista warehouse as a shipping clerk. On March 10, Arroyoavila and Cooper Garner were working in the stockroom and SOI Steve Baird came up to Arroyoavila and began to talk about tax cuts offered by President Biden. (Arroyoavila told Investigator that Baird is a Canadian citizen). Arroyoavila told Baird that if he didn't like the tax cuts Baird should go back to Canada and Arroyoavila walked away. Arroyoavila then could hear Baird and Garner arguing and Arroyoavila could see from a distance of 200 feet, Manager James Wilson in between Baird and Garner as if preventing any physical interaction. Arroyoavila's sight line was impacted and Arroyoavila did not observe any physical interaction between Baird and Garner. Arroyoavila stated that Baird taunts coworkers in the warehouse making racist comments and politics. Baird openly discuss the BLM movement and claims to be a proud white racist. Arroyoavila recalled that about six months ago, Baird stated "A new Civil War is coming white v black, you better be ready and have weapons." Arroyoavila stated that Manager James Wilson and coworkers Mikey Angelo Veneracion and Cooper Garner have all heard Baird make racist comments many times in the workplace. Arroyoavila recalled that just prior to President Biden's Inauguration, Baird stated that he was going to go to D.C. and put a bullet in Biden's head. When Baird did not report for work one day close to the Inauguration, Arroyoavila and coworkers thought maybe Baird really did go to D.C. (Baird was out due to a broken arm). |

Name: James L. Wilson

Description: Document security activity details

Status: Complete

Due: 3/17/2021

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | 3/16/2021 |
| Activity | Interview |
| Participant | James L. Wilson |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LEIDOS000659

| Field | Value |
|-------|-------|
| Details: | Leidos manager James L. Wilson was jointly interviewed by Investigator and Katie Reis. Wilson was eating his lunch in the break area in the late morning and could hear some bantering in the warehouse area which became louder and louder. Wilson's view was partially obstructed by shelfing but Wilson observed from the chest level down, Steve Baird and Cooper Garner very close to each other, chest to chest. Wilson stated that Baird jumped back and Wilson got in between Baird and Garner. Baird and Garner walked away as if nothing happened. Wilson told Baird to stay out of the warehouse and told Garner to take lunch. Garner told Wilson that people, were bantering in the warehouse and Garner heard Baird say something and then Baird confronted Garner and Baird got in close Garner's face and said "Don't be a pussy like Ian." Garner felt threatened by Baird and pushed Baird away. Wilson then walked to manager John Sim's office and reported the incident and provided a written statement to Sim. Wilson stated that Baird makes political statements in the warehouse and was always talking about Trump. Wilson has never heard Baird make any comments about guns or wanting to shoot President Biden, nor have any employees reported to Wilson hearing such comments about guns or shooting President Biden. Wilson did recall that in January 2021, he overheard Baird in the warehouse say "I'm a racist." Wilson did not know who Baird was saying it to. |

Name: Steve Baird (SOI)

Description: Document security activity details

Status: Complete

Due: 3/19/2021

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|-------|-------|
| When | 3/16/2021 |
| Activity | Interview |
| Participant | Steve Baird (SOI) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000660

| Field | Value |
|---|---|
| Details: | On March 16, 2021 Steve Baird was jointly interviewed by Investigator and Katie Reis. Baird is a Machinist Mechanical Technician supporting SDA at the Vista machine shop/warehouse location. Baird stated that in the late morning of March 10, he crossed paths with Cooper Garner. Baird remarked to Garner that "You look upset, you look red in the face what's going on?" Baird recalled that Garner stated "I'm only 21 and people are making fun of me" pointing in another direction towards the warehouse, and raising his voice. Baird stated that Garner then rolled up his long sleeves exposing his tattoos, came real close to Baird (4") and pushed Baird in the chest with two hands forcing Baird backwards. Baird told Investigator he did not recall making the comment don't be a pussy like Ian and did not deny making the comment. Baird stated that he was walking away from the incident with Garner when Manager James Wilson ran over to separate Baird and Garner. Baird did recall being in the shop inventory cage talking with Ian Arroyoavila earlier that day and discussing President Biden's tax cut and Ian Arroyoavila telling Baird "If you don't like it, go back to Canada." Baird did not recall anyone else being in the cage at that time. Baird denied ever making comments about a Civil War coming and get your firearms ready. Baird stated he had no interest in flying to D.C. to support the Jan 6, 2021 riots. Baird also stated that he never made any comment about wanting to shoot President Biden. Baird said that he does talk politics in a bantering way in the workplace and complains about the U.S. budget. Baird stated that it is possible I talk politics and also possible I don't talk politics. |

Name: Cooper Garner (Insight Global)

Description: Document security activity details

Status: Complete

Due: 3/18/2021

Completed: 3/18/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | 3/16/2021 |
| Activity | Interview |
| Participant | Cooper Garner (Insight Global) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000661

