# EXHIBIT 26

**Archived:** Thursday, October 27, 2022 10:56:18 AM
**From:** Cooper Garner
**Mail received time:** Tue, 16 Mar 2021 17:00:46
**Sent:** Tue, 16 Mar 2021 22:00:36
**To:** Athing, Bob [US-US]
**Subject:** EXTERNAL: Re: Summary of the Recent Incident with Steve Baird
**Importance:** Normal
**Sensitivity:** None

---

> **CAUTION:** This email originated from outside of Leidos. Be cautious when clicking or opening content.

Cooper Garner

██████████████

March 16, 2021

Re:  Summary of the Recent Incident with Steve Baird


On Thursday, March 11, 2021, I was working and Mr. Baird exited his gate and greeted me with, "What's Up Home Alone?" I walked away, not responding because I have previously told him on several occasions I did not like, nor appreciate being called a reference to a *Home Alone* actor. A little later, Mr. Baird came out of his gate again, this time he said, "What's wrongHome Alone, huh?" I answered that I have never said anything disrespectful to you and you always are disrespectful to me. How would you feel if you were treated that way?" Mr. Baird said, "I guess I would just have to take it." I continued working. Again ignoring him. My boss, James overheard this incident and informed me that he has notified Mr. Baird's boss that he continues to leave his area to bother his workers. A little later, I am putting away items and Ian, another worker came over to gather parts. Mr. Baird saw Ian and came out of his gate again and asked Ian, "Have you seen all of these f***ing illegal immigrants coming over in caravans?" Mr. Baird and Ian exchanged words. Hearing this racist comment by Mr. Baird I tried to encourage Ian to just walk away so he walked backed to his desk. I continued working and after a brief time Mr. Baird comes from behind his gate again and chest bumps me, puts his face an inch away from mine and says, "Don't be a f****ingpussy, like Ian is." My back was against the steel shelves. Mr. Baird was cornering me and blocking my way. I couldn't pass so I tried to nudge my way past and he slapped my hand away. He told me, "We can fight if you want to." I felt threatened so I moved him out of my face and then my boss, James came. We left the situation and James and I talked about the fact that it is well known that Mr. Baird has continually been a bully and said politically offensive and racist comments to everyone and continues to purposely for no reason come over and harass us.

LEIDOS001331