# EXHIBIT 27

**Archived:** Thursday, October 27, 2022 10:57:11 AM
**From:** Arroyoavila, Ian J. [US-US]
**Mail received time:** Tue, 16 Mar 2021 15:04:13
**Sent:** Tue, 16 Mar 2021 20:04:12
**To:** Athing, Bob [US-US]
**Cc:** Reis, Katie [US-US]
**Subject:** RE: Incident Report
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
082917 Observed Behavior Worksheet Longform V5.1.pdf;

---

Please see attached form

---

**From:** Athing, Bob L. [US-US] <Robert.L.Athing@leidos.com>
**Sent:** Tuesday, March 16, 2021 12:34 PM
**To:** Arroyoavila, Ian J. [US-US] <Ian.J.Arroyoavila@leidos.com>
**Cc:** Reis, Katie C. [US-US] <KATHERINE.C.REIS@leidos.com>
**Subject:** RE: Incident Report

Ian,

Please complete the attached and return to Katie and myself. You are the evaluator and place Steve's name at the EE line. The last cell, feel free to write anything you like about Steve and your workplace.


Bob

**Robert Athing | Leidos**
Investigator | Corporate Security
phone: (571) 526-6018
mobile: (703) 789-4758
Robert.L.Athing@leidos.com



This e-mail and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the e-mail and all attachments immediately.

---

**From:** Arroyoavila, Ian J. [US-US] <Ian.J.Arroyoavila@leidos.com>
**Sent:** Tuesday, March 16, 2021 11:27 AM
**To:** Athing, Bob L. [US-US] <Robert.L.Athing@leidos.com>
**Subject:** Incident Report

I have attached the report you asked me to write up.

LEIDOS001319

Sorry for the delay!

LEIDOS001320

## Observed Behavior Assessment

Notice: This form is intended to help the Leidos Insider Threat Program assess issues related to employee behavior that could pose a risk to the security of other employees, the company or our customers. When completed, this form contains personal and sensitive information and may not be disclosed to anyone outside the Leidos Insider Threat Program unless there is a clear need to know.

EE#  Steve Baird

Date: 3/16/2021

Evaluation Completed By: Ian Arroyoavila

### Has the employee exhibited any of the following behaviors?

| Indicator | Description | Response | Comments |
|---|---|---|---|
| Disrespect | Makes humiliating, insulting, or harassing remarks about others. | Observed | On a daily basis |
| Poor Team Player | Does not work well as part of a team. | Unknown | |
| Performance | Has received a corrective action (below expectation performance review, verbal warning, written reprimand, suspension, termination) based on poor performance. | Unknown | |
| Self-Centeredness | Disregards needs or wishes of others, concerned primarily with own interests and welfare. | Unknown | |
| Lack of Dependability | Unable to keep commitments /promises; unworthy of trust. | Unknown | |
| Absenteeism | Has exhibited chronic unexplained absenteeism. | Unknown | |
| Controlling | Domineering, overbearing, or "bossy". | Observed | |
| Not Accepting of Feedback | Responds inappropriately to constructive criticism or feedback. | | |
| Personal Stress | Shows signs of stress in personal life. Overwhelmed by life crises or career disappointments. | Unknown | |
| Confrontational | Argumentative, aggressive, abrasive, or offensive behavior. | Observed | On a daily basis |
| Disgruntlement | Dissatisfied; chronic discontent, such as strong negative feelings about being passed over for a promotion or being underpaid, undervalued. | Observed | Dissatisfied with the current state of affairs |
| Disengagement | Keeps to self, is detached, withdrawn, tends not to interact with individuals or groups; avoids meetings. | Not Observed | |
| Disregard for Authority | Disregards rules or policies, feels above the rules or that they only apply to others. | Observed | |
| Denies Responsibility | Unwilling to acknowledge errors or admit to mistakes; may attempt to cover up errors through lying or deceit. | Observed | |
| Emotional Maturity | Has difficulty managing emotions. Acts/Reacts inappropriately to situations. | Observed | |
| Threats / Retaliation | Engages in threatening behavior or makes threats against others. If observed, describe. | Observed | Always to do with politics or race |
| Physical Aggresion | Has acted out physically against people or objects. | Observed | |
| Removes information without approval | Without need or authorization, takes proprietary or other material home via paper documents, thumb drives, computer disks, or email (unnecessarily copies proprietary or classified material). | Unknown | |
| Seeks inappropriate access | Inappropriately seeks or obtains proprietary or classified information on subjects not related to his/her work duties. | Unknown | |
| Unusual interest in out of scope work | Interest in matters outside the scope of his/her duties, particularly those of interest to foreign entities or business competitors. | Unknown | |
| Unauthorized/unusual remote access | Remotely accesses the computer network while on vacation or sick leave. | Unknown | |
| Disregards IT policy | Disregards company computer policies on installing personal software or hardware, accessing restricted websites, conducting unauthorized searches, or downloading restricted or forbidden information | Unknown | |
| Unusual work hours | Works odd hours without authorization; notable enthusiasm for overtime work, weekend work, or unusual schedules. | Unknown | |
| Unreported foreign contacts | Unreported foreign contacts (particularly with foreign government officials or intelligence officials) or unreported overseas travel. | Unknown | |
| Frequent or odd foreign travel | Short trips to foreign countries for unexplained or strange reasons. | Unknown | |

LEIDOS001321

| | | | |
|---|---|---|---|
| Financial Stressors | Is the employee under financial distress? | Unknown | |
| Unusual affluence | Unexplained affluence; buys things that he/she cannot afford on his/her household income. | Not Observed | |
| Suspicious relationships | Engages in suspicious personal contacts, such as with competitors, business partners, or other unauthorized individuals. | Unknown | |
| Unusual interest in coworkers | Shows unusual interest in the personal lives of co-workers; asks inappropriate questions regarding finances or relationships. | Observed | |
| Concern that he/she is being investigated | Concern that; he/she may be under investigation; leaves traps to detect searches of his/her work area or home; searches for listening devices or cameras. | Unknown | |
| Medical or Psychiatric disorders | Has the employee mentioned being seen by a mental health professional, or related that he/she has a mental health condition that can affect perception, judgment, self-control, and decision-making? | Not Observed | |
| Alcohol use | Has the employee mentioned having alcohol related problems, and/or is considered by his/her peers as someone who is a heavy drinker or has had DWI/DUI convictions? | Not Observed | |
| Problems with the law | Has the employee had significant prior violations, including arrests related to violence, alcohol or drug abuse, and fraud? | Unknown | |
| Weapon or other specialized training | Has the employee exhibited undue interest/fixation with firearms/weapons? Possess special training such as martial arts training? | Observed | Talks about stockpiling guns for the next Civil War |
| Core Work Hours | What are the employee's core work hours? | Unknown | |

Additional Comments:

Though I know Leidos does not stand for racist and bigoted people and remarks my experience the last year has shown otherwise. It has been a constant barrage of racial remarks and aggressive behavior that has gone unchecked by management. Everyone is aware of the things Steve says and stands for, yet he has been able to continue on with his aggression.

LEIDOS001322