# EXHIBIT 28

**Archived:** Thursday, October 27, 2022 10:57:33 AM
**From:** Sim, John M. [US-US]
**Mail received time:** Tue, 16 Mar 2021 15:00:20
**Sent:** Tue, 16 Mar 2021 20:00:20
**To:** Athing, Bob [US-US]
**Cc:** Reis, Katie [US-US]
**Subject:** RE: Stev Baird
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
082917 Observed Behavior Worksheet Longform V5.1 (completed).pdf;

---

*Leidos Proprietary*

Hi Bob/Katie,
Attached is the completed worksheet. Some categories were not as incident specific, but I filled out the worksheet as objectively and honestly as I can be.
Please let me know if further information is needed.

**John M. Sim | Leidos**
Mechanical Engineering Manager | Security & Transportation Technology
phone: 858.826.9015
john.m.sim@leidos.com  |  leidos.com/intelligence-homeland-security





This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.

---

**From:** Athing, Bob L. [US-US] <Robert.L.Athing@leidos.com>
**Sent:** Tuesday, March 16, 2021 11:25 AM
**To:** Sim, John M. [US-US] <JOHN.M.SIM@leidos.com>
**Cc:** Reis, Katie C. [US-US] <KATHERINE.C.REIS@leidos.com>
**Subject:** Stev Baird

*Leidos Proprietary*

John,

Please complete the attached form and return to Katie and myself.
Steve is the EE at the top and you are the evaluator. The last cell allows you an opportunity to write to any questions or concerns.

Thanks,

LEIDOS001315

Bob

**Robert Athing | Leidos**
Investigator | Corporate Security
phone: (571) 526-6018
mobile: (703) 789-4758
Robert.L.Athing@leidos.com



This e-mail and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the e-mail and all attachments immediately.

*This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.*

LEIDOS001316

## Observed Behavior Assessment

Notice: This form is intended to help the Leidos Insider Threat Program assess issues related to employee behavior that could pose a risk to the security of other employees, the company or our customers. When completed, this form contains personal and sensitive information and may not be disclosed to anyone outside the Leidos Insider Threat Program unless there is a clear need to know.

EE#   Steve Baird (613234)

Date: 3-16-21

Evaluation Completed By:  John Sim (130632)

