# EXHIBIT 29

**Archived:** Thursday, October 27, 2022 10:56:27 AM
**From:** Reis, Katie [US-US]
**Mail received time:** Mon, 15 Mar 2021 17:08:29
**Sent:** Mon, 15 Mar 2021 22:08:28
**To:** Athing, Bob [US-US]
**Subject:** FW: WAREHOUSE INCIDENT
**Importance:** Normal
**Sensitivity:** None

---

Bob,

FYSA – this is James Wilson's accounting of the altercation between Baird and Garner last Wednesday. There is not anything below that we aren't already aware of.

Adam Johns, HRBP, confirmed that Garner (a temp) is aligned to James' shipping/receiving team, and that Baird is a CNC Machinist aligned to John Sims' Mechanical Engineering team.

Thanks,
Katie

---

**From:** Wilson, James L. [US-US] <JAMES.L.WILSON@leidos.com>
**Sent:** Wednesday, March 10, 2021 3:45 PM
**To:** Colmer, Craig T. [US-US] <CRAIG.T.COLMER@leidos.com>
**Subject:** WAREHOUSE INCIDENT

Craig,

I wanted to document the incident that took place in the warehouse today 3/10/21, I was told after multiple times of Steve coming from his work area into the warehouse he was antagonize my guys with political and personal statements, some words being said making fun of personnel appearance (directly appointed) and some racial comments being said not directly appointed but in general which ended up starting a confrontation. From the little bit I did see I saw that Steve was in Cooper's personnel space (bumping chest and really close to his face) he felt threatened so he shoved Steve. I stepped in and separated them before things escalated into anything further.

Please let me know if you need more details or info.

Thanks.

**James L. Wilson | Leidos**
**Warehouse & Traffic Manager**
**Security & Transportation Technology Group**
Office: 858.826.9522 | Fax: 858.826.9353
james.l.wilson@leidos.com

"None of us is as smart as all of us"

 

LEIDOS001332

*Notice: The information in this email may be confidential, proprietary and/or privileged. This email is intended only for the individual or organization named above, and not necessarily the addressee(s). If you are not the intended recipient or an authorized representative of the intended recipient, please do not read, copy or disseminate this email, its attachments, or the information contained herein. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. Your assistance in correcting this error is appreciated*

LEIDOS001333

**Archived:** Thursday, October 27, 2022 10:57:23 AM
**From:** Wilson, James L. [US-US]
**Mail received time:** Wed, 17 Mar 2021 11:52:25
**Sent:** Wed, 17 Mar 2021 16:52:24
**To:** Athing, Bob [US-US]
**Cc:** Reis, Katie [US-US]
**Subject:** RE: OBW Checksheet
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
Wilson_Garner 082917 Observed Behavior Worksheet Longform V5.1.pdf; Wilson_ Baird 082917 Observed Behavior Worksheet Longform V5.1.pdf;

---

*Leidos Proprietary*

Good Morning,

   Please see attached.

---

**From:** Athing, Bob L. [US-US] <Robert.L.Athing@leidos.com>
**Sent:** Wednesday, March 17, 2021 7:24 AM
**To:** Wilson, James L. [US-US] <JAMES.L.WILSON@leidos.com>
**Cc:** Reis, Katie C. [US-US] <KATHERINE.C.REIS@leidos.com>
**Subject:** OBW Checksheet

*Leidos Proprietary*

James,

Please complete the attached documents and return to Katie and me for review. The last cell on the form provides you an opportunity to write about any concerns you may have. If you have any difficulties working the forms, ask Ian. Ian provided a completed worksheet yesterday.


Thanks,
Bob

**Robert Athing | Leidos**
Investigator | Corporate Security
phone: (571) 526-6018
mobile: (703) 789-4758
Robert.L.Athing@leidos.com



This e-mail and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the e-mail and all attachments immediately.

LEIDOS001323

*This email and any attachments to it are intended only for the identified recipients. It may contain proprietary or otherwise legally protected information of Leidos. Any unauthorized use or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the sender and delete or otherwise destroy the email and all attachments immediately.*

LEIDOS001324

## Observed Behavior Assessment

Notice: This form is intended to help the Leidos Insider Threat Program assess issues related to employee behavior that could pose a risk to the security of other employees, the company or our customers. When completed, this form contains personal and sensitive information and may not be disclosed to anyone outside the Leidos Insider Threat Program unless there is a clear need to know.

