# EXHIBIT 30

# Case Summary

**1/3/2023 11:03 PM**

## Table of Contents

1 - Case Information

2 - Case Flow Tree

3 - Case Flow Tasks

4 - Case Attachments

5 - Case Messages

6 - Case_CaseChanges

7 - Case Reporter Logged-In History

## Case Information

| | |
|---|---|
| Name: | |
| Case No: | 2021-00265 |
| Category: | Q&F |
| Sub Category: | Leidos Hotline Intake Form |
| Attorney-Client Priv: | No |
| Status: | Complete |
| Submitter: | Johns, Adam |
| Date Reported: | 4/28/2021 3:03:41 PM |
| Case Manager: | Athing, Robert |
| Expected Complete Date: | n/a |
| Completion Date: | 9/10/2021 |

**Inclusions:**

| Name | Added | Added By |
|---|---|---|
| Beuerle, Timothy | 3/11/2021 | Beuerle, Timothy |
| Killion, Christopher | 3/11/2021 | Killion, Christopher |
| Wu, Marcus | 3/11/2021 | Wu, Marcus |
| Morgan, Laura | 3/11/2021 | Morgan, Laura |
| Duenas, Juan | 3/11/2021 | Duenas, Juan |
| Fitzgerald, Sean | 3/11/2021 | Fitzgerald, Sean |
| Athing, Robert | 3/11/2021 | Athing, Robert |
| Yang, Jo Ann | 3/11/2021 | Yang, Jo Ann |
| Kehoe, Paul | 3/11/2021 | Kehoe, Paul |
| Wesline, Gail | 3/11/2021 | Wesline, Gail |
| Stango, Caitlin | 3/11/2021 | Stango, Caitlin |
| Sisson, Kate | 3/11/2021 | Sisson, Kate |

LEIDOS001334

| Name | Added | Added By |
|------|-------|----------|
| Schultz, Rhonda | 3/11/2021 | Schultz, Rhonda |
| Nord, Mary | 3/11/2021 | Nord, Mary |
| Mix, Kimberly | 3/11/2021 | Mix, Kimberly |
| Gilkerson, Mary | 3/11/2021 | Gilkerson, Mary |
| Carpenter, Marcus | 3/11/2021 | Carpenter, Marcus |
| Reis, Katherine | 3/11/2021 | Reis, Katherine |
| Marquez, Angela | 3/11/2021 | Marquez, Angela |
| Coleman, Lisa | 3/11/2021 | Coleman, Lisa |
| Richardson, Melissa | 3/11/2021 | Richardson, Melissa |
| McNally, Eileen | 3/11/2021 | McNally, Eileen |

**Exclusions:**

| Name | Added | Added By | Removed | Removed By |
|------|-------|----------|---------|-----------|
| | | | | |

**Linked Cases**

| | |
|--|--|
| Siblings: | 2021-00265 (current) |
| | 2021-00276 |

Recategorizations

| User | Date | Change Type | From Value | To Value |
|------|------|-------------|------------|----------|
| 415685 Christop | 9/10/2021 2:01:20 PM | SubCategory | | |
| 415685 Christop | 9/10/2021 2:01:20 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 6/30/2021 1:00:58 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:08 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:08 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:08 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:08 PM | SubCategory | | |

LEIDOS001335

| User | Date | Change Type | From Value | To Value |
| --- | --- | --- | --- | --- |
| 415685 Christop | 4/28/2021 3:16:08 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:16:02 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:31 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:31 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:31 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:09 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:09 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:09 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:09 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:14:09 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:13:30 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:13:30 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:12:54 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:12:54 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:11:44 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:47 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:10:47 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:09:36 PM | SubCategory | | |

LEIDOS001336

4/22

| User | Date | Change Type | From Value | To Value |
|------|------|-------------|------------|----------|
| 415685 Christop | 4/28/2021 3:07:58 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:58 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:29 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:13 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:13 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:13 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:13 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:07:13 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:55 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:06:26 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:05:15 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:05:15 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:05:15 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:05:15 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:05:15 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |

