# EXHIBIT 31

Incident Number: 2021-00265
Submitted Date: 3/11/2021 6:44:01 AM
Submitter: Johns, Adam

## Report a Concern

This webpage is hosted on Osprey Compliance Software's servers and is not part of Leidos' network. Please also note that this is not a 911 or emergency service. If you require emergency assistance, please contact your local authorities.

Please further note, this system in not designed to handle export-controlled information. Please do not submit any export-controlled sensitive information through this system

**Leidos Hotline Intake Form**

 **General Information**

**Are you reporting from outside the United States? ***
 No

**Do you wish to remain anonymous? ***
 No

**If you wish for Leidos to know your identity, please complete the following fields:**

**Please enter your first name ***
 Adam

**Please enter your last name ***
 Johns

**What is your relationship to Leidos? ***
 Current Employee

**Please provide your phone number**
 <span style="background:black">          </span>

LEIDOS001363

**Please provide your email address**

adam.p.johns@leidos.com

**Please provide any other contact info**

---

**Please select the issue category that best describes your concern(s):**

**Human Resources, Equal Employment Opportunity, and Retaliation**

Non-Sexual Harassment / Hostile Work Environment / Bullying

Inappropriate Workplace Behavior/Communication

**Accounting, Misrepresentation, and Inappropriate Use of Resources**

**Data Protection, Security, Safety, Health and Environment**

Criminal Acts and/or Threats of Violence in the Workplace

**Business Integrity**

---

Allegation Details

\* Please describe the issue that you are reporting. Ideally, your response would include information pertaining to the following questions:

- What happened?
- When did it happen?
- Who is involved?
- Where did it take place?
- Why did it happen?
- How did it happen?

• What happened? o Steve M. Baird (613234) and non-employee temp worker Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) had a physical altercation following a verbal altercation. Multiple sources have told me that Steve instigated the situation. Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter. • When did it happen? o This occurred on Wednesday 3/10/21 • Who is involved? o Involved in physical altercation: ☐ Steve M. Baird (613234) ☐ Cooper Garner (Springboard: SAIWK00021629 and Leidos ID # -360293) o Notified Management/HR: ☐ Ian Arroyoavila (410908) – witness to verbal altercation immediately prior to physical altercation. Second hand witness to physical altercation. Witness to Steve's antagonizing behavior over the last several months. ☐ John M. Sim (130632) – second hand witness ☐ Craig T. Colmer (121936) – second hand witness ☐ James L Wilson (109516) – witness to physical altercation event • Where did it take place? o Vista, CA site (1655 Vista CA) in the Stockroom • Why did it happen? o According to

Submitted on 3/11/2021 6:44:01 AM

LEIDOS001364

Ian Arroyoavila (410908) and James L Wilson (109516), Steve M. Baird (613234) has been antagonizing other workers over the last several months with political rhetoric and racist remarks (not directed at individuals). Steve has supposedly mentioned that now is the time to buy firearms as a civil war is coming, which was in response to protests/riots related to Black Lives Matter and Antifa. Steve had also reportedly said that he wanted to fly to Washington DC to prevent Joe Biden's presidential inauguration and that he was willing to shoot Joe Biden to prevent him from becoming president. • How did it happen? o Supposedly Steve, after verbally provoking Cooper, bumped his chest against Cooper's chest. Immediately following that, Cooper pushed Steve away and they began to both push against one another. The altercation was broken up by others (including James Wilson) shortly thereafter.

**Please identify the person who is engaged in this behavior, any witnesses, managers, or other individuals who may have information about the situation. \***

| Full Name | Title (if known) | Involvement | Phone Number (if known) | Email Address (if known) |
|---|---|---|---|---|
| Steve Baird | Machinist/Mechanical Technician | Person engaged in the behavior | ██ ██ | ██████ idos.com |
| Cooper Garner | Non-Employee Temp Worker | Person engaged in the behavior | | ██████ |
| James Wilson | Warehouse and Traffic Manager | Witness | ██ | ██ leidos.com |
| John Sim | Mechanical Engineering Manager | Manager | | ██ s.com |
| Ian Arroyoavila | Prod Ship/Rec Clerk III | Witness | | ██ @leidos.com |

**Is there a managerial or supervisory relationship between you and the person engaged in this behavior? If so, please describe.**

No. I am HR for the Operation that these employees belong to.

**Approximately when did this issue begin?**

2021-03-10

**Where did this issue take place? (Leidos facility, customer site, outside of work, etc.)**

Leidos Facility - 1655 Vista CA

**What contract or department is affected?**

Shipping and Mechanical Engineering

**Are there any documents, emails, or other files relevant to the concern? If so, please include them here**

LEIDOS001365

**Have you tried to resolve your concern through another process (such as HR, a manager, or other means)? If so, please describe**

Situation was brought to HR (me) attention today. After speaking with Chuck Koer, he suggested I submit it through this portal so that all necessary parties are provided this info.

**While Leidos cannot guarantee any particular outcome to your concern, what would you wish to see happen in response to this report?**

I hope this matter is investigated. I am happy to assist as needed.

---

Review and Submit

Leidos takes all allegations of misconduct seriously and will take appropriate action where necessary. By submitting this report, you are acknowledging that this report is truthful and accurate to the best of your knowledge. *

I understand and expressly consent to the above information.

LEIDOS001366