# EXHIBIT 32

*Leidos Proprietary*



**SUBJECT:**   Notice of Termination

**DATE:**   **March 26, 2021**

**TO:**   Steve M. Baird (613234)

**FROM:**   John Sim (130632)

**SUBJECT:**   Notice of Termination

This memorandum serves as notice of termination of your employment with Leidos, effective March 26, 2021. As discussed, the reason for your termination is Misconduct: Workplace Violence. This is a violation of the Leidos Policy LP-HR-6: Workplace Environment as well as Policy LP-LG-1: Standards of Business Ethics and Conduct.

Should you have any questions regarding your continuation of benefits or any other benefits related questions, please contact the HR Services team at 1-855-553-4367.

In accordance with Leidos Procedure PR-HR-5.9: Employment Records, reference checks from prospective employers require the employee's written authorization and will include only name, position held, and dates of employment. Leidos uses a third party vendor for employment verifications, so any requests should be directed to The Work Number at (800) 367-5690, or at www.theworknumber.com.

You are required to return all Leidos equipment and property, including but not limited to, your cell phone and laptop, and further guidance will be provided related to their return.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000634