# EXHIBIT 33

*Leidos Proprietary*

**Procedure PR-HR-6.10: Termination and Layoff**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.10 | **Revision No.:** 4.0 |
| **Owner and Approved By:** Workforce Solutions Director | **Effective Date:** 2020-09-09 |
| **Point of Contact:** Caitlin Stango | |

## 1.    Purpose

The purpose of this document is to establish company practice and procedure associated with employee terminations, including layoffs.

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Workforce Solutions POC**
>
> **Related Sites**
>
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-5.9: Employment Records
> - Employment and Income Verification
>
> **Other Supporting Resources:**
> - PR-HR-1.1: Benefits Eligibility
> - PR-HR-4.3: Paid Time Off
> - Stock Programs
> - Security
> - HR Services

## 3.    Definitions

**"At will"** — Either party may terminate the employment relationship at any time, with or without cause and with or without notice.

**Final Pay** — Wages and accrued paid time off (PTO) paid through the termination date, less amounts owed to Leidos when reduction is legally permitted.

**Involuntary Termination** — A company-initiated termination that occurs when an employee is not satisfactorily performing work, or is engaged in conduct that is in violation of the company's policies and/or ethical standards. It also includes terminations that occur at the end of internships or are the result of divestitures.

**Layoff** — A company-initiated termination that occurs when a reduction in staff is necessitated by circumstances such as organizational realignment, lack of work, or anticipated difficult economic times.

**Terminal PTO** — PTO that immediately precedes an employee's official termination date.

**Terminal Leave without Pay (LWOP)** — LWOP that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000083

*Leidos Proprietary*

**Termination** — The severing of the employment relationship.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

In accordance with [Policy LP-HR-6: Workplace Environment](#), unless otherwise agreed to in writing, the employment relationship between any employee and Leidos is "at will."

### 4.1    Resignation *(Employee, Supervisor)*

When an employee voluntarily resigns, the supervisor asks the employee to document the resignation in writing and asks for two weeks' notice prior to the termination, whenever practical.

Use of terminal PTO or terminal LWOP to extend employment is not permitted.

Supervisors, in coordination with Workplace Relations, can authorize payment of wages to the terminating employee during all or a portion of the notice period without work being performed.

### 4.2    Involuntary Termination *(Line Managers)*

Line managers, in coordination with Workplace Relations, provide notification of separation in writing concurrent with or subsequent to a verbal notice. Whenever practical, the reason for separation is included in the notification of separation. Leidos reserves the right to ask the terminating employee to leave the workplace immediately after notice of separation is given.

### 4.3    Layoff *(Supervisors)*

Supervisors use business-related criteria such as customer requirements and/or skills and performance in determining which employees are laid off and consult with Workplace Relations prior to a layoff notice being communicated to the affected employees.

### 4.3.1   Career Transition Layoff Benefits

Full-time, part-time and unscheduled professional employees who are laid off are provided with the following career transition benefits:

- Two weeks working notice of the impending layoff or pay in lieu of working notice, or as a combination of working notice and pay in lieu of notice, as determined at the sole discretion of Leidos.

    AND

- Four weeks of terminal LWOP which may be waived in writing by the employee.

    AND

- Outplacement: Externally provided outplacement services of a nature and in a quantity to be determined by Leidos at its discretion. Cash is not to be provided in lieu of outplacement.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 2 of 4

LEIDOS000084

*Leidos Proprietary*

Employees who are on a work visa status are excluded from the four weeks of terminal LWOP election. Therefore, employees on a work visa will be terminated after the final day of the two-week notice period as they are only eligible for the paid notice period. Human Resources should seek additional guidance from Workplace Relations in these situations.

### 4.3.2    Severance Benefits

Group Presidents, Corporate Functional Leads, or the CEO, may, for business reasons on rare occasions, approve severance benefits equal to the below pay schedule and contingent on employees signing a release and waiver document approved by Leidos. Employees with existing employment agreements are excluded from the below severance schedule:

- 0 to 2 years and 11 months of service = 2 weeks
- 3 to 4 years and 11 months of service = 4 weeks
- 5 to 9 years and 11 months of service = 6 weeks
- 10 to 14 years and 11 months of service = 8 weeks
- 15+ years of service = 12 weeks
- Employees mapped to career stream E1 = 26 weeks

### 4.3.3    Calculating Pay

In all layoff actions, the employee's base pay rate and standard workweek hours (exclusive of overtime) at the time of separation are used in calculating career transition pay for full-time and part-time employees. For Unscheduled Professional employees, the average number of hours worked over the past 12 months is used for calculating career transition pay.

