# EXHIBIT 34

# Case Summary

**12/31/2022 9:23 PM**

## Table of Contents

1 - Case_CaseChanges

## Changes after close

| Date | User | Change |
|------|------|--------|
| 9/13/2021 | 415685 Christop | Update Work Item: S. Baird WPV<br>Update Task: Close Out Items<br>Update Task: Close Case; Work Item: S. Baird WPV - Status Code, Content Xml; Task: Close Out Items - Status Code; Task: Close Case - Checked Out User Id, Status Code, Active Datetime |

### Details

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| Work Item: S. Baird WPV | Status Code | Update | Active | Complete |
| Work Item: S. Baird WPV | Content Xml | Update | Disposition:Added | Disposition:CLOSED |
| Task: Close Out Items | Status Code | Update | Active | Complete |
| Task: Close Case | Checked Out User Id | Update | Killion, Christopher | |
| Task: Close Case | Status Code | Update | Active | Complete |
| Task: Close Case | Active Datetime | Update | Sep 13 2021 9:30PM | Sep 14 2021 2:30AM |

| Date | User | Change |
|------|------|--------|
| 6/21/2021 | 415685 Christop | Update User Field: Root Cause Analysis<br>User Field: Root Cause Analysis - VALUE_TX |

### Details

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| User Field: Root Cause Analysis | VALUE_TX | Update | None | Investigators believe that both Subjects displayed a lack of control in the heat of the moment. As far as remarks made by the employee, he lacked sensitivity and rationalized his behavior. |

| Date | User | Change |
|------|------|--------|
| | | |

LEIDOS001358

| Date | User | Change |
|------|------|--------|
| 6/21/2021 | 415685 Christop | Update Task: Close Out Items<br>Update Task: Conclude; Task: Close Out Items - Complete Datetime; Task: Conclude - Checked Out User Id, Complete Datetime, Settings Xml |

### Details

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| Task: Close Out Items | Complete Datetime | Update | Jun 10 2021 1:50AM | Jun 21 2021 11:14PM |
| Task: Conclude | Checked Out User Id | Update | Killion, Christopher | |
| Task: Conclude | Complete Datetime | Update | Apr 5 2021 9:01AM | Jun 21 2021 11:14PM |
| Task: Conclude | Settings Xml | Update | CompleteByUserId:34250<br>UpdateUserId:34250 | CompleteByUserId:0<br>UpdateUserId:7573 |

| Date | User | Change |
|------|------|--------|
| 6/21/2021 | 415685 Christop | Update Task: Conclude<br>Task: Conclude - Notes Xml |

### Details

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| Task: Conclude | Notes Xml | Update | | |

LEIDOS001359

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| | | | &lt;Notes&gt;&lt;TaskNote&gt;&lt;CreateDateString&gt;4/5/2021&lt;/CreateDateString&gt;&lt;CreateTimeString&gt;9:01 AM&lt;/CreateTimeString&gt;&lt;TimeStamp&gt;2021-04-05T09:01:09.4408403-04:00&lt;/TimeStamp&gt;&lt;Text&gt;&lt;p&gt;CARC conmvened March 24, 2021 and agreed to termination for Steve Baird. Progam later requested Global Insight be contcated and advise Cooper Garner his sertvices are no longer needed at Leidos.&lt;/p&gt; &lt;p&gt;&amp;nbsp;&lt;/p&gt; &lt;p&gt;CARC Participants:&lt;/p&gt; &lt;p&gt;Paul Kehoe, Katie Reis, Laura morgan, John Sim, Adam Johns, Biff Heindi, Micvhelle Alves, Amy Moore, Ajlana Ramic, Bob Athing.&lt;/p&gt; &lt;p&gt;&amp;nbsp;&lt;/p&gt; &lt;/Text&gt;&lt;UserId&gt;34250&lt;/UserId&gt;&lt;/TaskNote&gt;&lt;TaskNote&gt;&lt;CreateDateString&gt;4/5/2021&lt;/CreateDateString&gt;&lt;CreateTimeString&gt;9:27 AM&lt;/CreateTimeString&gt;&lt;TimeStamp&gt;2021-04-05T09:27:57.1424221-04:00&lt;/TimeStamp&gt;&lt;Text&gt;&lt;p&gt;Following March 26, 2021 notification of his termination, SOI Steve Baird&amp;nbsp;was insistent he come to the Vista site and retrieve his tools. Baird was advised to stay away from Vista site or&amp;nbsp;the Police would be called. Baird&amp;#39;s tools were shipped to his residence on March 26, 2021 but Baird refused the delivery and the tools were returned to the Vista site by shipping company, Seko Seko then again took custody of the tools and delivered the tools to Baird&amp;#39;s&amp;nbsp;residence on March 31, 2021. Baird has now claimed some of his tools were delivered damaged. Program will reimburse Baird for any damaged tools.&lt;/p&gt; &lt;p&gt;Bar notice in place March 24, 2021. Guard service in place March 25, 2021 through April 9, 2021.&lt;/p&gt; &lt;/Text&gt;&lt;UserId&gt;34250&lt;/UserId&gt;&lt;/TaskNote&gt;&lt;/Notes&gt; | Created note [<p>CARC conmvened March 24, 2021 and agreed to termination for Steve Baird. Progam later requested Global Insight be contcated and advise Cooper Garner his sertvices are no longer needed at Leidos.</p> <p> </p> <p>CARC Participants:</p> <p>Paul Kehoe, Katie Reis, Laura morgan, John Sim, Adam Johns, Biff Heindi, Micvhelle Alves, Amy Moore, Ajlana Ramic, Bob Athing.</p> <p> </p> ] at 4/5/2021 9:01 AM Created note [<p>Following March 26, 2021 notification of his termination, SOI Steve Baird was insistent he come to the Vista site and retrieve his tools. Baird was advised to stay away from Vista site or the Police would be called. Baird&#39;s tools were shipped to his residence on March 26, 2021 but Baird refused the delivery and the tools were returned to the Vista site by shipping company, Seko Seko then again took custody of the tools and delivered the tools to Baird&#39;s residence on March 31, 2021. Baird has now claimed some of his tools were delivered damaged. Program will reimburse Baird for any damaged tools.</p> <p>Bar notice in place March 24, 2021. Guard service in place March 25, 2021 through April 9, 2021.</p> ] at 4/5/2021 9:27 AM |

