Alan Romero (SBN 249000)
Robert S. Myong (SBN 262097)
Elizabeth Villarreal (SBN 327937)
Email: private@romerolaw.com
ROMERO LAW, APC
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101-4873
Telephone: (626) 396-9900
Facsimile: (626) 396-9990

Attorneys for Plaintiff
STEVEN BAIRD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BAIRD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LEIDOS, INC., a Delaware; and DOES 1-99, inclusive;<br><br>Defendants. | Case No.:  3:22-cv-00060-LL-BGS<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>*Assigned to: Judge Linda Lopez*<br>*Referred to: Magistrate Judge Bernard G. Skomal*<br><br>*[Filed concurrently with Opposition, Appendix of Evidence, Declaration of Alan Romero, Plaintiff's Declaration and Separate Statement]*<br><br>Hearing Date: April 27, 2023<br>State Complaint filed: November 30, 2021<br>Trial Date: None Set |

1

## CERTIFICATE OF SERVICE

I am employed in the State of California.  I am over the age of 18 and not a party to the within action; my business address is 251 S. Lake Avenue, Suite 930, Pasadena, CA 91101-4873.

On  April 13, 2023, I served the foregoing document described as: **DOCUMENT LIST** on said parties in this action as follows:

Andrew J. Deddeh, Esq.
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Email: Andrew.deddeh@ogletree.com
Kristin.Menchaca@ogletree.com
alicia.martinez@ogletree.com
*Attorneys for,*
Defendant LEIDOS, INC.

[  ]    **BY EMAIL**: Pursuant to Rule 12(b) of the California Rules of Court, Appendix I, Emergency Rules Related to COVID-19, I served true and correct copies of the above-listed documents via electronic mail to each email address listed above, and served the documents form my electronic service address, which is:

[X]    **BY ELECTRONIC TRANSMISSION**: I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system will send   notification of this filing to the person(s) listed below.

Executed on April 13, 2023 at Pasadena, California.

_____
Jacqueline Alarcon

2
**CERTIFICATE OF SERVICE**
Case No. 3:22-cv-00060-LL-BGS

## *Document List*

1. PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

2. PLAINTIFF STEVEN BAIRD'S SEPARATE STATEMENT OF GENUINE DISPUTED MATERIAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

3. PLAINTIFF STEVEN BAIRD'S APPENDIX OF EVIDENCE IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; DECLARATION OF STEVEN BAIRD'S IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE SUMMARY ADJUDICATION; DECLARATION OF ALAN ROMERO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE SUMMARY ADJUDICATION

4. CERTIFICATE OF SERVICE OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

3

**CERTIFICATE OF SERVICE**
Case No. 3:22-cv-00060-LL-BGS