18/21

| Field | Value |
|---|---|
| Details: | On March 16, 2021 Cooper Garner was jointly interviewed by Investigator and Katie Reis. Garner is employed with Global Insight as a temporary employee supporting the Leidos Vista warehouse. Garner stated that on March 10, he was "bagging and tagging" items near the machine area (Baird works in machine area). Garner recalled that Ian Arroyoavila and Steve Baird were arguing in the cage about something and Baird and Arroyoavila walked away from each other. About 10 minutes later, Baird cornered Garner near the wall where inventory is kept inside the warehouse. Baird got real close to Garner's face and said "Don't be a pussy like Ian." Baird also stated to Garner "We can fight at 3:30." Baird slapped Garner's hand that was at Garner's chest level and then Garner pushed Baird away with two hands because Garner felt threatened. As Garner pushed Baird away, Manager James Wilson walked up and broke them apart. Garner stated that Steve Baird expresses strong political beliefs and regularly makes comments about politics and race. Garner has never heard Baird make a comment about wanting to shoot President Biden. Garner recalled that Baird made the comments in the workplace "I wish there was a different outcome at the Capital riots for the people inside voting on the election certification outcome." |

Name: Mikey Angelo Veneracion

Description: Document security activity details

Status: Complete

Due: 3/18/2021

Completed: 3/18/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | 3/15/2021 |
| Activity | Interview |
| Participant | Mikey Angelo Veneracion |
| Details: | Mikey Angelo Veneracion was jointly interviewed by Investigator and Katie Reis. Veneracion supports the Leidos Vista warehouse as a Receiving Clerk. Veneracion stated that he did not observe any physical altercation between Steve Baird and Cooper Garner. Veneracion stated that Ian Arroyoavila told Veneracion of the altercation between Baird and Garner. Veneracion stated that Baird proudly claims to be a racist and makes racist comments and talks about politics almost every day. Baird has told Veneracion to go back to his Country, which he did not report to anyone at the time of the comment. |

Name: Interview of Manager John Sim

Description: Document security activity details

Status: Complete

Due: 3/18/2021

Completed: 3/19/2021

Route to: Security Leads

**User Defined Fields:**

| Field | Value |
|---|---|
| When | 3/16/2021 |
| Activity | Interview |
| Participant | Manager John Sim |
| Details: | On March 16, 2021 Investigator and Katie Reis jointly interviewed Steve Baird's manager, John Sim. Sim stated that Baird had difficulty separating work from outside factors which were politically centered. Sim provided an example of such. In late 2019 or early 2020, Sim counseled Baird about making an inappropriate comment about non U.S persons crossing the Southern border. An employee (Efron Ricardo) reported his concerns of being offended in the workplace by Baird's comment. Ricardo requested anonymity reporting his concern to Sim. Sim gave Baird on oral counseling about the comment and Baird seemed to be contrite and apologetic and Sim let it go. Sim did not memorialize the counseling in an email or file. Sim has never heard Baird make any comments about Black/White Civil war, travel to D.C., Capital riots Jan 6, or shooting President Biden. Sim stated that when James Wilson told Sim about the incident with Baird and Garner, Wilson also told Sim that Baird had previously stated he's a proud racist. Sim stated that Baird came to Sim and informed Sim that Garner had pushed Baird after Baird made a comment about Garner's beanie cap. Baird appeared to be upset when he told Sim about the incident. Sim recalled that manager James Wilson came to Sim to report the incident and Wilson told Sim that he observed Baird and Garner chest to chest and Garner told Wilson he pushed Baird away with two hands. Wilson also said that he had heard Baird in the back bantering with the guys. |

Name: Close Out Items

Description: *No description*

Status: Active

Due: 3/15/2021

Completed: *Not completed*

Owner: <i>No Owner</i>

Route to: <i>No route to</i>

Name: Conclude

Description: Document the relevant information for the security activity or incident

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000663

Status: Active

Due: 4/14/2021

Completed: *Not completed*

Owner: <i>No Owner</i>

Route to: Security Activities

**User Defined Fields:**

| Field | Value |
|---|---|
| Date Investigation Completed | |
| Summary of Investigation | |
| Overall Closeout: | |
| Referred to other function: | |
| Referred to an outside agency: | |
| Date of Agency Referral: | |
| Total Net Recovered: | 0 |
| Total Net Loss: | 0 |

| Field | Value |
|---|---|
| Root Cause Categorization | |
| Root Cause Analysis | |
| Contributing Factors (select all that apply): | |
| Other Contributing Factors: | |

| Field | Value |
|---|---|
| RS Debrief Required | |
| RS Debrief Due Date: | |
| All necessary snippets added? | |
| All necessary attachments added? | |

| Field | Value |
|---|---|
| RS Follow-Up Required? | |

Name: Close Case

Description: Mark this task complete to close the case

Status: Pending

Due: 1/1/0001

Completed: *Not completed*

Owner: <i>No Owner</i>

Route to: Security Leads

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000664

## Case Attachments (5)

| Filename | Description | Type | Size | Date Added |
|---|---|---|---|---|
| Cooper Garner Statement EXTERNAL Re Summary of the Recent Incident with Steve Baird .msg | Cooper Garner's statement | msg | 59.00 KB | 3/17/2021 |
| Ian Arroyoavila completed 082917 Observed Behavior Worksheet Longform V5.1.pdf | OWB completed by Ian Arroyoavila | pdf | 264.91 KB | 3/17/2021 |
| John Sim completed 082917 Observed Behavior Worksheet Longform V5.1 (completed).pdf | John Sim OBW completed | pdf | 418.55 KB | 3/17/2021 |
| Wilson_Garner 082917 Observed Behavior Worksheet Longform V5.1.pdf | Wilson Garner OWB | pdf | 256.06 KB | 3/18/2021 |
| Wilson_ Baird 082917 Observed Behavior Worksheet Longform V5.1.pdf | Wilson Baird OWB | pdf | 257.29 KB | 3/18/2021 |

## Case Messages

*No message*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    LEIDOS000665