**Has the employee exhibited any of the following behaviors?**

| Indicator | Description | Response | Comments |
|---|---|---|---|
| Disrespect | Makes humiliating, insulting, or harassing remarks about others. | Observed | Inceident brought to my attention in Spring of 2020. Discussed with Steve and was contrite and apologetic. |
| Poor Team Player | Does not work well as part of a team. | Not Observed | |
| Performance | Has received a corrective action (below expectation performance review, verbal warning, written reprimand, suspension, termination) based on poor performance. | Observed | Steve has an email warning on record as part of a safety infraction and subsequent argumentative behavior |
| Self-Centeredness | Disregards needs or wishes of others, concerned primarily with own interests and welfare. | Observed | needed to leave work to see his stock broker when he became agitated over stock market decline. |
| Lack of Dependability | Unable to keep commitments /promises; unworthy of trust. | Not Observed | |
| Absenteeism | Has exhibited chronic unexplained absenteeism. | Not Observed | |
| Controlling | Domineering, overbearing, or "bossy". | Not Observed | |
| Not Accepting of Feedback | Responds inappropriately to constructive criticism or feedback. | Observed | While adressing a safety concern, steve was dismissive of management authority |
| Personal Stress | Shows signs of stress in personal life. Overwhelmed by life crises or career disappointments. | Observed | see self-centeredness above |
| Confrontational | Argumentative, aggressive, abrasive, or offensive behavior. | Observed | see performance above |
| Disgruntlement | Dissatisfied; chronic discontent, such as strong negative feelings about being passed over for a promotion or being underpaid, undervalued. | Not Observed | |
| Disengagement | Keeps to self, is detached, withdrawn, tends not to interact with individuals or groups; avoids meetings. | Not Observed | |
| Disregard for Authority | Disregards rules or policies, feels above the rules or that they only apply to others. | Not Observed | |
| Denies Responsibility | Unwilling to acknowledge errors or admit to mistakes; may attempt to cover up errors through lying or deceit. | Not Observed | |
| Emotional Maturity | Has difficulty managing emotions. Acts/Reacts inappropriately to situations. | Observed | Steve does not have an adequate filter when he gets upset. |
| Threats / Retaliation | Engages in threatening behavior or makes threats against others. If observed, describe. | Not Observed | |
| Physical Aggresion | Has acted out physically against people or objects. | Not Observed | |
| Removes information without approval | Without need or authorization, takes proprietary or other material home via paper documents, thumb drives, computer disks, or email (unnecessarily copies proprietary or classified material). | Not Observed | |
| Seeks inappropriate access | Inappropriately seeks or obtains proprietary or classified information on subjects not related to his/her work duties. | Not Observed | |
| Unusual interest in out of scope work | Interest in matters outside the scope of his/her duties, particularly those of interest to foreign entities or business competitors. | Not Observed | |
| Unauthorized/unusual remote access | Remotely accesses the computer network while on vacation or sick leave. | Not Observed | |
| Disregards IT policy | Disregards company computer policies on installing personal software or hardware, accessing restricted websites, conducting unauthorized searches, or downloading restricted or forbidden information | Not Observed | |
| Unusual work hours | Works odd hours without authorization; notable enthusiasm for overtime work, weekend work, or unusual schedules. | Not Observed | |
| Unreported foreign contacts | Unreported foreign contacts (particularly with foreign government officials or intelligence officials) or unreported overseas travel. | Not Observed | |
| Frequent or odd foreign travel | Short trips to foreign countries for unexplained or strange reasons. | Not Observed | |

| | | | |
|---|---|---|---|
| Financial Stressors | Is the employee under financial distress? | Unknown ▼ | |
| Unusual affluence | Unexplained affluence; buys things that he/she cannot afford on his/her household income. | Not Observed ▼ | |
| Suspicious relationships | Engages in suspicious personal contacts, such as with competitors, business partners, or other unauthorized individuals. | Not Observed ▼ | |
| Unusual interest in coworkers | Shows unusual interest in the personal lives of co-workers; asks inappropriate questions regarding finances or relationships. | Not Observed ▼ | |
| Concern that he/she is being investigated | Concern that; he/she may be under investigation; leaves traps to detect searches of his/her work area or home; searches for listening devices or cameras. | Not Observed ▼ | |
| Medical or Psychiatric disorders | Has the employee mentioned being seen by a mental health professional, or related that he/she has a mental health condition that can affect perception, judgment, self-control, and decision-making? | Not Observed ▼ | |
| Alcohol use | Has the employee mentioned having alcohol related problems, and/or is considered by his/her peers as someone who is a heavy drinker or has had DWI/DUI convictions? | Not Observed ▼ | |
| Problems with the law | Has the employee had significant prior violations, including arrests related to violence, alcohol or drug abuse, and fraud? | Not Observed ▼ | |
| Weapon or other specialized training | Has the employee exhibited undue interest/fixation with firearms/weapons? Possess special training such as martial arts training? | Not Observed ▼ | |
| Core Work Hours | What are the employee's core work hours? | Observed ▼ | 630am to 3pm |

Additional Comments:
From the witness reports shared with me regarding the most recent incident, Steve's behavior was inappropriate and if determined to be true should be grounds for immediate termination. I have never personally witnessed any of the behavior in question, nor has any of the recent events been brought to my attention as his supervisor. The one incident that was brough to my attention in Spring of 2020 was discussed with Steve and he was immediatley contrite, aoplogetic, and promised to work to avoid the issue in the future.

LEIDOS001318