EE#  Steve Baird 613234

Date: March 17, 2021

Evaluation Completed By: James Wilson

**Has the employee exhibited any of the following behaviors?**

| Indicator | Description | Response | Comments |
|---|---|---|---|
| Disrespect | Makes humiliating, insulting, or harassing remarks about others. | Observed | Makes random comments, can be taken out of context. |
| Poor Team Player | Does not work well as part of a team. | Unknown | |
| Performance | Has received a corrective action (below expectation performance review, verbal warning, written reprimand, suspension, termination) based on poor performance. | Unknown | |
| Self-Centeredness | Disregards needs or wishes of others, concerned primarily with own interests and welfare. | Not Observed | |
| Lack of Dependability | Unable to keep commitments /promises; unworthy of trust. | Unknown | |
| Absenteeism | Has exhibited chronic unexplained absenteeism. | Unknown | |
| Controlling | Domineering, overbearing, or "bossy". | Unknown | |
| Not Accepting of Feedback | Responds inappropriately to constructive criticism or feedback. | Not Observed | |
| Personal Stress | Shows signs of stress in personal life. Overwhelmed by life crises or career disappointments. | Unknown | |
| Confrontational | Argumentative, aggressive, abrasive, or offensive behavior. | Observed | Arguing points of political views. |
| Disgruntlement | Dissatisfied; chronic discontent, such as strong negative feelings about being passed over for a promotion or being underpaid, undervalued. | Not Observed | |
| Disengagement | Keeps to self, is detached, withdrawn, tends not to interact with individuals or groups; avoids meetings. | Unknown | |
| Disregard for Authority | Disregards rules or policies, feels above the rules or that they only apply to others. | Unknown | |
| Denies Responsibility | Unwilling to acknowledge errors or admit to mistakes; may attempt to cover up errors through lying or deceit. | Unknown | |
| Emotional Maturity | Has difficulty managing emotions. Acts/Reacts inappropriately to situations. | Unknown | |
| Threats / Retaliation | Engages in threatening behavior or makes threats against others. If observed, describe. | Not Observed | |
| Physical Aggresion | Has acted out physically against people or objects. | Unknown | |
| Removes information without approval | Without need or authorization, takes proprietary or other material home via paper documents, thumb drives, computer disks, or email (unnecessarily copies proprietary or classified material). | Unknown | |
| Seeks inappropriate access | Inappropriately seeks or obtains proprietary or classified information on subjects not related to his/her work duties. | Unknown | |
| Unusual interest in out of scope work | Interest in matters outside the scope of his/her duties, particularly those of interest to foreign entities or business competitors. | Unknown | |
| Unauthorized/unusual remote access | Remotely accesses the computer network while on vacation or sick leave. | Unknown | |
| Disregards IT policy | Disregards company computer policies on installing personal software or hardware, accessing restricted websites, conducting unauthorized searches, or downloading restricted or forbidden information | Unknown | |
| Unusual work hours | Works odd hours without authorization; notable enthusiasm for overtime work, weekend work, or unusual schedules. | Unknown | |
| Unreported foreign contacts | Unreported foreign contacts (particularly with foreign government officials or intelligence officials) or unreported overseas travel. | Unknown | |
| Frequent or odd foreign travel | Short trips to foreign countries for unexplained or strange reasons. | Unknown | |

Leidos Propietary

| | | |
|---|---|---|
| Financial Stressors | Is the employee under financial distress? | Unknown |
| Unusual affluence | Unexplained affluence; buys things that he/she cannot afford on his/her household income. | Unknown |
| Suspicious relationships | Engages in suspicious personal contacts, such as with competitors, business partners, or other unauthorized individuals. | Unknown |
| Unusual interest in coworkers | Shows unusual interest in the personal lives of co-workers; asks inappropriate questions regarding finances or relationships. | Unknown |
| Concern that he/she is being investigated | Concern that; he/she may be under investigation; leaves traps to detect searches of his/her work area or home; searches for listening devices or cameras. | Unknown |
| Medical or Psychiatric disorders | Has the employee mentioned being seen by a mental health professional, or related that he/she has a mental health condition that can affect perception, judgment, self-control, and decision-making? | Unknown |
| Alcohol use | Has the employee mentioned having alcohol related problems, and/or is considered by his/her peers as someone who is a heavy drinker or has had DWI/DUI convictions? | Unknown |
| Problems with the law | Has the employee had significant prior violations, including arrests related to violence, alcohol or drug abuse, and fraud? | Unknown |
| Weapon or other specialized training | Has the employee exhibited undue interest/fixation with firearms/weapons? Possess special training such as martial arts training? | Unknown |
| Core Work Hours | What are the employee's core work hours? | Unknown |

Additional Comments:

LEIDOS001326