LEIDOS001337

| User | Date | Change Type | From Value | To Value |
|------|------|-------------|------------|----------|
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:41 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:07 PM | SubCategory | | |
| 415685 Christop | 4/28/2021 3:03:07 PM | SubCategory | | |

## Case Flow Tree

Incident Reported
- ● Take Ownership of All Tasks
  - ● Triage
  - ● Participant List
    - ● Referring Source(s)
      - ● Adam Johns
    - ● Subject(s) of Investigation
      - ● Steve Baird
      - ● Cooper Garner
  - ● Investigator(s)
  - ● Others
    - ● James Wilson
    - ● John Sim
    - ● Ian Arroyoavila
- ● Conclude
- ● Add'l Actions (Snippets)
  - ● Document Q&F
  - WR Closeout
  - Security Closeout
- ● Close Case

## Case Flow Tasks

| | |
|---|---|
| Name: | Take Ownership of All Tasks |
| Description: | *No description* |
| Status: | Complete |
| Due: | 4/28/2021 |
| Completed: | 6/30/2021 |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:16:02 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

| | | |
|---|---|---|
| Name: | Triage | |
| Description: | Review the concern, select issue categorization, and assign an investigator | |
| Status: | Complete | |
| Due: | 4/28/2021 | |
| Completed: | 4/28/2021 | |

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Reporter Anonymous? | No | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Disclosure Channel | Hotline | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | What contract or department is affected? | Shipping and Mechanical Engineering | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Received/Reported Date | 3/11/2021 | 415685 Christop | 03/11/2021 | 3/11/2021 | 4/28/2021 3:05 PM |
| 4/28/2021 | Received/Reported Date | 3/11/2021 | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Approximately when did this issue begin? | 3/10/2021 | 415685 Christop | 03/10/2021 | 3/10/2021 | 4/28/2021 3:05 PM |
| 4/28/2021 | Approximately when did this issue begin? | 3/10/2021 | 415685 Christop | | Created | 4/28/2021 3:04 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Allegation Summary | Duplicate to and addressed in 2021-00276. | 415685 Christop | | Created | 4/28/2021 3:05 PM |
| 4/28/2021 | Allegation Details | • What happened? o Steve M. Baird (613234) and non-employee temp worker Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # - 360293) had a physical altercation following a verbal altercation. Multiple sources have told me that Steve instigated the situation. Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. | 415685 Christop | • What happened? o Steve M. Baird (613234) and non-employee temp worker Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # - 360293) had a physical altercation following a verbal altercation. Multiple sources have told me that Steve instigated the situation. Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. | • What happened? o Steve M. Baird (613234) and non-employee temp worker Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) had a physical altercation following a verbal altercation. Multiple sources have told me that Steve instigated the situation. Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James | 4/28/2021 3:05 PM |