### 4.3.4    Additional Information

If an employee does not sign a release and waiver document approved by Leidos, the above-described severance benefits will not be provided.

Exceptions to above-described career transition and severance benefits must be approved by the Group President or Functional Executive, the Corporate Chief Human Resources Officer and General Counsel or their designees.

### 4.4    Death *(Appointed Employee)*

When the death of an employee is reported, an appropriate staff member is designated to serve as a single point of contact to facilitate communications with the deceased employee's family.

### 4.5    Final Pay *(Leidos Payroll)*

Payment of final wages is to be made in accordance with applicable law. When possible, Leidos provides final pay by direct deposit when not prohibited by law.



LEIDOS000085

*Leidos Proprietary*

## 4.6    Repayment of Employees' Financial Obligations *(Employees)*

Employees are expected to repay their financial obligations such as outstanding loans or advances, unpaid income taxes, tuition reimbursement, relocations, sign-on bonuses, etc., by remitting a personal check or money order to the company.

## 4.7    Benefits, Stock, and Retirement Plans *(Employees)*

Employee health and welfare benefit plan coverage ceases at the end of the pay period in which the employee terminates. Continuation of certain benefit coverage is available to terminating employees pursuant to the Consolidated Omnibus Budget Reconciliation Act (COBRA) and plan provisions. If needed, employees must elect COBRA within the required timeframe.

## 4.8    Termination Outprocessing

Employees will receive information about, among other things, continuation of health and welfare insurance, payout of unused Paid Time Off, impacts to 401(k) and/or stock, processing of final paychecks, and unemployment benefits. Employees will also be reminded of their obligations to return Leidos and customer assets and to protect Leidos proprietary information. Supervisors are required to certify that they or a designee complied with this requirement. Supervisors will receive a separate packet that includes a separation check-out form along with information outlining the employee's post-employment obligations.

## 4.9    Inquiries Regarding Separated Employees *(Employees)*

Data provided in response to inquiries about separated employees are handled in accordance with Employment and Income Verification and Procedure PR-HR-5.9:  Employment Records.

## 5.    Exception

Exceptions to this procedure require advance written approval of the Workforce Solutions Director.

---------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 4.0 | 2020-09-09 | Caitlin Stango | Updated Section 4.3.1 to exclude employees on visa work status from layoff LWOP election. |
| 3.0 | 2020-03-05 | Gayle Godfrey Connatser | Addition of Termination Outprocessing section (Section 4.8) to address select employee and supervisor responsibilities during the separation checkout process. |
| 2.2 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.1 | 2018-04-02 | Caitlin Stango | Updated to remove description of legacy IS&GS Severance and updated terminology from "comprehensive leave" to "paid time off." |
| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.                p. 4 of 4

LEIDOS000086

*Leidos Proprietary*

**Procedure PR-HR-6.10: Termination and Layoff**

| Procedure Details | |
|---|---|
| **Code:** PR-HR-6.10 | **Revision No.:** 5.0 |
| **Owner and Approved By:** Workforce Solutions Director | **Effective Date:** 2020-09-22 |
| **Point of Contact:** Caitlin Stango | |

## 1.    Purpose

The purpose of this document is to establish company practice and procedure associated with employee terminations, including layoffs.

## 2.    Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Workforce Solutions POC**
>
> **Related Sites**
>
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-5.9: Employment Records
> - Employment and Income Verification
>
> **Other Supporting Resources:**
> - PR-HR-1.1: Benefits Eligibility
> - PR-HR-4.3: Paid Time Off
> - Stock Programs
> - Security
> - HR Services

## 3.    Definitions

**"At will"** — Either party may terminate the employment relationship at any time, with or without cause and with or without notice.