| Date | User | Change |
|------|------|--------|
| 6/9/2021 | 415685 Christop | Update Task: Close Case<br>Task: Close Case - Settings Xml |

### Details

| Area | Qualifier | Operation | From | To |
|------|-----------|-----------|------|-----|
| Task: Close Case | Settings Xml | Update | IsExplicitlySaved:Added | IsExplicitlySaved:True |

| Date | User | Change |
|------|------|--------|
| | | |

LEIDOS001360

| Date | User | Change |
|---|---|---|
| 6/9/2021 | 415685 Christop | Update Work Item: S. Baird WPV<br>Update Task: Close Out Items<br>Update Task: Close Case; Work Item: S. Baird WPV - Status Code, Content Xml; Task: Close Out Items - Status Code, Complete Datetime; Task: Close Case - Checked Out User Id, Status Code, Active Datetime, Complete Datetime, Settings Xml |

### Details

| Area | Qualifier | Operation | From | To |
|---|---|---|---|---|
| Work Item: S. Baird WPV | Status Code | Update | Closed | Complete |
| Work Item: S. Baird WPV | Content Xml | Update | Disposition:Added | Disposition:CLOSED |
| Task: Close Out Items | Status Code | Update | Active | Complete |
| Task: Close Out Items | Complete Datetime | Update | Apr 7 2021 8:49AM | Jun 10 2021 1:50AM |
| Task: Close Case | Checked Out User Id | Update | Killion, Christopher | |
| Task: Close Case | Status Code | Update | Active | Complete |
| Task: Close Case | Active Datetime | Update | Jun 4 2021 11:54AM | Jun 4 2021 11:54AM |
| Task: Close Case | Complete Datetime | Update | Apr 7 2021 8:49AM | Jun 10 2021 1:50AM |
| Task: Close Case | Settings Xml | Update | CompleteByUserId:34250 UpdateUserId:Added RouteToWorkQueueName:Added | CompleteByUserId:7573 UpdateUserId:7573 RouteToWorkQueueName:Security Leads |

| Date | User | Change |
|---|---|---|
| 4/7/2021 | 190955 Timothy | Update Task: Participants<br>Update Task: Subject(s) of Investigation<br>Update Task: Steve Baird; Task: Participants - Complete Datetime; Task: Subject(s) of Investigation - Complete Datetime; Task: Steve Baird - Checked Out User Id, Settings Xml, Complete Datetime |

### Details

| Area | Qualifier | Operation | From | To |
|---|---|---|---|---|
| Task: Participants | Complete Datetime | Update | Mar 31 2021 10:50AM | Apr 7 2021 1:09PM |
| Task: Subject(s) of Investigation | Complete Datetime | Update | Mar 31 2021 10:50AM | Apr 7 2021 1:09PM |
| Task: Steve Baird | Checked Out User Id | Update | Beuerle, Timothy | |

LEIDOS001361

| Area | Qualifier | Operation | From | To |
|---|---|---|---|---|
| Task: Steve Baird | Settings Xml | Update | CompleteByUserId:34250 UpdateUserId:34250 | CompleteByUserId:0 UpdateUserId:40150 |
| Task: Steve Baird | Complete Datetime | Update | Mar 31 2021 10:46AM | Apr 7 2021 1:09PM |

| Date | User | Change |
|---|---|---|
| 4/7/2021 | 417214 Robert L | Update Work Item: S. Baird WPV<br>Update Task: Close Out Items<br>Update Task: Close Case; Work Item: S. Baird WPV - Status Code, Content Xml; Task: Close Out Items - Complete Datetime; Task: Close Case - Checked Out User Id, Status Code, Settings Xml, Complete Datetime |

### Details

| Area | Qualifier | Operation | From | To |
|---|---|---|---|---|
| Work Item: S. Baird WPV | Status Code | Update | Prepared for DQAT | Complete |
| Work Item: S. Baird WPV | Content Xml | Update | HasSpecialPermissionChange:False Disposition:Added | HasSpecialPermissionChange:True Disposition:CLOSED |
| Task: Close Out Items | Complete Datetime | Update | Apr 1 2021 10:55AM | Apr 7 2021 8:49AM |
| Task: Close Case | Checked Out User Id | Update | Athing, Robert | |
| Task: Close Case | Status Code | Update | Active | Complete |
| Task: Close Case | Settings Xml | Update | CompleteByUserId:Added | CompleteByUserId:34250 |
| Task: Close Case | Complete Datetime | Update | | Apr 7 2021 8:49AM |

LEIDOS001362