LEIDOS001339

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| | | Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. • When did it happen? o This occurred on Wednesday 3/10/21 • Who is involved? o Involved in physical altercation: ⯍ Steve M. Baird (613234) ⯍ Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) o Notified Management/HR: ⯍ Ian Arroyoavila (410908) – witness to verbal altercation immediately prior to physical altercation. Second hand witness to physical altercation. Witness to Steve's antagonizing behavior over the last several months. ⯍ John M. Sim (130632) – second hand witness ⯍ Craig T. Colmer (121936) – second hand witness ⯍ James L Wilson (109516) – witness to physical altercation event • Where did it take place? o Vista, CA site (1655 Vista CA) in the Stockroom • Why did it happen? o According to Ian Arroyoavila (410908) and | | Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. • When did it happen? o This occurred on Wednesday 3/10/21 • Who is involved? o Involved in physical altercation: ⯍ Steve M. Baird (613234) ⯍ Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) o Notified Management/HR: ⯍ Ian Arroyoavila (410908) – witness to verbal altercation immediately prior to physical altercation. Second hand witness to physical altercation. Witness to Steve's antagonizing behavior over the last several months. ⯍ John M. Sim (130632) – second hand witness ⯍ Craig T. Colmer (121936) – second hand witness ⯍ James L Wilson (109516) – witness to physical altercation event • Where did it take place? o Vista, CA site (1655 Vista CA) in the Stockroom • Why did it happen? o According to Ian Arroyoavila (410908) and | Wilson) shortly thereafter. • When did it happen? o This occurred on Wednesday 3/10/21 • Who is involved? o Involved in physical altercation: ⯍ Steve M. Baird (613234) ⯍ Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) o Notified Management/HR: ⯍ Ian Arroyoavila (410908) – witness to verbal altercation immediately prior to physical altercation. Second hand witness to physical altercation. Witness to Steve's antagonizing behavior over the last several months. ⯍ John M. Sim (130632) – second hand witness ⯍ Craig T. Colmer (121936) – second hand witness ⯍ James L Wilson (109516) – witness to physical altercation event • Where did it take place? o Vista, CA site (1655 Vista CA) in the Stockroom • Why did it happen? o According to Ian Arroyoavila (410908) and James L Wilson (109516), Steve M. Baird (613234) has been antagonizing other workers over the last several months with political rhetoric and racist remarks (not directed at individuals). Steve has supposedly mentioned that now is the time to buy firearms as a civil war is coming, which was in response to protests/riots related to Black Lives Matter and Antifa. Steve had also reportedly said that he wanted to fly to Washington DC to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to | |

LEIDOS001340

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| | | James L Wilson (109516), Steve M. Baird (613234) has been antagonizing other workers over the last several months with political rhetoric and racist remarks (not directed at individuals). Steve has supposedly mentioned that now is the time to buy firearms as a civil war is coming, which was in response to protests/riots related to Black Lives Matter and Antifa. Steve had also reportedly said that he wanted to fly to Washington DC to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to prevent him from becoming president. • How did it happen? o Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. | | James L Wilson (109516), Steve M. Baird (613234) has been antagonizing other workers over the last several months with political rhetoric and racist remarks (not directed at individuals). Steve has supposedly mentioned that now is the time to buy firearms as a civil war is coming, which was in response to protests/riots related to Black Lives Matter and Antifa. Steve had also reportedly said that he wanted to fly to Washington DC to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to prevent him from becoming president. • How did it happen? o Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. | prevent him from becoming president. • How did it happen? o Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. | |
| 4/28/2021 | Allegation Details | • What happened? o Steve M. Baird (613234) and non-employee temp worker Cooper Garner (Springboard: SAIWK00021629 | 415685 Christop | | Created | 4/28/2021 3:04 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
|  |  | and Leidos ID # - 360293) had a physical altercation following a verbal altercation. Multiple sources have told me that Steve instigated the situation. Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. • When did it happen? o This occurred on Wednesday 3/10/21 • Who is involved? o Involved in physical altercation: ⬚ Steve M. Baird (613234) ⬚ Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # - 360293) o Notified Management/HR: ⬚ Ian Arroyoavila (410908) – witness to verbal altercation immediately prior to physical altercation. Second hand witness to physical altercation. Witness to Steve's antagonizing behavior over the last several months. ⬚ John M. Sim (130632) – |  |  |  |  |

LEIDOS001342

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|----|-----------|
| | | second hand witness ▯ Craig T. Colmer (121936) – second hand witness ▯ James L Wilson (109516) – witness to physical altercation event • Where did it take place? o Vista, CA site (1655 Vista CA) in the Stockroom • Why did it happen? o According to Ian Arroyoavila (410908) and James L Wilson (109516), Steve M. Baird (613234) has been antagonizing other workers over the last several months with political rhetoric and racist remarks (not directed at individuals). Steve has supposedly mentioned that now is the time to buy firearms as a civil war is coming, which was in response to protests/riots related to Black Lives Matter and Antifa. Steve had also reportedly said that he wanted to fly to Washington DC to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to prevent him from becoming president. • How did it happen? o Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed | | | | |

LEIDOS001343

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| | | Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. | | | | |

| Date | Field | Value | Updated By | From | To | Timest |
|---|---|---|---|---|---|---|
| 9/10/2021 | WR-led issue(s) applicable to the concern | | 415685 Christop | HARASS_HOSTILE,Inappropriate_Behavior | NONE_ABOVE | 9/10/20 2:01 PM |
| 9/10/2021 | WR-led issue(s) applicable to the concern | | 415685 Christop | HARASS_HOSTILE,Inappropriate_Behavior | HARASS_HOSTILE,Inappropriate_Behavior | 4/28/20 3:05 PM |
| 9/10/2021 | WR-led issue(s) applicable to the concern | | 415685 Christop | | Created | 4/28/20 3:04 PM |
| 4/28/2021 | Legal-led issue(s) applicable to the concern | | 415685 Christop | | Created | 4/28/20 3:05 PM |
| 9/10/2021 | Security-led issue(s) applicable to the concern | | 415685 Christop | CRIME_THREATS | NONE_ABOVE | 9/10/20 2:01 PM |
| 9/10/2021 | Security-led issue(s) applicable to the concern | | 415685 Christop | CRIME_THREATS | CRIME_THREATS | 4/28/20 3:05 PM |
| 9/10/2021 | Security-led issue(s) applicable to the concern | | 415685 Christop | | Created | 4/28/20 3:04 PM |
| 4/28/2021 | Ethics-led issue(s) applicable to the concern | | 415685 Christop | | Created | 4/28/20 3:05 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|

LEIDOS001344

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Is there related or duplicate case? | Yes | 415685 Christop | | Created | 4/28/2021 3:05 PM |
| 4/28/2021 | Independence and Objectivity Check | I have confirmed objectivity and independence for the investigator and/or my function | 415685 Christop | | Created | 4/28/2021 3:05 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 9/10/2021 2:01:20 PM | Christopher Killion | Completed |
| 9/10/2021 2:01:05 PM | Christopher Killion | Owned |
| 4/28/2021 3:05:15 PM | Christopher Killion | Released |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:05:15 PM | Security Leads |

**Messages:**

## Changes after close

| Field | From | To | Changed By | Timestamp |
|-------|------|-----|-----------|-----------|
| WR-led issue(s) applicable to the concern | ,,HARASS_HOSTILE,Inappropriate_Behavior | ,,,,NONE_ABOVE | 415685 Christop | 9/10/2021 2:01:20 PM |
| Security-led issue(s) applicable to the concern | ,,CRIME_THREATS | ,,,,NONE_ABOVE | 415685 Christop | 9/10/2021 2:01:20 PM |

Name:            Participant List
Description:     This section contains a task containing information on each particpant
Status:          Complete
Due:             4/28/2021
Completed:       6/30/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

Name:            Referring Source(s)
Description:     *No description*

LEIDOS001345

Status:                Complete
Due:                   4/28/2021
Completed:             4/28/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

Name:                  Adam Johns
Description:            *No description*

Status:                Complete
Due:                   5/28/2021
Completed:             4/28/2021
**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Role in Case | RS | 415685 Christop | | Created | 4/28/2021 3:03 PM |
| 4/28/2021 | Relationship to Leidos | Current Employee | 415685 Christop | | Created | 4/28/2021 3:03 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Search Criteria | Adam Johns | 415685 Christop | | Created | 4/28/2021 3:03 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:10:55 PM | General Snippets |

**Messages:**

---

Name:                  Subject(s) of Investigation
Description:            *No description*

Status:                Complete
Due:                   4/28/2021
Completed:             6/30/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:06:55 PM | Christopher Killion | Completed |

LEIDOS001346

| Date | Owner | Description |
|---|---|---|
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

| | |
|---|---|
| Name: | Steve Baird |
| Description: | *No description* |
| Status: | Complete |
| Due: | 4/28/2021 |
| Completed: | 6/30/2021 |