**Final Pay** — Wages and accrued paid time off (PTO) paid through the termination date, less amounts owed to Leidos when reduction is legally permitted.

**Involuntary Termination** — A company-initiated termination that occurs when an employee is not satisfactorily performing work, or is engaged in conduct that is in violation of the company's policies and/or ethical standards. It also includes terminations that occur at the end of internships or are the result of divestitures.

**Layoff** — A company-initiated termination that occurs when a reduction in staff is necessitated by circumstances such as organizational realignment, lack of work, or anticipated difficult economic times.

**Terminal PTO** — PTO that immediately precedes an employee's official termination date.

**Terminal Leave without Pay (LWOP)** — LWOP that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000087

*Leidos Proprietary*

**Termination** — The severing of the employment relationship.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

In accordance with [Policy LP-HR-6: Workplace Environment](#), unless otherwise agreed to in writing, the employment relationship between any employee and Leidos is "at will."

### 4.1    Resignation *(Employee, Supervisor)*

When an employee voluntarily resigns, the supervisor asks the employee to document the resignation in writing and asks for two weeks' notice prior to the termination, whenever practical.

Use of terminal PTO or terminal LWOP to extend employment is not permitted.

Supervisors, in coordination with Workplace Relations, can authorize payment of wages to the terminating employee during all or a portion of the notice period without work being performed.

### 4.2    Involuntary Termination *(Line Managers)*

Line managers, in coordination with Workplace Relations, provide notification of separation in writing concurrent with or subsequent to a verbal notice. Whenever practical, the reason for separation is included in the notification of separation. Leidos reserves the right to ask the terminating employee to leave the workplace immediately after notice of separation is given.

### 4.3    Layoff *(Supervisors)*

Supervisors use business-related criteria such as customer requirements and/or skills and performance in determining which employees are laid off and consult with Workplace Relations prior to a layoff notice being communicated to the affected employees.

### 4.3.1    Career Transition Layoff Benefits

Full-time, part-time and unscheduled professional employees who are laid off are provided with the following career transition benefits:

- Two weeks working notice of the impending layoff or pay in lieu of working notice, or as a combination of working notice and pay in lieu of notice, as determined at the sole discretion of Leidos.

  AND

- Four weeks of terminal LWOP which may be waived in writing by the employee.

  AND

- Outplacement: Externally provided outplacement services of a nature and in a quantity to be determined by Leidos at its discretion. Cash is not to be provided in lieu of outplacement.



*Leidos Proprietary*

Employees who are on a work visa status are excluded from the four weeks of terminal LWOP election. Therefore, employees on a work visa will be terminated after the final day of the two-week notice period as they are only eligible for the paid notice period. Human Resources should seek additional guidance from Workplace Relations in these situations.

### 4.3.2    Severance Benefits

Group Presidents, Corporate Functional Leads, or the CEO, may, for business reasons on rare occasions, approve severance benefits equal to the below pay schedule and contingent on employees signing a release and waiver document approved by Leidos. Employees with existing employment agreements are excluded from the below severance schedule:

- 0 to 2 years and 11 months of service = 2 weeks
- 3 to 4 years and 11 months of service = 4 weeks
- 5 to 9 years and 11 months of service = 6 weeks
- 10 to 14 years and 11 months of service = 8 weeks
- 15+ years of service = 12 weeks
- Employees mapped to career stream E1 = 26 weeks

### 4.3.3    Calculating Pay

In all layoff actions, the employee's base pay rate and standard workweek hours (exclusive of overtime) at the time of separation are used in calculating career transition pay for full-time and part-time employees. For Unscheduled Professional employees, the average number of hours worked over the past 12 months is used for calculating career transition pay.

### 4.3.4    Additional Information

If an employee does not sign a release and waiver document approved by Leidos, the above-described severance benefits will not be provided.

Exceptions to above-described career transition and severance benefits must be approved by the Group President or Functional Executive, the Corporate Chief Human Resources Officer and General Counsel or their designees.

### 4.4    Death *(Appointed Employee)*

When the death of an employee is reported, an appropriate staff member is designated to serve as a single point of contact to facilitate communications with the deceased employee's family.