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Role in Case - | Subject of Investigation | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Relationship to Leidos | Current Employee | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Search Criteria | Steve Baird | 415685 Christop | | Created | 4/28/2021 3:03 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Security Clearance | | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Which WR-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Legal-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Security-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Ethics-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Corrective Action Category | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Notes on Corrective Action | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Security apprised of potential adverse info? | N/A | 415685 Christop | | Created | 4/28/2021 3:06 PM |

Owner History

LEIDOS001347

| Date | Owner | Description |
|------|-------|-------------|
| 6/30/2021 1:00:58 PM | Christopher Killion | Completed |
| 6/30/2021 1:00:35 PM | Christopher Killion | Owned |
| 4/28/2021 3:06:26 PM | Christopher Killion | Released |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 6/30/2021 1:00:58 PM | General Snippets |

**Messages:**

---

| Name: | Cooper Garner |
|-------|---------------|
| Description: | *No description* |
| Status: | Complete |
| Due: | 4/28/2021 |
| Completed: | 4/28/2021 |

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
| 4/28/2021 | Role in Case - | Subject of Investigation | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Relationship to Leidos | Temp Employee | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
| 4/28/2021 | Search Criteria | -360293 Cooper Garner | 415685 Christop | | Created | 4/28/2021 3:04 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
| 4/28/2021 | Security Clearance | | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
| 4/28/2021 | Which WR-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Legal-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Security-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Which Ethics-led issue(s) were substantiated? | | 415685 Christop | | Created | 4/28/2021 3:06 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|----|-----------|
| 4/28/2021 | Corrective Action Category | | 415685 Christop | | Created | 4/28/2021 3:06 PM |

LEIDOS001348

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Notes on Corrective Action | | 415685 Christop | | Created | 4/28/2021 3:06 PM |
| 4/28/2021 | Security apprised of potential adverse info? | N/A | 415685 Christop | | Created | 4/28/2021 3:06 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:06:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:06:55 PM | General Snippets |

**Messages:**

---

Name:                    Investigator(s)
Description:              *No description*

Status:                  Complete
Due:                     4/28/2021
Completed:               4/28/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

Name:                    Others
Description:              *No description*

Status:                  Complete
Due:                     4/28/2021
Completed:               4/28/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

Name:                    James Wilson
Description:              *No description*

LEIDOS001349

Status:                    Complete
Due:                       4/28/2021
Completed:                 4/28/2021
**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Role in Case | Witness | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Relationship to Leidos | Current Employee | 415685 Christop | | Created | 4/28/2021 3:07 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Search Criteria | James Wilson | 415685 Christop | | Created | 4/28/2021 3:04 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:07:13 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:07:13 PM | General Snippets |

**Messages:**

---

Name:              John Sim
Description:        *No description*

Status:            Complete
Due:               4/28/2021
Completed:         4/28/2021
**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Role in Case | Supervisor/Manager | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Relationship to Leidos | Current Employee | 415685 Christop | | Created | 4/28/2021 3:07 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Search Criteria | 133327 John S. Sims | 415685 Christop | 118990 John D. Sims | 133327 John S. Sims | 4/28/2021 3:09 PM |
| 4/28/2021 | Search Criteria | 133327 John S. Sims | 415685 Christop | 133327 John S. Sims | 118990 John D. Sims | 4/28/2021 3:09 PM |
| 4/28/2021 | Search Criteria | 133327 John S. Sims | 415685 Christop | 420892 John Simmons | 133327 John S. Sims | 4/28/2021 3:08 PM |

LEIDOS001350

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|-----|-----------|
| 4/28/2021 | Search Criteria | 133327 John S. Sims | 415685 Christop | | Created | 4/28/2021 3:04 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:10:55 PM | General Snippets |

**Messages:**

---

Name:                    Ian Arroyoavila
Description:              *No description*
Status:                  Complete
Due:                     4/28/2021
Completed:               4/28/2021
**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|-----|-----------|
| 4/28/2021 | Role in Case | Witness | 415685 Christop | | Created | 4/28/2021 3:04 PM |
| 4/28/2021 | Relationship to Leidos | Other | 415685 Christop | | Other | 4/28/2021 3:10 PM |
| 4/28/2021 | Relationship to Leidos | Other | 415685 Christop | | Created | 4/28/2021 3:09 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|------------|------|-----|-----------|
| 4/28/2021 | Search Criteria | Ian Arroyoavila | 415685 Christop | | Created | 4/28/2021 3:04 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:10:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:10:55 PM | General Snippets |