### 4.5    Final Pay *(Leidos Payroll)*

Payment of final wages is to be made in accordance with applicable law. When possible, Leidos provides final pay by direct deposit when not prohibited by law.

 

LEIDOS000089

*Leidos Proprietary*

### 4.6    Repayment of Employees' Financial Obligations *(Employees)*
Employees are expected to repay their financial obligations such as outstanding loans or advances, unpaid income taxes, tuition reimbursement, relocations, sign-on bonuses, etc., by remitting a personal check or money order to the company.  Thirty days after separation, any outstanding financial obligations may be sent to a third party vendor to begin recovery efforts to collect open balances either in a lump sum or through an established payment plan.

### 4.7    Benefits, Stock, and Retirement Plans *(Employees)*
Employee health and welfare benefit plan coverage ceases at the end of the pay period in which the employee terminates. Continuation of certain benefit coverage is available to terminating employees pursuant to the Consolidated Omnibus Budget Reconciliation Act (COBRA) and plan provisions. If needed, employees must elect COBRA within the required timeframe.

### 4.8    Termination Outprocessing
Employees will receive information about, among other things, continuation of health and welfare insurance, payout of unused Paid Time Off, impacts to 401(k) and/or stock, processing of final paychecks, and unemployment benefits. Employees will also be reminded of their obligations to return Leidos and customer assets and to protect Leidos proprietary information. Supervisors are required to certify that they or a designee complied with this requirement. Supervisors will receive a separate packet that includes a separation check-out form along with information outlining the employee's post-employment obligations.

### 4.9    Inquiries Regarding Separated Employees *(Employees)*
Data provided in response to inquiries about separated employees are handled in accordance with Employment and Income Verification and Procedure PR-HR-5.9:  Employment Records.

## 5.    Exception
Exceptions to this procedure require advance written approval of the Workforce Solutions Director.

---------------------------------------------------------------------------------------------------------------------------------------

| | Change Record | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 5.0 | 2020-09-22 | Caitlin Stango | Updated to add post-employment reimbursement requirement in Section 4.6. |
| 4.0 | 2020-09-09 | Caitlin Stango | Updated Section 4.3.1 to exclude employees on visa work status from layoff LWOP election. |
| 3.0 | 2020-03-05 | Gayle Godfrey Connatser | Addition of Termination Outprocessing section (Section 4.8) to address select employee and supervisor responsibilities during the separation checkout process. |
| 2.2 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |
| 2.1 | 2018-04-02 | Caitlin Stango | Updated to remove description of legacy IS&GS Severance and updated terminology from "comprehensive leave" to "paid time off." |

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.         p. 4 of 5

LEIDOS000090

*Leidos Proprietary*

| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

leidos    The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.    p. 5 of 5

LEIDOS000091

*Leidos Proprietary*

**Procedure PR-HR-6.10: Termination and Layoff**

| Procedure Details | | |
|---|---|---|
| **Code:** PR-HR-6.10 | | **Revision No.:** 6.0 |
| **Owner and Approved By:** Workforce Solutions Director | | **Effective Date:** 2021-03-23 |
| **Point of Contact:** Caitlin Stango | | |

## 1.      Purpose

The purpose of this document is to establish company practice and procedure associated with employee terminations, including layoffs.

## 2.      Scope and Applicability

This procedure is applicable to Leidos and all its employees working in the United States and may apply to Leidos employees who are U.S. citizens working outside of the U.S.   International employees should consult their local Human Resources for non-US specific procedure.  Leidos will comply with the applicable laws and regulations of the United States and each foreign country in which we operate.

Leidos subsidiaries adopt this procedure or a substantially similar practice, unless a specific written agreement is in place and approved by the procedure owner.

To the extent any provision in this procedure is inconsistent with any collective bargaining agreement, the collective bargaining agreement will govern and supersede any conflicting terms of this procedure.

> **For Questions, contact your Workforce Solutions POC**
>
> **Related Sites**
>
> **Attachments:**
> - Not applicable
>
> **References:**
> - PR-HR-5.9: Employment Records
> - Employment and Income Verification
>
> **Other Supporting Resources:**
> - PR-HR-1.1: Benefits Eligibility
> - PR-HR-4.3: Paid Time Off
> - Stock Programs
> - Security
> - HR Services

## 3.      Definitions

**"At will"** — Either party may terminate the employment relationship at any time, with or without cause and with or without notice.