**Messages:**

---

Name:                    Conclude
Description:              Document findings, conclusions, and recommendations

LEIDOS001351

Status:              Complete
Due:                 4/28/2021
Completed:           4/28/2021
**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Date Investigation Completed | 3/31/2021 | 415685 Christop | | 3/31/2021 | 4/28/2021 3:14 PM |
| 4/28/2021 | Date Investigation Completed | 3/31/2021 | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Executive Summary of Findings | Duplicate to and addressed in 2021-00265 | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Detailed Findings | | 415685 Christop | | Created | 4/28/2021 3:12 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | Root Cause Categorization | | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Root Cause Analysis | | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Contributing Factors (select all that apply): | | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Other Contributing Factors: | | 415685 Christop | | Created | 4/28/2021 3:12 PM |

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| 4/28/2021 | RS Follow-Up Required? | No | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Have all necessary snippets been added? | Yes | 415685 Christop | | Created | 4/28/2021 3:12 PM |
| 4/28/2021 | Have all necessary attachments been added? | Yes | 415685 Christop | | Created | 4/28/2021 3:12 PM |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:14:09 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:14:09 PM | Security Non-Privileged |

**Messages:**

Name:            Add'l Actions (Snippets)
Description:     *No description*

LEIDOS001352

Status: Complete
Due: 4/28/2021
Completed: 4/28/2021

Owner History

| Date | Owner | Description |
|---|---|---|
| 4/28/2021 3:15:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

Name: Document Q&F
Description: *No description*

Status: Complete
Due: 4/28/2021
Completed: 4/28/2021

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|
| 4/28/2021 | Q&F Category | Other | 415685 Christop | | Created | 4/28/2021 3:15 PM |
| 4/28/2021 | Reason for disposition of case | Duplicate Case | 415685 Christop | | Created | 4/28/2021 3:15 PM |

Owner History

| Date | Owner | Description |
|---|---|---|
| 4/28/2021 3:15:55 PM | Christopher Killion | Completed |
| 4/28/2021 3:15:34 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|---|---|
| 4/28/2021 3:15:55 PM | General Snippets |

**Messages:**

---

Name: WR Closeout
Description: Document WR Closeout Activities
Status: Removed
Due: 4/28/2021
Completed: *Not completed*

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|---|---|---|---|---|---|---|

Owner History

| Date | Owner | Description |
|---|---|---|
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

LEIDOS001353

*-No route to history-*

**Messages:**

---

Name:                    Security Closeout
Description:              Document the information related to a Security investigation.
Status:                  Removed
Due:                     4/28/2021
Completed:               *Not completed*

**User Defined Fields:**

| Date | Field | Value | Updated By | From | To | Timestamp |
|------|-------|-------|-----------|------|-----|-----------|
| Date | Field | Value | Updated By | From | To | Timestamp |

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:04:34 PM | Christopher Killion | Owned |

Route to History

*-No route to history-*

**Messages:**

---

Name:                    Close Case
Description:              Review case file and close
Status:                  Complete
Due:                     4/28/2021
Completed:               4/28/2021

Owner History

| Date | Owner | Description |
|------|-------|-------------|
| 4/28/2021 3:16:26 PM | Christopher Killion | Completed |
| 4/28/2021 3:16:20 PM | Christopher Killion | Owned |
| 4/28/2021 3:16:02 PM | Christopher Killion | Released |
| 4/28/2021 3:14:15 PM | Christopher Killion | Owned |

Route to History

| Date | Route To |
|------|----------|
| 4/28/2021 3:16:02 PM | Security Leads |

**Messages:**

---

## Case Attachments (0)

*No attachments*

## Case Messages

*No messages*

LEIDOS001354

22/22

LEIDOS001355