**Final Pay** — Wages and accrued paid time off (PTO) paid through the termination date, less amounts owed to Leidos when reduction is legally permitted.

**Involuntary Termination** — A company-initiated termination that occurs when an employee is not satisfactorily performing work, or is engaged in conduct that is in violation of the company's policies and/or ethical standards. It also includes terminations that occur at the end of internships or are the result of divestitures.

**Layoff** — A company-initiated termination that occurs when a reduction in staff is necessitated by circumstances such as organizational realignment, lack of work, or anticipated difficult economic times.

**Terminal PTO** — PTO that immediately precedes an employee's official termination date.

**Terminal Leave without Pay (LWOP)** — LWOP that immediately precedes an employee's official termination date.

*The information in this document is proprietary to Leidos.*
*It may not be used, reproduced, disclosed, or exported without the written approval of Leidos.*

LEIDOS000106

*Leidos Proprietary*

**Termination** — The severing of the employment relationship.

## 4.    Requirements (*when applicable, the responsible person/role is identified in parenthesis*)

In accordance with Policy LP-HR-6: Workplace Environment, unless otherwise agreed to in writing, the employment relationship between any employee and Leidos is "at will."

### 4.1    Resignation *(Employee, Supervisor)*

When an employee voluntarily resigns, the supervisor asks the employee to document the resignation in writing and asks for two weeks' notice prior to the termination, whenever practical.

Use of terminal PTO or terminal LWOP to extend employment is not permitted.

Supervisors, in coordination with Workplace Relations, can authorize payment of wages to the terminating employee during all or a portion of the notice period without work being performed.

### 4.2    Involuntary Termination *(Line Managers)*

Line managers, in coordination with Workplace Relations, provide notification of separation in writing concurrent with or subsequent to a verbal notice. Whenever practical, the reason for separation is included in the notification of separation. Leidos reserves the right to ask the terminating employee to leave the workplace immediately after notice of separation is given.

### 4.3    Layoff *(Supervisors)*

Supervisors use business-related criteria such as customer requirements and/or skills and performance in determining which employees are laid off and consult with Workplace Relations prior to a layoff notice being communicated to the affected employees.

### 4.3.1    Career Transition Layoff Benefits

Full-time, part-time and unscheduled professional employees who are laid off are provided with the following career transition benefits:

- Two weeks working notice of the impending layoff or pay in lieu of working notice, or as a combination of working notice and pay in lieu of notice, as determined at the sole discretion of Leidos.

    AND

- Four weeks of terminal LWOP which may be waived in writing by the employee.

    AND

- Outplacement: Externally provided outplacement services of a nature and in a quantity to be determined by Leidos at its discretion. Cash is not to be provided in lieu of outplacement.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000107

*Leidos Proprietary*

Employees who are on a work visa status are excluded from the four weeks of terminal LWOP election. Therefore, employees on a work visa will be terminated after the final day of the two-week notice period as they are only eligible for the paid notice period. Human Resources should seek additional guidance from Workplace Relations in these situations.

### 4.3.2    Severance Benefits

Group Presidents, Corporate Functional Leads, or the CEO, may, for business reasons on rare occasions, approve severance benefits equal to the below pay schedule and contingent on employees signing a release and waiver document approved by Leidos. Employees with existing employment agreements are excluded from the below severance schedule:

- 0 to 2 years and 11 months of service = 2 weeks
- 3 to 4 years and 11 months of service = 4 weeks
- 5 to 9 years and 11 months of service = 6 weeks
- 10 to 14 years and 11 months of service = 8 weeks
- 15+ years of service = 12 weeks
- Employees mapped to career stream E1 = 26 weeks

### 4.3.3    Calculating Pay

In all layoff actions, the employee's base pay rate and standard workweek hours (exclusive of overtime) at the time of separation are used in calculating career transition pay for full-time and part-time employees. For Unscheduled Professional employees, the average number of hours worked over the past 12 months is used for calculating career transition pay.

### 4.3.4    Additional Information

If an employee does not sign a release and waiver document approved by Leidos, the above-described severance benefits will not be provided.

Exceptions to above-described career transition and severance benefits must be approved by the Group President or Functional Executive, the Corporate Chief Human Resources Officer and General Counsel or their designees.

### 4.4    Death *(Appointed Employee)*

When the death of an employee is reported, an appropriate staff member is designated to serve as a single point of contact to facilitate communications with the deceased employee's family.

### 4.5    Final Pay *(Leidos Payroll)*

Payment of final wages is to be made in accordance with applicable law. When possible, Leidos provides final pay by direct deposit when not prohibited by law.

 The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.          p. 3 of 5

LEIDOS000108

*Leidos Proprietary*

## 4.6    Repayment of Employees' Financial Obligations *(Employees)*

Employees are expected to repay their financial obligations such as outstanding loans or advances, unpaid income taxes, tuition reimbursement, relocations, sign-on bonuses, etc., by remitting a personal check or money order to the company.  After separation, any outstanding financial obligations may be sent to a third party vendor to begin recovery efforts to collect open balances either in a lump sum or through an established payment plan.

## 4.7    Benefits, Stock, and Retirement Plans *(Employees)*

Employee health and welfare benefit plan coverage ceases at the end of the pay period in which the employee terminates. Continuation of certain benefit coverage is available to terminating employees pursuant to the Consolidated Omnibus Budget Reconciliation Act (COBRA) and plan provisions. If needed, employees must elect COBRA within the required timeframe.

## 4.8    Termination Outprocessing

Employees will receive information about, among other things, continuation of health and welfare insurance, payout of unused Paid Time Off, impacts to 401(k) and/or stock, processing of final paychecks, and unemployment benefits. Employees will also be reminded of their obligations to return Leidos and customer assets and to protect Leidos proprietary information. Supervisors are required to certify that they or a designee complied with this requirement. Supervisors will receive a separate packet that includes a separation check-out form along with information outlining the employee's post-employment obligations.

## 4.9    Inquiries Regarding Separated Employees *(Employees)*

Data provided in response to inquiries about separated employees are handled in accordance with Employment and Income Verification and Procedure PR-HR-5.9:  Employment Records.

## 5.    Exception

Exceptions to this procedure require advance written approval of the Workforce Solutions Director.

-------------------------------------------------------------------------------------------------------------------------------------

| Change Record | | | |
|---|---|---|---|
| **Revision No.:** | **Date** | **Author** | **Description of Change** |
| 6.0 | 2021-03-23 | Caitlin Stango | Removed the 30-day threshold for sending outstanding financial obligations to a third party vendor in Section 4.6. |
| 5.0 | 2020-09-22 | Caitlin Stango | Updated to add post-employment reimbursement requirement in Section 4.6. |
| 4.0 | 2020-09-09 | Caitlin Stango | Updated Section 4.3.1 to exclude employees on visa work status from layoff LWOP election. |
| 3.0 | 2020-03-05 | Gayle Godfrey Connatser | Addition of Termination Outprocessing section (Section 4.8) to address select employee and supervisor responsibilities during the separation checkout process. |
| 2.2 | 2018-06-25 | Jennifer Buchan | Updated hyperlinks due to new Prism deployment. |

**leidos**

The current version of this procedure can be found on Prism. The information contained within these pages may be proprietary to Leidos, Inc., and is principally intended for employees of Leidos and its subsidiaries only. ©Leidos, Inc.

LEIDOS000109

*Leidos Proprietary*

| 2.1 | 2018-04-02 | Caitlin Stango | Updated to remove description of legacy IS&GS Severance and updated terminology from "comprehensive leave" to "paid time off." |
| 2.0 | 2017-07-03 | HR Policy Working Group | This revision reflects a revised Scope and Applicability section and updates made based on Operational Day One (OD1) integration activities. |
| 1.0 | 2016-08-16 | Leidos Policies Working Group | This revision reflects updates in support of the Leidos, Inc. merger with the Lockheed Martin IS&GS business unit. |

LEIDOS000110